# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>                Defendant. | Case No. 7:25-cv-00231-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

## JOINT CLAIM CONSTRUCTION STATEMENT

Plaintiff Headwater Research LLC ("Plaintiff" or "Headwater") and Defendant Google LLC ("Defendant" or "Google") respectfully submit this Joint Claim Construction Statement in anticipation of the claim construction hearing scheduled for February 23, 2026. The asserted patents are U.S. Patent Nos. 9,615,192 ("'192 patent") and 10,321,320 ("'320 patent"). The currently asserted claims are set forth below. The parties have identified no agreed constructions, and the parties' disputed claim construction positions are shown in Attachment A, attached hereto.

- '192 patent – claims 1-15
- '320 patent – claims 1-18

Dated: February 12, 2026

Jointly submitted,

*/s/ Peter Tong*
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579

*/s/ Lance L. Yang*
David A. Nelson
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
191 North Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
davenelson@quinnemanuel.com

1

Email: bledahl@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
James N. Pickens
CA State Bar No. 307474
Email: jpickens@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Qi (Peter) Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: 310-826-7474

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

Lance L. Yang (*pro hac vice*)
Patrick T. Schmidt (*pro hac vice*)
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
865 South Figueroa St., 10th Floor
Los Angeles, CA 90017
Tel:  (213) 443-3000
lanceyang@quinnemanuel.com
patrickschmidt@quinnemanuel.com

Jocelyn Ma (*pro hac vice*)
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel:  (415) 875-6600
jocelynma@quinnemanuel.com

Brady Huynh (*pro hac vice*)
Austin Buscher (*pro hac vice*)
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Tel:  (650) 801-5000
bradyhuynh@quinnemanuel.com
austinbuscher@quinnemanuel.com

Caroline M. Vermillion (*pro hac vice*)
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
295 Fifth Avenue
New York, NY 10016
Tel:  (212) 849-7000
carolinevermillion@quinnemanuel.com

Nathaniel St. Clair, II
Texas State Bar No. 24071564
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Tel:  (214) 953-5948
Tax: (214) 953-5822
nstclair@jw.com

**Counsel for Google LLC**

## **CERTIFICATE OF SERVICE**

I certify that on February 12, 2026, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/ Peter Tong*
Peter Tong

1

**APPENDIX A**

I. **AGREED CONSTRUCTIONS**

None.

II. **DISPUTED CONSTRUCTIONS (all terms proposed by Google)**

| Claim Language | Headwater's Proposed Construction | Google's Proposed Construction |
|---|---|---|
| **'192 patent, claims 1, 15; '320 patent, claim 1** "the trigger is an occurrence of an asynchronous event with time-critical messaging needs" | Not indefinite; plain and ordinary meaning | Indefinite |
| **'192 patent, claim 10; '320 patent, claim 4** "the period of the timer is fractionally shorter than a maximum data message interval beyond which the secure message link is taken down" | Not indefinite; plain and ordinary meaning | Indefinite |
| **'320 patent, claim 1** "the secure message link" | Not indefinite; plain and ordinary meaning, wherein "the secure message link" refers to the "secure Internet data message link" | Indefinite |
| **'192 patent, claim 7** "the device messaging agent" | Not indefinite; plain and ordinary meaning, wherein "the device messaging agent" refers to the "device link agent" | Indefinite |
| **'320 patent, claim 1** "the software agents" | Not indefinite; plain and ordinary meaning, requiring a unique identifier for a corresponding software component on the wireless end-user device that is authorized to receive the message via the device link agent | Indefinite |

1

| **'320 patent, claim 1**<br>"those software applications" | Not indefinite; plain and ordinary meaning, requiring a unique identifier corresponding to a software component on the wireless end-user device that is authorized to receive the message via the device link agent | Indefinite |
|---|---|---|
| **'320 patent, claim 6**<br>"the given device link agent" | Not indefinite; plain and ordinary meaning | Indefinite |