**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH, LLC, *Plaintiff*, v. GOOGLE LLC, *Defendant*. | C.A. No.: 7:25-cv-00231-DC-DTG  **JURY TRIAL REQUESTED** |

**DECLARATION OF JOCELYN MA IN SUPPORT OF GOOGLE'S MOTION TO CONSOLIDATE CASE NOS. 7:25-CV-00231, 7:25-CV-00367, AND 7:25-CV-00369**

**DECLARATION OF JOCELYN MA**

I, Jocelyn Ma, declare and state as follows:

1. I am a partner at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Google LLC ("Google"). I am a member of the bar of the state of California and am admitted to practice before this Court *pro hac vice*. I make this declaration in support of Google's Motion to Consolidate Case Nos. 7:25-CV-00231, 7:25-CV-00367, and 7:25-CV-00369 (the "Motion to Consolidate"). I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of a redline comparison of the Amended Complaint filed in *Headwater Rsch., LLC v. Google LLC*, 7:25-CV-00231 (W.D. Tex.) and *Headwater Rsch., LLC v. Google LLC*, 7:25-CV-00367 (W.D. Tex.).

3. Attached hereto as **Exhibit B** is a chart comparing the evidence cited by Headwater in the infringement chart filed at Dkts. 28-1, 28-2 in *Headwater Rsch., LLC v. Google LLC*, 7:25-CV-00231 (W.D. Tex.), the infringement chart filed at Dkt. 37-1 in *Headwater Rsch., LLC v. Google LLC*, 7:25-CV-00367 (W.D. Tex.), and the preliminary infringement contentions served by Headwater in *Headwater Rsch., LLC v. Google LLC*, 7:25-CV-00369 (W.D. Tex.).

4. Attached hereto as **Exhibit C** is a true and correct copy of the Preliminary Infringement Contentions for U.S. Patent No. 8,639,935 served by Headwater in *Headwater Rsch., LLC v. Google LLC*, 7:25-CV-00369 (W.D. Tex.).

5. Attached hereto as **Exhibit D** is a true and correct copy of the Preliminary Infringement Contentions for U.S. Patent No. 9,973,930 served by Headwater in *Headwater Rsch., LLC v. Google LLC*, 7:25-CV-00369 (W.D. Tex.).

6. Attached hereto as **Exhibit E** is a true and correct copy of the Preliminary Infringement Contentions for U.S. Patent No. 9,615,192 served by Headwater in *Headwater Rsch., LLC v. Google LLC*, 7:25-CV-00231 (W.D. Tex.).

7. Attached hereto as **Exhibit F** is a true and correct copy of the Preliminary Infringement Contentions for U.S. Patent No. 10,321,320 served by Headwater in *Headwater Rsch., LLC v. Google LLC*, 7:25-CV-00231 (W.D. Tex.).

8. Attached hereto as **Exhibit G** is a true and correct copy of U.S. Patent No. 9,198,117.

9. Attached hereto as **Exhibit H** is a true and correct copy of U.S. Patent No. 9,615,192.

10. Attached hereto as **Exhibit I** is a true and correct copy of U.S. Patent No. U.S. Patent No. 10,321,320.

11. Attached hereto as **Exhibit J** is a true and correct copy of the Preliminary Infringement Contentions for U.S. Patent No. 9,198,117 served by Headwater in *Headwater Rsch., LLC v. Google LLC*, 7:25-CV-00367 (W.D. Tex.).

I declare under penalty of perjury that, to the best of my knowledge, the foregoing its true and correct.

DATED: February 13, 2026

                                            */s/ Jocelyn Ma*
                                            Jocelyn Ma