# EXHIBIT B

**EXHIBIT B**

| Feature | '117 Patent (FCM II) | '192 Patent (FCM I) | '320 Patent (FCM I) | '935 Patent (FCM/eSIM) | Common Citations |
|---|---|---|---|---|---|
| *Network Server* | "A network system" / "a network message server" | "A message link server" | "A networked system" / "a network server system" | "a network system" | FCM architecture described (https://firebase.google.com/docs/cloud-messaging/fcm-architecture):<br>• FCM I, Dkt. 28-1 at 2<br>• FCM I, Dkt. 28-2 at 1-2<br>• FCM II, Dkt. 37-1 at 1<br>• Ex. D, at 2-5<br><br>Video Introducing Firebase Cloud Messaging (https://www.youtube.com/watch?v=-tPHRj64zTM):<br>• FCM I, Dkt. 28-1 at 1<br>• FCM II, Dkt. 37-1 at 2-3<br>• Ex. D, at 1-2.<br><br>Send server updates with Firebase Cloud Messaging (https://developer.android.com/develop/connectivity/minimize-effect-regular-updates):<br>• FCM I, Dkt. 28-1 at 3<br>• FCM II, Dkt. 37-1 at 2<br>• Ex. D at 4-5.<br><br>Trial testimony about servers. Trial Tr. 786:13-16 ("Q. Will you agree now that you used FCM server todescribe the system that handles fanning out messages to each of the subscribers, sir? A. Yes.").<br>• FCM I, Dkt. 28-1 at 1<br>• Ex. D at 1. |
| *Secure links* | "secure Internet data connection(s)" | "secure message link through an | "secure Internet data message link" | "a service control link . . . secured at least in | Same use of MCS server: |

1

| | | | | |
|---|---|---|---|---|
| | | Internet network" | | part by at least one security protocol" |

- FCM I, Dkt. 28-1 at 4 ("For example, Google's FCM server comprises a subsystem (MCS or message transport layer)")
- FCM I, Dkt. 28-2 at 2 ("The Google FCM system includes e.g. FCM backend (network interface) and FCM's message
- FCM II, Dkt. 37-1 at 12 ("For example, Google's FCM server comprises a subsystem (MCS) that maintains a secure data connection (MCS connection)")
- Ex. D, at 4 (citing Trial Tr. 750:22-751:1 ("Mobile connection servers are responsible for maintaining the connection and delivering those messages over that connection."))

FCM Architecture (https://firebase.google.com/docs/cloud-messaging/fcm-architecture):
- FCM I, Dkt. 28-1 at 6-7
- FCM I, Dkt. 28-2 at 5
- FCM II, Dkt. 37-1 at 20
- Ex. D, at 11

https://firebase.google.com/docs/cloud-messaging/manage-tokens
- FCM I, Dkt. 28-1 at 5
- FCM I, Dkt. 28-2 at 4
- Ex. D, at 33

https://firebase.google.com/docs/cloud-messaging/concept-options
- FCM II, Dkt. 37-1 at 23
- Ex. D, at 13

Including two images from JX-52 at 9-10:

| | | | | | |
|---|---|---|---|---|---|
| | | | | | • FCM I, Dkt. 28-1 at 4-5<br>• FCM I, Dkt. 28-2 at 3, 13-14, 17<br>• FCM II, Dkt. 37-1 at 12-13, 23, 28, 36<br><br>Access the device registration token (https://firebase.google.com/docs/cloud-messaging/android/client):<br>• FCM I, Dkt. 28-1 at 6<br>• FCM I, Dkt. 28-2 at 4<br>• FCM II, Dkt. 37-1 at 25<br><br>Trial testimony about secure link. Trial Tr. 726:16-19 ("[T]his slide called MCS Connection, is … a rough diagram of FCM."), 728:21-23 ("Q. Now, what's the security used to protect this persistent connection? A. We use SSL encryption. More recently that's been called TLS encryption.").<br>• FCM I, Dkt. 28-1 at 4-5<br>• FCM I, Dkt. 28-2 at 13<br>• FCM II, Dkt. 37-1 at 12-13 |
| ***Device agent / messaging agent*** | "device messaging agent(s)" | "device link agent" | "device link agent(s)" | "two or more device agents" | JX-52 at 9:<br>• FCM I, Dkt. 28-1 at 4-5<br>• FCM I, Dkt. 28-2 at 3, 14<br>• FCM II, Dkt. 37-1 at 3<br><br>FCM Architecture (https://firebase.google.com/docs/cloud-messaging/fcm-architecture):<br>• FCM I, Dkt. 28-1 at 14<br>• FCM I, Dkt. 28-2 at 10-11<br>• FCM II, Dkt. 37-1 at 19-20<br>• Ex. D, at 11 |

3

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Send server updates with Firebase Cloud Messaging (https://developer.android.com/develop/connectivity/minimize-effect-regular-updates ):<br>• FCM I, Dkt. 28-1 at 15<br>• FCM I, Dkt. 28-2 at 12<br>• FCM II, Dkt. 37-1 at 20<br><br>Lifecycle Flow (https://firebase.google.com/docs/cloud-messaging/fcm-architecture):<br>• FCM I, Dkt. 28-1 at 15<br>• FCM I, Dkt. 28-2 at 12<br>• Dkt. 37-1 at 28<br>• Ex. D, at 11<br><br>Access the device registration token (https://firebase.google.com/docs/cloud-messaging/android/client):<br>• FCM I, Dkt. 28-1 at 6<br>• FCM I, Dkt. 28-2 at 4<br>• FCM II, Dkt. 37-1 at 25<br>• Ex. D, at 11 |
| *Identifier* | "each such message containing at least one application identifier" | "content including data for, and an identification of, a respective one of the authorized software components" | "cause messages with a unique identifier corresponding to a given one of those software applications" | "an identifier identifying the particular device agent" | Trial Tr. 758:4-6 (FCM uses a registration token to identify particular application software and particular device), 758:13-23 (token includes the app package name which will uniquely identify an app.):<br>• FCM I, Dkt. 28-1 at 8<br>• FCM I, Dkt. 28-2 at 18<br>• FCM II, Dkt. 37-1 at 17<br><br>Authorize send requests (https://firebase.google.com/docs/cloud-messaging/auth-server):<br>• FCM I, Dkt. 28-1 at 9<br>• FCM II, Dkt. 37-1 at 17 |

4

| | | | | | |
|---|---|---|---|---|---|
| *Multiple network sources* | "plurality of network application servers" | "plurality of network elements" | "plurality of network elements" | "receive a server message from a particular server of a plurality of servers communicatively coupled to the network system" | FCM architecture described (https://firebase.google.com/docs/cloud-messaging/fcm-architecture):<br>• FCM I, Dkt. 28-1 at 8<br>• FCM I, Dkt. 28-2 at 7<br>• FCM II, Dkt. 37-1 at 14<br>• Ex. D, at 41-43 |
| *Multiple elements that can receive* | "the mobile end-user devices and one of a plurality of applications" | "multiple software components authorized to receive and process data from secure message link messages received via a device link agent on that device" | "each of the wireless end-user devices comprising multiple software components authorized to receive messages via the device link agent on that device" | "two or more device agents" | Multiple elements that can receive:<br>• FCM I, Dkt. 28-1 at 5 ("**multiple software components (apps) authorized to receive** and process data from secure message link messages received via a device link agent on that device")<br>• FCM I, Dkt. 28-2 at 2 ("each of the wireless end-user devices comprising **multiple software components (apps) authorized to receive messages** via the device link agent on that device")<br>• FCM II, Dkt. 37-1 at 13 ("multiple requests to transmit application data, each such request indicating a corresponding one of the mobile end-user devices and one of a **plurality of applications**.")<br>• Ex. D, at 69 ("the push system used by Google generates an encrypted message comprising the at least a portion of the message payload and an identifier identifying the particular device agent, the identifier configured to assist in delivering the at least a portion of the message payload to the particular device agent, the identifier distinguishing the particular device agent from all other device agents of **the two or more device agents**.") |
| *Message Transmission* | "the network message server | - | "receive secure | "receive a server message from a | Trial Tr. 759:14-760:7 ("The GCM module is responsible for correctly routing the message to the |

5

| | to transmit each of the generated Internet data messages" | | Internet data messages from the network server system" | particular server . . . send the encrypted message to the end-user device over the service control link " | app" and "[t]he way that the GCM module correctly routes the message to the app is sometimes called interprocess communication."). <br> • FCM I, Dkt. 28-2 at 17 <br> • FCM II, Dkt. 37-1 at 23 |
|---|---|---|---|---|---|
| *Message Source* | "receive, from each of a plurality of network application servers" | "receive network element messages from a plurality of network elements" | "receive messages from a plurality of network elements" | "receive a server message from a particular server" | FCM architecture described (https://firebase.google.com/docs/cloud-messaging/fcm-architecture): <br> • FCM I, Dkt. 28-1 at 8 <br> • FCM I, Dkt. 28-2 at 7 <br> • FCM II, Dkt. 37-1 at 14 <br> • Ex. D, at 41 |
| *Secure Communication* | "forward the application data in the message . . . via a secure interprocess communication service" | - | "cause messages . . . to be securely delivered" | "send the encrypted message to the end-user device over the service control link" | Mitigations (https://developer.android.com/privacy-and-security/risks/implicit-intent-hijacking): <br> • FCM I, Dkt. 28-2 at 18 <br> • FCM II, Dkt. 37-1 at 31 |

6