# EXHIBIT C

# Exhibit A - U.S. Patent No. 8,639,935 ("'935 Patent")

Accused Instrumentalities: Google infringes under § 271 at least by using a push messaging system (comprising a computer-readable storage medium storing one or more machine-executable instructions executed by one or more processors of a network system) to send push messages to end-user devices designed to communicate using Google's network, such as a push messaging system by Google or Google Cloud systems (e.g., Google's Firebase Cloud Messaging system) as exemplary of non-Samsung Android devices. The accused push systems operate according to push system documentation available on, for example, the Google Firebase website (e.g., http://firebase.google.com). The accused systems include, without limitation, any systems used for eSIM provisioning and management systems/components such as SM-DP+, SM-DP, RSP, SM-SR, SM-DS, AAA/UDM/AUSF, HLR/HSS, and PCRF/PCF entities). On information and belief, Google's eSIM provisioning and management systems/components comply with the relevant sections of the GSMA eSIM standards—SGP.21/SGP.22 (Consumer), SGP.31/SGP.32 (IoT), SGP.01/SGP.02 (M2M)—including those discussed below. *See, e.g.,* https://gsm2go.com/esim-phones ("The following devices support GSMA eSIM service and can make use of regular eSIM activation codes," listing Android devices including Google Pixel among other devices."). Citation to disclosures in one standard (e.g., SGP.21/SGP.22) includes corresponding disclosures in other standards (e.g., SGP.31/SGP.32).

## Claim 1

| Issued Claim(s) | Public Documentation |
|---|---|
| 1[pre] A non-transitory computer-readable storage medium storing one or more machine-executable instructions that, when executed by one or more processors of a network system, cause the one or more processors to: | The Accused Instrumentalities comprise a non-transitory computer-readable storage medium storing one or more machine-executable instructions that, when executed by one or more processors of a network system, cause the one or more processors to perform steps 1[a]-1[e] below. *See also, e.g.*:<br><br>103 Case, Trial Tr. (Hansen) 786:13-16 ("Q. Will you agree now that you used FCM server to describe the system that handles fanning out messages to each of the subscribers, sir? A. Yes."). |



https://www.youtube.com/watch?v=-tPHRj64zTM ("After you send the topic message to FCM, the FCM Server handles fanning out messages to each subscriber for you.").

Google's FCM system "relies on the following set of components that build, transport, and receive messages," including "Cloud Functions for Firebase, App Engine," (which are Google Cloud supplied functionalities), "or your own app server"; "The FCM backend, which (among other functions) accepts message requests, performs fanout of messages via topics, and generates message metadata such as the message ID."; "A platform-level transport layer, which routes the message to the targeted device, handles message delivery, and applies platform-specific configuration where appropriate" (including the "Android transport layer (ATL) for Android devices with Google Play services"); and "The FCM SDK on the user's device, where the notification is displayed or the message is handled according to the app's foreground/background state and any relevant application logic."

# FCM Architectural Overview 🔖 ▾

Send feedback

**On this page**
Lifecycle flow

FCM relies on the following set of components that build, transport, and receive messages:

1. Tooling to compose or build message requests. The Notifications composer provides a GUI-based option for creating notification requests. For full automation and support for all message types, you must build message requests in a trusted server environment that supports the Firebase Admin SDK or the FCM server protocol. This environment could be Cloud Functions for Firebase, App Engine, or your own app server.



2. The FCM backend, which (among other functions) accepts message requests, performs fanout of messages via topics, and generates message metadata such as the message ID.

3. A platform-level transport layer, which routes the message to the targeted device, handles message delivery, and applies platform-specific configuration where appropriate. This transport layer includes:

   - Android transport layer (ATL) for Android devices with Google Play services

   - Apple Push Notification service (APNs) for Apple devices

   - Web push protocol for web apps

   >  **Note:** Platform-level transport layers are outside the core FCM product. FCM messages routed to a platform-level transport layer may be subject to terms specific to that platform rather than FCM's terms of service. Android message routing via ATL falls under the Google APIs terms of service.

4. The FCM SDK on the user's device, where the notification is displayed or the message is handled according to the app's foreground/background state and any relevant application logic.

https://firebase.google.com/docs/cloud-messaging/fcm-architecture;
https://cloud.google.com/appengine?hl=en; https://firebase.google.com/products/functions/:

## Develop a backend without servers

Create functions that are triggered by Firebase products, such as changes to data in the Realtime Database, new user sign-ups via Auth, and conversion events in Google Analytics. Are you a Google Cloud developer? See Google Cloud Functions.





;

### Send server updates with Firebase Cloud Messaging

Firebase Cloud Messaging (FCM) is a lightweight mechanism used to transmit data from a server to a particular app instance. Using FCM, your server can notify your app running on a particular device that there is new data available for it.

Compared to polling, where your app must regularly ping the server to query for new data, this event-driven model allows your app to create a new connection only when it knows there is data to download. The model minimizes unnecessary connections and reduces latency when updating information within your app.

FCM is implemented using a persistent TCP/IP connection. This minimizes the number of persistent connections and allows the platform to optimize bandwidth and minimize the associated impact on battery life.

https://developer.android.com/develop/connectivity/minimize-effect-regular-updates; *see also* 103 Case, Trial Tr. 750:22-751:1 ("Mobile connection servers are responsible for maintaining the connection and delivering those messages over that connection."), 751:10-14 ("Q. That platform-level transport layer routes the message to the targeted device. Right? A. Yeah. It's responsible for maintaining that connection and delivering to that device.").

https://firebase.google.com/docs/cloud-messaging/fcm-architecture

As a further example, Google's FCM system comprises a server which delivers messages to applications on devices, including Google's own applications (such as, but not limited to, Google search/ads, Google Maps, Google Messages, Gmail, and YouTube and Google Cloud Mobile App) as well as third party applications. These messages can be triggered by Cloud Functions running on or in cooperation with Google Cloud functionality. *See, e.g.,* exemplary screenshots and citations below:

Google Cloud Mobile App is configured for push notifications, e.g., alerting about production issues or status:

https://cloud.google.com/app?hl=en

Manage Google Cloud services from your Android or iOS device
**Google Cloud app**
Convenient way to discover, understand, and respond to production issues. Receive and respond to alerts helping you address production issues.
Google Cloud app
For Android and iOS devices
Monitor, manage, and troubleshoot your cloud resources from your mobile device. Receive alerts and respond to production issues on the go.

FEATURES
Production alerting
Be alerted right on your Android or iOS device anytime there is a production issue in your application. Quickly understand the issue, triage it, and bring in your team to help.
Diagnose and fix issues
Take action to address issues directly from your device, such as rolling back a bad release, stopping or restarting a VM, searching logs, executing gcloud commands, or even connecting to a VM via SSH.

Keep an eye on your environment

Monitor the status of App Engine, Compute Engine, Cloud Storage, and Cloud SQL resources. Create custom views to give you exactly the data you need at a glance.

HOW IT WORKS

Google Cloud mobile app is available for all Google Cloud customers. The app requires users to sign in with their Google Cloud credentials.

COMMON USES

Incident and alerts management

Learning resources

Cloud Monitoring

Open, assign, acknowledge, and resolve incidents to keep your team in sync. Get alerts on production issues. Triage and understand the crashes of your cloud services.

- Push notifications

- Monitor application errors

- View uptime and latency trace data

https://support.google.com/cloud/answer/6143581#zippy=%2Cmanage-push-notification-settings

Monitor and manage your cloud solution from a mobile device

Google Cloud app is a mobile application that's a companion to the web-based Google Cloud console. It allows you to troubleshoot and manage your Google Cloud solution directly from a mobile device.

The Google Cloud mobile app lets you:

- Check the state of your Google App Engine, Compute Engine, Cloud Storage, and Cloud SQL resources.
- Check billing details and cost estimates.
- Create your own custom dashboard to get a scannable overview of your solution.
- Take quick actions directly from your device, such as restarting a virtual machine or SSH to them.

- Use any gCloud commands using Cloud Shell.
- Monitor your application errors.
- View and manage incidents tracked in Google Cloud Monitoring.
- View latency trace data.
- View uptime checks.

Manage push notification settings

You maintain your mobile notification preferences in Settings.

To turn on notifications for new errors:

1. From the main menu, tap **Settings**.
2. Tap **New error notifications**.
3. Tap **+ Add Project** to add the projects that you want to receive error notifications for.

You'll receive notifications when there are new error types for the selected project(s) (that is, when an error occurs that cannot be grouped with the errors you've already seen).

To turn on notifications for incidents:

1. In the **bottom navigation**, tap the item labeled **Operations**.
2. Tap **Incidents**.
3. Confirm on the top notification box that you want to enable notifications for incidents.

https://docs.cloud.google.com/monitoring/support/notification-options# (describing Cloud Monitoring alerts via push notifications to Google Cloud Mobile App)

Google Ads: https://support.google.com/google-ads/answer/9972066?hl=en

# FCM Architectural Overview

FCM relies on the following set of components that build, transport, and receive messages:

1. Tooling to compose or build message requests. The Notifications composer provides a GUI-based option for creating notification requests. For full automation and support for all message types, you must build message requests in a trusted server environment that supports the Firebase Admin SDK or the FCM server protocol. This environment could be Cloud Functions for Firebase, App Engine, or your own app server.

2. The FCM backend, which (among other functions) accepts message requests, performs fanout of messages via topics, and generates message metadata such as the message ID.

3. A platform-level transport layer, which routes the message to the targeted device, handles message delivery, and applies platform-specific configuration where appropriate. This transport layer includes:

   - Android transport layer (ATL) for Android devices with Google Play services
   - Apple Push Notification service (APNs) for Apple devices
   - Web push protocol for web apps

   **Note:** Platform-level transport layers are outside the core FCM product. FCM messages routed to a platform-level transport layer may be subject to terms specific to that platform rather than FCM's terms of service. Android message routing via ATL falls under the Google APIs terms of service.

| | |
|---|---|
| | 4. The FCM SDK on the user's device, where the notification is displayed or the message is handled according to the app's foreground/background state and any relevant application logic.<br><br># Lifecycle flow<br><br>- **Register devices to receive messages from FCM**. An instance of a client app registers to receive messages, obtaining a registration token that uniquely identifies the app instance.<br>- **Send and receive downstream messages**.<br>  - Send a message. The app server sends messages to the client app:<br>    - The message is composed, either in the Notifications composer or a trusted environment, and a message request is sent to the FCM backend.<br>    - The FCM backend receives the message request, generates a message ID and other metadata, and sends it to the platform specific transport layer.<br>    - When the device is online, the message is sent via the platform-specific transport layer to the device.<br>    - On the device, the client app receives the message or notification. |
| 1[a] establish, in cooperation with an end-user device communicatively coupled to the network system over a set of one or more wireless access networks, a service control link between the network system and the end-user device, the service control link secured at least in part by at least one security protocol, the | The Accused Instrumentalities establish, in cooperation with an end-user device communicatively coupled to the network system over a set of one or more wireless access networks, a service control link between the network system and the end-user device, the service control link secured at least in part by at least one security protocol, the service control link for supporting control-plane communications between the network system and the end-user device, the end-user device comprising two or more device agents, the two or more device agents including a particular device agent. |

| | |
|---|---|
| service control link for supporting control-plane communications between the network system and the end-user device, the end-user device comprising two or more device agents, the two or more device agents including a particular device agent; | Google sends push messages using a push messaging system by Google or Google Cloud systems (e.g., Google's Firebase Cloud Messaging system) as exemplary for Android devices (Accused Instrumentalities). Google sends push messages for e.g. Google's network service control, activation, plans, settings, eSIM, or e.g. Google-branded and third party applications such as, but not limited to, Google Cloud Mobile, Google Search, Google Ads, Google Play Store, YouTube, Gmail, Google Messages and Google Cloud or other such branded applications. Google is a user of the push messaging system, including under § 271(a), including, for example, for pushing messages to Google-branded apps. Google decides to send a push message using the system. At least Google controls the system and controls when the system sends the push message, what the push message says, and who to deliver it to. Google benefits from sending push messages for promotion, marketing, activation, plans, settings, provisioning, sales, increased sales, user engagement, app updates, system updates, updates, and user information. Google also induces the push system to send the push messages including by requesting it to send the push message. Google also induces the end-user to use push messaging and thus the push system for push messaging with knowledge as required for inducement under § 271(b). |
| | A push messaging system used by Google establishes, in cooperation with an end-user device communicatively coupled to the network system over a set of one or more wireless access networks, a service control link between the network system and the end-user device, the service control link secured at least in part by at least one security protocol, the service control link for supporting control-plane communications between the one or more processors and the end-user device, the end-user device comprising two or more device agents, the two or more device agents including a particular device agent. For example, there is a service control link between the Google Firebase Cloud Messaging system and each Android device compatible with Google's network. The service control link is secured by at least one security protocol e.g. TLS/SSL. The service control link supports control plane communications between the Firebase Cloud Messaging system and the end-user device such as heartbeats, keepalives, ack/nack or message acknowledgements, login request/response, status changes, registration messages. The service control link also supports communication of data messages comprising message payload as recited in subsequent claim limitations (see also dependent claims 11, 15, 19, as examples). The end-user device comprises two or more device agents which are each software on the end-user device. For example, a device agent is a piece of software on the end-user device that |

performs certain functions for other software. A device agent is not mutually exclusive with an end-user application and an end-user application can comprise a device agent. *See, e.g.*:

See Firebase Cloud Messaging documentation, including firebase.google.com:

https://firebase.google.com/docs/cloud-messaging/fcm-architecture

# FCM Architectural Overview

FCM relies on the following set of components that build, transport, and receive messages:

1. Tooling to compose or build message requests. The Notifications composer provides a GUI-based option for creating notification requests. For full automation and support for all message types, you must build message requests in a trusted server environment that supports the Firebase Admin SDK or the FCM server protocol. This environment could be Cloud Functions for Firebase, App Engine, or your own app server.

2. The FCM backend, which (among other functions) accepts message requests, performs fanout of messages via topics, and generates message metadata such as the message ID.

3. A platform-level transport layer, which routes the message to the targeted device, handles message delivery, and applies platform-specific configuration where appropriate. This transport layer includes:

   - Android transport layer (ATL) for Android devices with Google Play services
   - Apple Push Notification service (APNs) for Apple devices

- Web push protocol for web apps

  **Note:** Platform-level transport layers are outside the core FCM product. FCM messages routed to a platform-level transport layer may be subject to terms specific to that platform rather than FCM's terms of service. Android message routing via ATL falls under the Google APIs terms of service.

4. The FCM SDK on the user's device, where the notification is displayed or the message is handled according to the app's foreground/background state and any relevant application logic.

# Lifecycle flow

- **Register devices to receive messages from FCM**. An instance of a client app registers to receive messages, obtaining a registration token that uniquely identifies the app instance.
- **Send and receive downstream messages**.
  - Send a message. The app server sends messages to the client app:
    - The message is composed, either in the Notifications composer or a trusted environment, and a message request is sent to the FCM backend.
    - The FCM backend receives the message request, generates a message ID and other metadata, and sends it to the platform specific transport layer.
    - When the device is online, the message is sent via the platform-specific transport layer to the device.
    - On the device, the client app receives the message or notification

https://firebase.google.com/docs/cloud-messaging/concept-options

**Cloud Messaging**
- Introduction
- Concepts and best practices
  - FCM Architectural Overview
  - About FCM messages
  - Understanding message delivery
  - Send messages at scale
  - Manage FCM registration tokens
  - Get AI insights for messaging campaigns
- iOS+
- Android
- Flutter
- C++
- Unity
- Web (JavaScript)
- Server environments

# About FCM messages

Firebase Cloud Messaging (FCM) offers a broad range of messaging options and capabilities. The information in this page is intended to help you understand the different types of FCM messages and what you can do with them.

# Message types

With FCM, you can send two types of messages to clients:

- Notification messages, sometimes thought of as "display messages." These are handled by the FCM SDK automatically.
- Data messages, which are handled by the client app.

Notification messages contain a predefined set of user-visible keys. Data messages, by contrast, contain only your user-defined custom key-value pairs. Notification messages can contain an optional data payload. Maximum payload for both message types is 4096 bytes, except when sending messages from the Firebase console, which enforces a 1000 character limit.

|  | Use scenario | How to send |
|---|---|---|
| Notification message | FCM SDK displays the message to end-user devices on behalf of the client app when it's running in the background. Otherwise, if the app is running in the foreground when the notification is received, the app's code determines the behavior. Notification messages have a predefined set of user-visible keys and an optional data payload of custom key-value pairs. | 1. In a trusted environment such as Cloud Functions or your app server, use the Admin SDK or the HTTP v1 API. Set the `notification` key. May have optional data payload. Always collapsible.<br><br>See some examples of display notifications and send request payloads.<br>2. Use the Notifications composer: Enter the Message Text, Title, etc., and send. Add optional data payload by providing Custom data. |

| Data message | Client app is responsible for processing data messages. Data messages have only custom key-value pairs with no reserved key names (see below). | In a trusted environment such as Cloud Functions or your app server, use the Admin SDK or the FCM Server Protocols. In the send request, Set the data key. |
| --- | --- | --- |

Use notification messages when you want the FCM SDK to handle displaying a notification automatically when your app is running in the background. Use data messages when you want to process the messages with your own client app code.

FCM can send a notification message including an optional data payload. In such cases, FCM handles displaying the notification payload, and the client app handles the data payload.

# Notification messages

For testing or for marketing and user re-engagement, you can send notification messages using the Firebase console. The Firebase console provides analytics-based A/B testing to help you refine and improve marketing messages.

To programmatically send notification messages using the Admin SDK or the FCM protocols, set the `notification` key with the necessary predefined set of key-value options for the user-visible part of the notification message. For example, here is a JSON-formatted notification message in an IM app. The user can expect to see a message with the title "Portugal vs. Denmark" and the text "great match!" on the device:

```
{  "message":{
"token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",
"notification":{      "title":"Portugal vs. Denmark",      "body":"great
match!"    }  }}
```

Notification messages are delivered to the notification tray when the app is in the background. For apps in the foreground, messages are handled by a callback function.

See the [HTTP v1 Protocol notification object](#) reference documentation for the full list of predefined keys available for building notification messages.

# Data messages

Set the appropriate key with your custom key-value pairs to send a data payload to the client app.

Make sure that you do not use any reserved words in your custom key-value pairs. Reserved words include "from", "notification," "message_type", or any word starting with "google" or "gcm."

For example, here is a JSON-formatted message in the same IM app as above, where the information is encapsulated in the common `data` key and the client app is expected to interpret the content:

```
{  "message":{
"token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",    "data":{
"Nick" : "Mario",      "body" : "great match!",        "Room" :
"PortugalVSDenmark"    }  }}
```

The above example shows usage of the top-level, or common `data` field, which is interpreted by clients on all platforms that receive the message. On each platform, the client app receives the data payload in a callback function.

## Encryption for data messages

The Android Transport Layer (see [FCM architecture](#)) uses point-to-point encryption. Depending on your needs, you may decide to add end-to-end encryption to data messages. FCM does not provide an end-to-end solution. However, there are external solutions available such as [Capillary](#) or [DTLS](#).

# Notification messages with optional data payload

Both programmatically or via the Firebase console, you can send notification messages that contain an optional payload of custom key-value pairs. In the Notifications composer, use the **Custom data** fields in **Advanced options**.

App behavior when receiving messages that include both notification and data payloads depends on whether the app is in the background or the foreground—essentially, whether or not it is active at the time of receipt.

- **When in the background**, apps receive the notification payload in the notification tray, and only handle the data payload when the user taps on the notification.
- **When in the foreground**, your app receives a message object with both payloads available.

Here is a JSON-formatted message containing both the `notification` key and the `data` key:

```
{  "message":{
"token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",
"notification":{    "title":"Portugal vs. Denmark",    "body":"great
match!"    },   "data" : {    "Nick" : "Mario",    "Room" :
"PortugalVSDenmark"    }  }}
```

# Customizing a message across platforms

The Firebase Admin SDK and the FCM v1 HTTP protocol both allow your message requests to set all fields available in the `message` object. This includes:

- a common set of fields to be interpreted by **all** app instances that receive the message.
- platform-specific sets of fields, such as `AndroidConfig` and `WebpushConfig`, interpreted only by app instances running on the specified platform.

Platform-specific blocks give you flexibility to customize messages for different platforms to ensure that they are handled correctly when received. The FCM backend will take all specified parameters into account and customize the message for each platform.

## When to use common fields

Use common fields when you're:

- Targeting app instances on **all** platforms — Apple, Android, and web
- Sending messages to topics

All app instances, regardless of platform, can interpret the following common fields:

- [message.notification.title](#)
- [message.notification.body](#)
- [message.data](#)

## When to use platform-specific fields

Use platform-specific fields when you want to:

- Send fields only to particular platforms
- Send platform-specific fields *in addition to* the common fields

Whenever you want to send values only to particular platforms, **don't** use common fields; use platform-specific fields. For example, to send a notification only to Apple platforms and web but not to Android, you must use two separate sets of fields, one for Apple and one for web.

When you are sending messages with specific [delivery options](#), use platform-specific fields to set them. You can specify different values per platform if you want. However, even when you want to set essentially the same value across platforms, you must use platform-specific fields. This is because each platform may interpret the value slightly differently—for example, time-to-

live is set on Android as an expiration time in seconds, while on Apple it is set as an expiration *date*.

# Example: notification message with platform-specific delivery options

The following v1 send request sends a common notification title and content to all platforms, but also sends some platform-specific overrides. Specifically, the request:

- sets a long time-to-live for Android and Web platforms, while setting the APNs (Apple platforms) message priority to a low setting
- sets the appropriate keys to define the result of a user tap on the notification on Android and Apple — `click_action`, and `category`, respectively.

```
{   "message":{
"token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",
"notification":{        "title":"Match update",        "body":"Arsenal goal
in added time, score is now 3-0"     },      "android":{
"ttl":"86400s",        "notification"{
"click_action":"OPEN_ACTIVITY_1"         }      },      "apns": {
"headers": {         "apns-priority": "5",         },          "payload": {
"aps": {          "category": "NEW_MESSAGE_CATEGORY"            }         }
},        "webpush":{        "headers":{          "TTL":"86400"         }       }
} }
```

See the HTTP v1 reference documentation for complete detail on the keys available in platform-specific blocks in the message body. For more information about building send requests that contain the message body, see Build Send Requests.

# Delivery options

FCM provides a specific set of delivery options for messages sent to Android devices, and allows for similar options on Apple platforms and web. For example, "collapsible" message behavior is supported on Android via FCM's `collapse_key`, on Apple via `apns-collapse-id`, and on JavaScript/Web via `Topic`. For details, see descriptions in this section and related reference documentation.

## Non-collapsible and collapsible messages

A *non-collapsible* message denotes that each individual message is delivered to the device. A non-collapsible message delivers some useful content, as opposed to a collapsible message like a content-free "ping" to the mobile app to contact the server to fetch data.

FCM does not guarantee the order of delivery.

Some typical use cases of non-collapsible messages are chat messages or critical messages. For example, in an IM app, you would want to deliver every message, because every message has different content.

For Android there is a limit of 100 messages that can be stored without collapsing. If the limit is reached, all stored messages are discarded. When the device is back online, it receives a special message indicating that the limit was reached. The app can then handle the situation properly, typically by requesting a full sync from the app server.

A *collapsible message* is a message that may be replaced by a new message if it has yet to be delivered to the device.

A common use cases of collapsible messages are messages used to tell a mobile app to sync data from the server. An example would be a sports app that updates users with the latest score. Only the most recent message is relevant.

To mark a message as collapsible on Android, include the `collapse_key` parameter in the message payload. By default, the collapse key is the app package name registered in the Firebase console. The FCM server can simultaneously store four different collapsible messages per device, each with a different collapse key. If you exceed this number, FCM only keeps four collapse keys, with no guarantees about which ones are kept.

Topic messages with no payload are collapsible by default. Notification messages are always collapsible and will ignore the `collapse_key` parameter.

## Which should I use?

Collapsible messages are a better choice from a performance standpoint, provided your app doesn't need to use non-collapsible messages. However, if you use collapsible messages, remember that FCM only allows a maximum of four different collapse keys to be used by FCM per registration token at any given time. You must not exceed this number, or it could cause unpredictable consequences.

|  | Use scenario | How to send |
|---|---|---|
| Non-collapsible | Every message is important to the client app and needs to be delivered. | Except for notification messages, all messages are non-collapsible by default. |
| Collapsible | When there is a newer message that renders an older, related message irrelevant to the client app, FCM replaces the older message. For example: messages used to initiate a data sync from the server, or outdated notification messages. | Set the appropriate parameter in your message request:<br>• collapseKey on Android |

- `apns-collapse-id` on Apple
- Topic on Web
- `collapse_key` in legacy protocols (all platforms)

## Setting the priority of a message

You have two options for assigning delivery priority to downstream messages: normal and high priority. Though the behavior differs slightly across platforms, delivery of normal and high priority messages works like this:

- **Normal priority.** Normal priority messages are delivered immediately when the app is in the foreground. For backgrounded apps, delivery may be delayed. For less time-sensitive messages, such as notifications of new email, keeping your UI in sync, or syncing app data in the background, choose normal delivery priority.
- **High priority.** FCM attempts to deliver high priority messages immediately even if the device is in Doze mode. High priority messages are for time-sensitive, user visible content.

When sending data messages to Apple devices, the priority **must** be set to 5, or normal priority. Messages sent with high priority are rejected by the FCM backend with the error `INVALID_ARGUMENT`.

Here is an example of a normal priority message sent via the FCM HTTP v1 protocol to notify a magazine subscriber that new content is available to download:

```
{  "message":{    "topic":"subscriber-updates",    "notification":{
"body" : "This week's edition is now available.",    "title" :
"NewsMagazine.com",    },    "data" : {    "volume" : "3.21.15",
"contents" : "http://www.news-magazine.com/world-week/21659772"    },
"android":{    "priority":"normal"    },    "apns":{    "headers":{
```

```
"apns-priority":"5"       }      },    "webpush": {       "headers": {
"Urgency": "high"       }     } }}
```

For more platform-specific detail on setting message priority:

- APNs documentation
- Set and manage message priority (Android)
- Web push message urgency

## Life critical use cases

The FCM APIs are not designed for emergency alerts or other high-risk activities where the use or failure of the APIs could result in death, personal injury, or environmental damage (such as the operation of nuclear facilities, air traffic control, or life support systems). Any such use is expressly prohibited under Section 4. a. 7 of the Terms of Service. You are solely responsible for managing your app's compliance with the Terms, and any damages resulting from your noncompliance. Google provides the APIs "as is," and reserves the right to discontinue the APIs or any portion or feature or your access thereto, for any reason and at any time, without liability or other obligation to you or your users.

## Setting the lifespan of a message

FCM usually delivers messages immediately after they are sent. However, this might not always be possible. For example, if the platform is Android, the device could be turned off, offline, or otherwise unavailable. Or FCM might intentionally delay messages to prevent an app from consuming excessive resources and negatively affecting battery life.

When this happens, FCM stores the message and delivers it as soon as it's feasible. While this is fine in most cases, there are some apps for which a late message might as well never be delivered. For example, if the message is an incoming call or video chat notification, it is meaningful only for a short period of time before the call is terminated. Or if the message is an invitation to an event, it is useless if received after the event has ended.

On Android and Web/JavaScript, you can specify the maximum lifespan of a message. The value must be a duration from 0 to 2,419,200 seconds (28 days), and it corresponds to the maximum period of time for which FCM stores and attempts to deliver the message. Requests that don't contain this field default to the maximum period of four weeks.

Here are some possible uses for this feature:

- Video chat incoming calls
- Expiring invitation events
- Calendar events

Another advantage of specifying the lifespan of a message is that FCM doesn't apply collapsible message throttling to messages with a time-to-live value of 0 seconds. FCM provides best effort handling of messages that must be delivered "now or never." Keep in mind that a `time_to_live` value of 0 means messages that can't be delivered immediately are discarded. However, because such messages are never stored, this provides the best latency for sending notification messages.

Here is an example of a request that includes TTL:

```
{  "message":{
"token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",    "data":{
"Nick" : "Mario",      "body" : "great match!",      "Room" :
"PortugalVSDenmark"    },   "apns":{     "headers":{        "apns-
expiration":"1604750400"       }   },    "android":{     "ttl":"4500s"
},    "webpush":{      "headers":{          "TTL":"4500"      }    }  }}
```

# Lifetime of a message

When an app server posts a message to FCM and receives a message ID back, it does not mean that the message was already delivered to the device. Rather, it means that it was accepted for delivery. What happens to the message after it is accepted depends on many factors.

In the best-case scenario, if the device is connected to FCM, the screen is on and there are no throttling restrictions, the message is delivered right away.

If the device is connected but in Doze, a low priority message is stored by FCM until the device is out of Doze. And that's where the `collapse_key` flag plays a role: if there is already a message with the same collapse key (and registration token) stored and waiting for delivery, the old message is discarded and the new message takes its place (that is, the old message is collapsed by the new one). However, if the collapse key is not set, both the new and old messages are stored for future delivery.

If the device is not connected to FCM, the message is stored until a connection is established (again respecting the collapse key rules). When a connection is established, FCM delivers all pending messages to the device. If the device never gets connected again (for instance, if it was factory reset), the message eventually times out and is discarded from FCM storage. The default timeout is four weeks, unless the `time_to_live` flag is set.

To get more insight into the delivery of a message:

> To get more insight into the delivery of messages on Android or Apple platforms, see the FCM reporting dashboard, which records the number of messages sent and opened on Apple and Android devices, along with data for "impressions" (notifications seen by users) for Android apps.

For Android devices with direct channel messaging enabled, if the device has not connected to FCM for more than one month, FCM still accepts the message but immediately discards it. If the device connects within four weeks of the last data message you sent to it, your client receives the onDeletedMessages() callback. The app can then handle the situation properly, typically by requesting a full sync from the app server.

Finally, when FCM attempts to deliver a message to the device and the app was uninstalled, FCM discards that message right away and invalidates the registration token. Future attempts to send a message to that device results in a `NotRegistered` error.

# Throttling and quotas

Our goal is to always deliver every message sent via FCM. However, delivering every message sometimes results in a poor overall user experience. In other cases, we need to provide boundaries to ensure that FCM provides a scalable service for all senders. The types of limits and quotas described in this section help us balance these important factors.

**Note:** The limits discussed in this section are subject to change.

## Downstream message throttling

The HTTP v1 API introduced per-project, per-minute quotas for downstream messaging. The default quota of 600k messages per minute covers over 99% of FCM developers while protecting the stability of the system and minimizing the impact of spiky projects.

Spiky traffic patterns can result in quota exceeded errors. In an over quota scenario, the system serves HTTP status code 429 (QUOTA_EXCEEDED) until the quota is refilled in the following minute. 429 responses may also be returned in overload situations, so you are strongly encouraged to handle 429s according to published recommendations.

Note that:

- The downstream quota measures messages, not requests.
- Client errors (HTTP status code 400-499) are counted (excluding 429s).
- Quotas are per-minute, but these minutes are not aligned to the clock.

## Monitoring quota

You can view quota, usage, and errors on the Google Cloud Console:

1. Go to the Google Cloud console
2. Select **APIs & services**
3. From the table list, select **Firebase Cloud Messaging API**
4. Select **QUOTA & SYSTEM LIMITS**.

NOTE: These graphs are not precisely time aligned with quota minutes, meaning 429s may be served when traffic appears to be below quota.

## Requesting a quota increase

Before requesting a quota increase, ensure that:

- Your usage is regularly $\geq$ 80% of quota for at least 5 consecutive minutes per day.
- You have < 5% client error ratio, especially during peak traffic.
- You adhere to the best practices for sending messages at scale.

If you meet these criteria, you can submit a quota increase request for up to +25% and FCM will make every practical effort to fulfill the request (no increase can be guaranteed).

If you need more downstream messaging quota due to an impending launch or temporary event, request your quota at least 15 days in advance to allow sufficient time to handle the request. For large requests (>18M messages per minute), at least 30 days of notice is required. Launches and special event requests are still subject to the client error ratio and best practices requirements.

See also the FAQ about FCM quotas.

## Topic message limit

The topic subscription add/remove rate is limited to 3,000 QPS per project.

For message sending rates, see Fanout Throttling.

# Fanout throttling

Message fanout is the process of sending a message to multiple devices, such as when you target topics and groups, or when you use the Notifications composer to target audiences or user segments.

Message fanout is not instantaneous and so occasionally you have multiple fanouts in progress concurrently. We limit the number of concurrent message fanouts per project to 1,000. After that, we may reject additional fanout requests or defer the fanout of the requests until some of the already in progress fanouts complete.

The actual achievable fanout rate is influenced by the number of projects requesting fanouts at the same time. A fanout rate of 10,000 QPS for an individual project is not uncommon, but that number is not a guarantee and is a result of the total load on the system. It is important to note that the available fanout capacity is divided among projects and not across fanout requests. So, if your project has two fanouts in progress, then each fanout will only see half of the available fanout rate. The recommended way to maximize your fanout speed is to only have one active fanout in progress at a time.

# Collapsible message throttling

As described above, collapsible messages are content-free notifications designed to collapse on top of each other. In the event that a developer is repeating the same message to an app too frequently, we delay (throttle) messages to reduce the impact on a user's battery.

For example, if you send large numbers of new email sync requests to a single device, we might delay the next email sync request a few minutes so that the device can sync at a lower average rate. This throttling is done strictly to limit the battery impact experienced by the user.

If your use case requires high burst send patterns, then non-collapsible messages may be the right choice. For such messages, make sure to include the content in such messages in order to reduce the battery cost.

We limit collapsible messages to a burst of 20 messages per app per device, with a refill of 1 message every 3 minutes.

## Maximum message rate to a single device

For Android, you can send up to 240 messages/minute and 5,000 messages/hour to a single device. This high threshold is meant to allow for short term bursts of traffic, such as when users are interacting rapidly over chat. This limit prevents errors in sending logic from inadvertently draining the battery on a device.

For iOS, we return an error when the rate exceeds APNs limits.

**Caution:** Do not routinely send messages near this maximum rate. This could waste end users' resources, and your app may be marked as abusive.

## FCM ports and your firewall

If your organization has a firewall to restrict traffic to or from the Internet, you need to configure it to allow mobile devices to connect with FCM in order for devices on your network to receive messages. FCM typically uses port 5228, but it sometimes uses 443, 5229, and 5230.

For devices connecting on your network, FCM doesn't provide specific IPs because our IP range changes too frequently and your firewall rules could get out of date, impacting your users' experience. Ideally, allowlist ports 5228-5230 & 443 with no IP restrictions. However, if you must have an IP restriction, you should allowlist all of the IP addresses listed in goog.json. This large list is updated regularly, and you are recommended to update your rules on a monthly basis. Problems caused by firewall IP restrictions are often intermittent and difficult to diagnose.

We do offer a set of domain names that can be allowlisted instead of IP addresses. Those hostnames are listed below. If we start using additional hostnames, we will update the list here. Using domain names for your firewall rule may or may not be functional in your firewall device.

**TCP ports to open:**

- 5228
- 5229
- 5230
- 443

**Hostnames to open:**

- mtalk.google.com
- mtalk4.google.com
- mtalk-staging.google.com
- mtalk-dev.google.com
- alt1-mtalk.google.com
- alt2-mtalk.google.com
- alt3-mtalk.google.com
- alt4-mtalk.google.com
- alt5-mtalk.google.com
- alt6-mtalk.google.com
- alt7-mtalk.google.com
- alt8-mtalk.google.com
- android.apis.google.com
- device-provisioning.googleapis.com
- firebaseinstallations.googleapis.com

**Network Address Translation and/or Stateful Packet Inspection firewalls:**

If your network implements Network Address Translation (NAT) or Stateful Packet Inspection (SPI), implement a 30 minute or larger timeout for our connections over ports 5228-5230. This

enables us to provide reliable connectivity while reducing the battery consumption of your users' mobile devices.

**Note:** If you are receiving notifications over APNs, make sure you have also opened the ports specified by Apple.

# VPN interactions and bypassability

Firebase Cloud Messaging takes various steps to ensure that the push messaging connection from the phone to the server is reliable and available as often as possible. The use of a VPN complicates this effort.

VPNs mask the underlying information that FCM needs to tune its connection to maximize reliability & battery life. In some cases VPNs actively break long lived connections resulting in a bad user experience due to missed or delayed messages or a high battery cost. When the VPN is configured to allow us to do so, we bypass the VPN using an encrypted connection (over the base network wifi or LTE) so as to ensure a reliable, battery friendly experience. FCM's usage of bypassable VPNs is specific to the FCM Push Notification channel. Other FCM traffic, such as registration traffic, uses the VPN if it is active. When the FCM connection bypasses the VPN it loses additional benefits the VPN may provide, such as IP masking.

Different VPNs will have different methods for controlling whether or not it can be bypassed. Consult the documentation for your specific VPN for instructions.

If the VPN is not configured to be bypassable then Firebase Cloud Messaging will use the VPN network in order to connect to the server. This may result in periods of time where messages are delayed and may result in more battery usage as Cloud Messaging works to maintain the connection over the VPN connection.

# Credentials

Depending on which FCM features you implement, you may need the following credentials from your Firebase project:

| | |
|---|---|
| Project ID | A unique identifier for your Firebase project, used in requests to the FCM v1 HTTP endpoint. This value is available in the Firebase console **Settings** pane. |
| Registration token | A unique token string that identifies each client app instance. The registration token is required for single device and device group messaging. Note that registration tokens must be kept secret. |
| Sender ID | A unique numerical value created when you create your Firebase project, available in the Cloud Messaging tab of the Firebase console **Settings** pane. The sender ID is used to identify each sender that can send messages to the client app. |
| Access token | A short-lived OAuth 2.0 token that authorizes requests to the HTTP v1 API. This token is associated with a service account that belongs to your Firebase project. To create and rotate access tokens, follow the steps described in Authorize Send Requests. |
| Server key (for **deprecated** legacy protocols) | A server key that authorizes your app server for access to Google services, including sending messages via the deprecated Firebase Cloud Messaging legacy protocols. **Important:** Do not include the server key anywhere in your client code. Also, make sure to use only server keys to |

authorize your app server. Android, Apple platform, and browser keys are rejected by FCM.

Except as otherwise noted, the content of this page is licensed under the Creative Commons Attribution 4.0 License, and code samples are licensed under the Apache 2.0 License. For details, see the Google Developers Site Policies. Java is a registered trademark of Oracle and/or its affiliates.

Last updated 2025-05-12 UTC.Message types

- Notification messages
- Data messages
- Notification messages with optional data payload
- Customizing a message across platforms
  - When to use common fields
  - When to use platform-specific fields
  - Example: notification message with platform-specific delivery options
- Delivery options
  - Non-collapsible and collapsible messages
  - Setting the priority of a message
  - Setting the lifespan of a message
- Lifetime of a message
- Throttling and quotas
  - Downstream message throttling
  - Topic message limit
  - Fanout throttling
  - Collapsible message throttling
  - Maximum message rate to a single device
- FCM ports and your firewall
- VPN interactions and bypassability
- Credentials

https://firebase.google.com/docs/cloud-messaging/manage-tokens

# Basic best practices

There are some fundamental practices you should follow in any app that uses FCM APIs to build send requests programmatically. The main best practices are:

- **Retrieve registration tokens from FCM and store them on your server.** An important role for the server is to keep track of each client's token and keep an updated list of active tokens. We strongly recommend implementing a token timestamp in your code and your servers, and updating this timestamp at regular intervals.
- **Maintain token freshness and remove stale tokens.** In addition to removing tokens that FCM no longer considers valid, you may want to monitor other signs that tokens have become stale and remove them proactively. This guide discusses some of your options for achieving this.

# Retrieve and store registration tokens

On initial startup of your app, the FCM SDK generates a registration token for the client app instance. This is the token that you must include in targeted send requests from the API, or add to topic subscriptions for targeting topics.

**We strongly recommend your app retrieve this token at initial startup and save it to your app server alongside a timestamp**. This timestamp must be

implemented by your code and your servers, as it is not provided for you by FCM SDKs.

Also, it's important to save the token to the server and update the timestamp whenever it changes, such as when:

- The app is restored on a new device
- The user uninstalls or re-installs the app
- The user clears app data
- The app becomes active again after FCM has expired its existing token



**Figure 4: Example Connection Methods for Companion Devices to reach out to the SM-DP+**

SGP.21

**4.2.6    SM-DP+ – eUICC (ES8+)**

The ES8+ interface provides a secure end-to-end channel between the SM-DP+ and the eUICC for the administration of the ISD-P and the associated Profile during download and installation.

|  | SGP.21; *see also* SGP.31 ("The IPA establishes a secure connection with the SM-DP+"; "The Bound Profile Package is downloaded to the eUICC through the IPA using the secure connection with SM-DP+"); SGP.01 ("The SM-SR is the only entity allowed to establish a secure and authenticated transport channel to the eUICC to manage the eUICC platform."). |
|---|---|



**Figure 10:     Common Mutual Authentication Procedure**

SGP.22

### 3.2.2   Common Mutual Authentication

This procedure is identical to Common Mutual Authentication Procedure defined in section 3.1.2 of SGP.22 [4]. It defines the mutual authentication procedure between the eUICC and the RSP Server.

SGP.32

LPA functions are provided by the Device.



**Figure 10: LPA in the Device**

SGP.21

### 2.4.1   eUICC Overview

This section describes the internal high-level architecture of the eUICC. It should be noted that the eUICC architecture is very similar to that used in the GSMA Remote SIM Provisioning of Embedded UICC Technical specification [2]. Operator Profiles are stored inside Security Domains within the eUICC and are implemented using GlobalPlatform standards. These ensure that it is impossible for any Profile to access the applications or data of any other Profile stored on the eUICC. The same mechanism is currently in use within SIM cards to ensure payment applications are kept secure.



**Figure 3: Schematic Representation of the eUICC**

SGP.22

| 1[b] receive a server message from a particular server of a plurality of servers communicatively coupled to the network system, the server message comprising a message payload, at least a portion of the message payload for delivery to the end-user device; | The Accused Instrumentalities receive a server message from a particular server of a plurality of servers communicatively coupled to the network system, the server message comprising a message payload, at least a portion of the message payload for delivery to the end-user device." *See, e.g.*: |
|---|---|

Google sends push messages using a push messaging system by Google or Google Cloud systems (e.g., Google's Firebase Cloud Messaging system) as exemplary for Android devices (Accused Instrumentalities). Google sends push messages for e.g. Google's network service control, activation, plans, settings, eSIM, or e.g. Google-branded and third party applications such as, but not limited to, Google Cloud Mobile, Google Search, Google Ads, Google Play Store, YouTube, Gmail, Google Messages and Google Cloud or other such branded applications. Google is a user of the push messaging system, including under § 271(a), including, for example, for pushing messages to Google-branded apps. Google decides to send a

push message using the system. At least Google controls the system and controls when the system sends the push message, what the push message says, and who to deliver it to. Google benefits from sending push messages for promotion, marketing, activation, plans, settings, provisioning, sales, increased sales, user engagement, app updates, system updates, updates, and user information. Google also induces the push system to send the push messages including by requesting it to send the push message. Google also induces the end-user to use push messaging and thus the push system for push messaging with knowledge as required for inducement under § 271(b).

A push messaging system used by Google establishes, in cooperation with an end-user device communicatively coupled to the network system over a set of one or more wireless access networks, a service control link between the network system and the end-user device, the service control link secured at least in part by at least one security protocol, the service control link for supporting control-plane communications between the one or more processors and the end-user device, the end-user device comprising two or more device agents, the two or more device agents including a particular device agent. For example, there is a service control link between the Google Firebase Cloud Messaging system and each Android device compatible with Google's network. The service control link is secured by at least one security protocol e.g. TLS/SSL. The service control link supports control plane communications between the Firebase Cloud Messaging system and the end-user device such as heartbeats, keepalives, ack/nack or message acknowledgements, login request/response, status changes, registration messages. The service control link also supports communication of data messages comprising message payload as recited in subsequent claim limitations (see also dependent claims 11, 15, 19, as examples). The end-user device comprises two or more device agents which are each software on the end-user device. For example, a device agent is a piece of software on the end-user device that performs certain functions for other software. A device agent is not mutually exclusive with an end-user application and an end-user application can comprise a device agent. *See, e.g.*:

A push messaging system used by Google receives a server message from a particular server of a plurality of servers communicatively coupled to the one or more processors, the server message comprising a message payload, at least a portion of the message payload for delivery to the end-user device. For example, Google has a plurality of servers for its Google and third party-branded apps communicatively coupled to the push system it is using such as Firebase Cloud Messaging for Android devices. Google uses the push system to send messages by

sending requests from one of the Google's servers. The push system receives a server message from a particular server (e.g., Google's server) of a plurality of servers (e.g., plurality of Google's servers, and/or plurality of third-party app servers) communicatively coupled to the one or more processors of the push system, the server message comprising a message payload, at least a portion of the message payload for delivery to the end-user device. For example, the server message comprises a message for a Google or third party-branded app and Google sends push messages for e.g. network service control, activation, plans, settings, eSIM, or e.g. Google or third party-branded applications. The message has a message payload related to the advertisement, promotion, setting, update, activation, plan, network service control, app notification, alert, bill, or other notification.

A particular server refers to a server system associated with providing a particular service. This is literally infringed by the foregoing exemplary server systems. To the extent literal infringement of 'particular server' is disputed, there would also be infringement under the doctrine of equivalents because a particular server system corresponding to a particular party providing a particular service is insubstantially different from a particular server. The accused particular server performs substantially the same function of a particular server in substantially the same way of a server system configured to send a server message to a push system, the server system comprising a server architecture corresponding to a particular service, e.g., the server system is identifiable to the push system as corresponding to a particular party that interfaces with and sends messages to the push system, to achieve substantially the same result of a push system configured to receive server messages from a server system

See Firebase Cloud Messaging documentation, including firebase.google.com:

https://firebase.google.com/docs/cloud-messaging/fcm-architecture

# FCM Architectural Overview

FCM relies on the following set of components that build, transport, and receive messages:

1. Tooling to compose or build message requests. The Notifications composer provides a GUI-based option for creating notification requests. For full automation and support for all message types, you must build message requests in a trusted server environment that supports the Firebase Admin SDK or the FCM server protocol. This environment could be Cloud Functions for Firebase, App Engine, or your own app server.

2. The FCM backend, which (among other functions) accepts message requests, performs fanout of messages via topics, and generates message metadata such as the message ID.

3. A platform-level transport layer, which routes the message to the targeted device, handles message delivery, and applies platform-specific configuration where appropriate. This transport layer includes:

   - Android transport layer (ATL) for Android devices with Google Play services
   - Apple Push Notification service (APNs) for Apple devices
   - Web push protocol for web apps

     **Note:** Platform-level transport layers are outside the core FCM product. FCM messages routed to a platform-level transport layer may be subject to terms specific to that platform rather than FCM's terms of service. Android message routing via ATL falls under the Google APIs terms of service.

4. The FCM SDK on the user's device, where the notification is displayed or the message is handled according to the app's foreground/background state and any relevant application logic.

# Lifecycle flow

- **Register devices to receive messages from FCM**. An instance of a client app registers to receive messages, obtaining a registration token that uniquely identifies the app instance.
- **Send and receive downstream messages**.
  - ○ Send a message. The app server sends messages to the client app:
    - ▪ The message is composed, either in the Notifications composer or a trusted environment, and a message request is sent to the FCM backend.
    - ▪ The FCM backend receives the message request, generates a message ID and other metadata, and sends it to the platform specific transport layer.
    - ▪ When the device is online, the message is sent via the platform-specific transport layer to the device.
    - ▪ On the device, the client app receives the message or notification

https://firebase.google.com/docs/cloud-messaging/concept-options

**Cloud Messaging**
- ○ Introduction
- ○ Concepts and best practices
- ▪ FCM Architectural Overview
- ▪ About FCM messages

- ▪ [Understanding message delivery](#)
- ▪ [Send messages at scale](#)
- ▪ [Manage FCM registration tokens](#)
- ▪ [Get AI insights for messaging campaigns](#)
- o iOS+
- o Android
- o Flutter
- o C++
- o Unity
- o Web (JavaScript)
- o Server environments

# About FCM messages

Firebase Cloud Messaging (FCM) offers a broad range of messaging options and capabilities. The information in this page is intended to help you understand the different types of FCM messages and what you can do with them.

## Message types

With FCM, you can send two types of messages to clients:

- Notification messages, sometimes thought of as "display messages." These are handled by the FCM SDK automatically.
- Data messages, which are handled by the client app.

Notification messages contain a predefined set of user-visible keys. Data messages, by contrast, contain only your user-defined custom key-value pairs. Notification messages can contain an optional data payload. Maximum payload for both message types is 4096 bytes, except when sending messages from the Firebase console, which enforces a 1000 character limit.

| | Use scenario | How to send |
|---|---|---|
| Notification message | FCM SDK displays the message to end-user devices on behalf of the client app when it's running in the background. Otherwise, if the app is running in the foreground when the notification is received, the app's code determines the behavior. Notification messages have a predefined set of user-visible keys and an optional data payload of custom key-value pairs. | 1. In a trusted environment such as Cloud Functions or your app server, use the Admin SDK or the HTTP v1 API. Set the `notification` key. May have optional data payload. Always collapsible.<br><br>See some examples of display notifications and send request payloads.<br>2. Use the Notifications composer: Enter the Message Text, Title, etc., and send. Add optional data payload by providing Custom data. |
| Data message | Client app is responsible for processing data messages. Data messages have only custom key-value pairs with no reserved key names (see below). | In a trusted environment such as Cloud Functions or your app server, use the Admin SDK or the FCM Server Protocols. In the send request, Set the `data` key. |

Use notification messages when you want the FCM SDK to handle displaying a notification automatically when your app is running in the background. Use data messages when you want to process the messages with your own client app code.

FCM can send a notification message including an optional data payload. In such cases, FCM handles displaying the notification payload, and the client app handles the data payload.

# Notification messages

For testing or for marketing and user re-engagement, you can send notification messages using the Firebase console. The Firebase console provides analytics-based A/B testing to help you refine and improve marketing messages.

To programmatically send notification messages using the Admin SDK or the FCM protocols, set the `notification` key with the necessary predefined set of key-value options for the user-visible part of the notification message. For example, here is a JSON-formatted notification message in an IM app. The user can expect to see a message with the title "Portugal vs. Denmark" and the text "great match!" on the device:

```
{  "message":{
"token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",
"notification":{     "title":"Portugal vs. Denmark",     "body":"great
match!"    }  }}
```

Notification messages are delivered to the notification tray when the app is in the background. For apps in the foreground, messages are handled by a callback function.

See the HTTP v1 Protocol notification object reference documentation for the full list of predefined keys available for building notification messages.

# Data messages

Set the appropriate key with your custom key-value pairs to send a data payload to the client app.

Make sure that you do not use any reserved words in your custom key-value pairs. Reserved words include "from", "notification," "message_type", or any word starting with "google" or "gcm."

For example, here is a JSON-formatted message in the same IM app as above, where the information is encapsulated in the common `data` key and the client app is expected to interpret the content:

```
{  "message":{
"token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",    "data":{
"Nick" : "Mario",     "body" : "great match!",       "Room" :
"PortugalVSDenmark"    }  }}
```

The above example shows usage of the top-level, or common `data` field, which is interpreted by clients on all platforms that receive the message. On each platform, the client app receives the data payload in a callback function.

## Encryption for data messages

The Android Transport Layer (see FCM architecture) uses point-to-point encryption. Depending on your needs, you may decide to add end-to-end encryption to data messages. FCM does not provide an end-to-end solution. However, there are external solutions available such as Capillary or DTLS.

## Notification messages with optional data payload

Both programmatically or via the Firebase console, you can send notification messages that contain an optional payload of custom key-value pairs. In the Notifications composer, use the **Custom data** fields in **Advanced options**.

App behavior when receiving messages that include both notification and data payloads depends on whether the app is in the background or the foreground—essentially, whether or not it is active at the time of receipt.

- **When in the background**, apps receive the notification payload in the notification tray, and only handle the data payload when the user taps on the notification.

- **When in the foreground**, your app receives a message object with both payloads available.

Here is a JSON-formatted message containing both the `notification` key and the `data` key:

```
{ "message":{
"token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",
"notification":{     "title":"Portugal vs. Denmark",      "body":"great
match!"    },   "data" : {       "Nick" : "Mario",      "Room" :
"PortugalVSDenmark"    }  }}
```

# Customizing a message across platforms

The Firebase Admin SDK and the FCM v1 HTTP protocol both allow your message requests to set all fields available in the **message** object. This includes:

- a common set of fields to be interpreted by **all** app instances that receive the message.
- platform-specific sets of fields, such as `AndroidConfig` and `WebpushConfig`, interpreted only by app instances running on the specified platform.

Platform-specific blocks give you flexibility to customize messages for different platforms to ensure that they are handled correctly when received. The FCM backend will take all specified parameters into account and customize the message for each platform.

## When to use common fields

Use common fields when you're:

- Targeting app instances on **all** platforms — Apple, Android, and web
- Sending messages to topics

All app instances, regardless of platform, can interpret the following common fields:

- message.notification.title
- message.notification.body
- message.data

# When to use platform-specific fields

Use platform-specific fields when you want to:

- Send fields only to particular platforms
- Send platform-specific fields *in addition to* the common fields

Whenever you want to send values only to particular platforms, **don't** use common fields; use platform-specific fields. For example, to send a notification only to Apple platforms and web but not to Android, you must use two separate sets of fields, one for Apple and one for web.

When you are sending messages with specific delivery options, use platform-specific fields to set them. You can specify different values per platform if you want. However, even when you want to set essentially the same value across platforms, you must use platform-specific fields. This is because each platform may interpret the value slightly differently—for example, time-to-live is set on Android as an expiration time in seconds, while on Apple it is set as an expiration *date*.

# Example: notification message with platform-specific delivery options

The following v1 send request sends a common notification title and content to all platforms, but also sends some platform-specific overrides. Specifically, the request:

- sets a long time-to-live for Android and Web platforms, while setting the APNs (Apple platforms) message priority to a low setting
- sets the appropriate keys to define the result of a user tap on the notification on Android and Apple — `click_action`, and `category`, respectively.

```
{   "message":{
"token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",
"notification":{       "title":"Match update",       "body":"Arsenal goal
in added time, score is now 3-0"      },      "android":{
"ttl":"86400s",      "notification"{
"click_action":"OPEN_ACTIVITY_1"         }      },      "apns": {
"headers": {         "apns-priority": "5",         },         "payload": {
"aps": {        "category": "NEW_MESSAGE_CATEGORY"         }         }
},      "webpush":{       "headers":{       "TTL":"86400"      }      }
} }
```

See the [HTTP v1 reference documentation](#) for complete detail on the keys available in platform-specific blocks in the message body. For more information about building send requests that contain the message body, see [Build Send Requests](#).

# Delivery options

FCM provides a specific set of delivery options for messages sent to Android devices, and allows for similar options on Apple platforms and web. For example, "collapsible" message behavior is supported on Android via FCM's `collapse_key`, on Apple via `apns-collapse-id`, and on JavaScript/Web via `Topic`. For details, see descriptions in this section and related reference documentation.

# Non-collapsible and collapsible messages

A *non-collapsible* message denotes that each individual message is delivered to the device. A non-collapsible message delivers some useful content, as opposed to a collapsible message like a content-free "ping" to the mobile app to contact the server to fetch data.

FCM does not guarantee the order of delivery.

Some typical use cases of non-collapsible messages are chat messages or critical messages. For example, in an IM app, you would want to deliver every message, because every message has different content.

For Android there is a limit of 100 messages that can be stored without collapsing. If the limit is reached, all stored messages are discarded. When the device is back online, it receives a special message indicating that the limit was reached. The app can then handle the situation properly, typically by requesting a full sync from the app server.

A *collapsible message* is a message that may be replaced by a new message if it has yet to be delivered to the device.

A common use cases of collapsible messages are messages used to tell a mobile app to sync data from the server. An example would be a sports app that updates users with the latest score. Only the most recent message is relevant.

To mark a message as collapsible on Android, include the `collapse_key` parameter in the message payload. By default, the collapse key is the app package name registered in the Firebase console. The FCM server can simultaneously store four different collapsible messages per device, each with a different collapse key. If you exceed this number, FCM only keeps four collapse keys, with no guarantees about which ones are kept.

Topic messages with no payload are collapsible by default. Notification messages are always collapsible and will ignore the `collapse_key` parameter.

## Which should I use?

Collapsible messages are a better choice from a performance standpoint, provided your app doesn't need to use non-collapsible messages. However, if you use collapsible messages, remember that FCM only allows a maximum of four different collapse keys to be used by FCM per registration token at any given time. You must not exceed this number, or it could cause unpredictable consequences.

|  | Use scenario | How to send |
|---|---|---|
| Non-collapsible | Every message is important to the client app and needs to be delivered. | Except for notification messages, all messages are non-collapsible by default. |
| Collapsible | When there is a newer message that renders an older, related message irrelevant to the client app, FCM replaces the older message. For example: messages used to initiate a data sync from the server, or outdated notification messages. | Set the appropriate parameter in your message request:<br>• `collapseKey` on Android<br>• `apns-collapse-id` on Apple<br>• `Topic` on Web<br>• `collapse_key` in legacy protocols (all platforms) |

## Setting the priority of a message

You have two options for assigning delivery priority to downstream messages: normal and high priority. Though the behavior differs slightly across platforms, delivery of normal and high priority messages works like this:

- **Normal priority.** Normal priority messages are delivered immediately when the app is in the foreground. For backgrounded apps, delivery may be delayed. For less time-sensitive messages, such as notifications of new email, keeping your UI in sync, or syncing app data in the background, choose normal delivery priority.
- **High priority.** FCM attempts to deliver high priority messages immediately even if the device is in Doze mode. High priority messages are for time-sensitive, user visible content.

When sending data messages to Apple devices, the priority **must** be set to 5, or normal priority. Messages sent with high priority are rejected by the FCM backend with the error `INVALID_ARGUMENT`.

Here is an example of a normal priority message sent via the FCM HTTP v1 protocol to notify a magazine subscriber that new content is available to download:

```
{ "message":{    "topic":"subscriber-updates",    "notification":{
"body" : "This week's edition is now available.",     "title" :
"NewsMagazine.com",   },   "data" : {      "volume" : "3.21.15",
"contents" : "http://www.news-magazine.com/world-week/21659772"   },
"android":{      "priority":"normal"    },   "apns":{     "headers":{
"apns-priority":"5"      }   },   "webpush": {     "headers": {
"Urgency": "high"     }   }  }}
```

For more platform-specific detail on setting message priority:

- APNs documentation
- Set and manage message priority (Android)
- Web push message urgency

## Life critical use cases

The FCM APIs are not designed for emergency alerts or other high-risk activities where the use or failure of the APIs could result in death, personal injury, or environmental damage (such as the operation of nuclear facilities, air traffic control, or life support systems). Any such use is expressly prohibited under Section 4. a. 7 of the Terms of Service. You are solely responsible for managing your app's compliance with the Terms, and any damages resulting from your noncompliance. Google provides the APIs "as is," and reserves the right to discontinue the APIs or any portion or feature or your access thereto, for any reason and at any time, without liability or other obligation to you or your users.

## Setting the lifespan of a message

FCM usually delivers messages immediately after they are sent. However, this might not always be possible. For example, if the platform is Android, the device could be turned off, offline, or otherwise unavailable. Or FCM might intentionally delay messages to prevent an app from consuming excessive resources and negatively affecting battery life.

When this happens, FCM stores the message and delivers it as soon as it's feasible. While this is fine in most cases, there are some apps for which a late message might as well never be delivered. For example, if the message is an incoming call or video chat notification, it is meaningful only for a short period of time before the call is terminated. Or if the message is an invitation to an event, it is useless if received after the event has ended.

On Android and Web/JavaScript, you can specify the maximum lifespan of a message. The value must be a duration from 0 to 2,419,200 seconds (28 days), and it corresponds to the maximum period of time for which FCM stores and attempts to deliver the message. Requests that don't contain this field default to the maximum period of four weeks.

Here are some possible uses for this feature:

- Video chat incoming calls

- Expiring invitation events
- Calendar events

Another advantage of specifying the lifespan of a message is that FCM doesn't apply collapsible message throttling to messages with a time-to-live value of 0 seconds. FCM provides best effort handling of messages that must be delivered "now or never." Keep in mind that a `time_to_live` value of 0 means messages that can't be delivered immediately are discarded. However, because such messages are never stored, this provides the best latency for sending notification messages.

Here is an example of a request that includes TTL:

```
{  "message":{
"token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",    "data":{
"Nick" : "Mario",      "body" : "great match!",      "Room" :
"PortugalVSDenmark"   },   "apns":{      "headers":{      "apns-
expiration":"1604750400"      }   },   "android":{      "ttl":"4500s"
},   "webpush":{      "headers":{          "TTL":"4500"      }   }  }}
```

# Lifetime of a message

When an app server posts a message to FCM and receives a message ID back, it does not mean that the message was already delivered to the device. Rather, it means that it was accepted for delivery. What happens to the message after it is accepted depends on many factors.

In the best-case scenario, if the device is connected to FCM, the screen is on and there are no throttling restrictions, the message is delivered right away.

If the device is connected but in Doze, a low priority message is stored by FCM until the device is out of Doze. And that's where the `collapse_key` flag plays a role: if there is already a message with the same collapse key (and registration token) stored and waiting for delivery, the old message is discarded and the new message takes its place (that is, the old message is

collapsed by the new one). However, if the collapse key is not set, both the new and old messages are stored for future delivery.

If the device is not connected to FCM, the message is stored until a connection is established (again respecting the collapse key rules). When a connection is established, FCM delivers all pending messages to the device. If the device never gets connected again (for instance, if it was factory reset), the message eventually times out and is discarded from FCM storage. The default timeout is four weeks, unless the `time_to_live` flag is set.

To get more insight into the delivery of a message:

> To get more insight into the delivery of messages on Android or Apple platforms, see the [FCM reporting dashboard](#), which records the number of messages sent and opened on Apple and Android devices, along with data for "impressions" (notifications seen by users) for Android apps.

For Android devices with direct channel messaging enabled, if the device has not connected to FCM for more than one month, FCM still accepts the message but immediately discards it. If the device connects within four weeks of the last data message you sent to it, your client receives the [onDeletedMessages()](#) callback. The app can then handle the situation properly, typically by requesting a full sync from the app server.

Finally, when FCM attempts to deliver a message to the device and the app was uninstalled, FCM discards that message right away and invalidates the registration token. Future attempts to send a message to that device results in a `NotRegistered` error.

# Throttling and quotas

Our goal is to always deliver every message sent via FCM. However, delivering every message sometimes results in a poor overall user experience. In other cases, we need to provide boundaries to ensure that FCM provides a scalable service for all senders. The types of limits and quotas described in this section help us balance these important factors.

**Note:** The limits discussed in this section are subject to change.

# Downstream message throttling

The HTTP v1 API introduced per-project, per-minute quotas for downstream messaging. The default quota of 600k messages per minute covers over 99% of FCM developers while protecting the stability of the system and minimizing the impact of spiky projects.

Spiky traffic patterns can result in quota exceeded errors. In an over quota scenario, the system serves HTTP status code 429 (QUOTA_EXCEEDED) until the quota is refilled in the following minute. 429 responses may also be returned in overload situations, so you are strongly encouraged to handle 429s according to published recommendations.

Note that:

- The downstream quota measures messages, not requests.
- Client errors (HTTP status code 400-499) are counted (excluding 429s).
- Quotas are per-minute, but these minutes are not aligned to the clock.

## Monitoring quota

You can view quota, usage, and errors on the Google Cloud Console:

1. Go to the Google Cloud console
2. Select **APIs & services**
3. From the table list, select **Firebase Cloud Messaging API**
4. Select **QUOTA & SYSTEM LIMITS**.

NOTE: These graphs are not precisely time aligned with quota minutes, meaning 429s may be served when traffic appears to be below quota.

# Requesting a quota increase

Before requesting a quota increase, ensure that:

- Your usage is regularly ≥ 80% of quota for at least 5 consecutive minutes per day.
- You have < 5% client error ratio, especially during peak traffic.
- You adhere to the best practices for sending messages at scale.

If you meet these criteria, you can submit a quota increase request for up to +25% and FCM will make every practical effort to fulfill the request (no increase can be guaranteed).

If you need more downstream messaging quota due to an impending launch or temporary event, request your quota at least 15 days in advance to allow sufficient time to handle the request. For large requests (>18M messages per minute), at least 30 days of notice is required. Launches and special event requests are still subject to the client error ratio and best practices requirements.

See also the FAQ about FCM quotas.

# Topic message limit

The topic subscription add/remove rate is limited to 3,000 QPS per project.

For message sending rates, see Fanout Throttling.

# Fanout throttling

Message fanout is the process of sending a message to multiple devices, such as when you target topics and groups, or when you use the Notifications composer to target audiences or user segments.

Message fanout is not instantaneous and so occasionally you have multiple fanouts in progress concurrently. We limit the number of concurrent message fanouts per project to 1,000. After

that, we may reject additional fanout requests or defer the fanout of the requests until some of the already in progress fanouts complete.

The actual achievable fanout rate is influenced by the number of projects requesting fanouts at the same time. A fanout rate of 10,000 QPS for an individual project is not uncommon, but that number is not a guarantee and is a result of the total load on the system. It is important to note that the available fanout capacity is divided among projects and not across fanout requests. So, if your project has two fanouts in progress, then each fanout will only see half of the available fanout rate. The recommended way to maximize your fanout speed is to only have one active fanout in progress at a time.

# Collapsible message throttling

As described above, collapsible messages are content-free notifications designed to collapse on top of each other. In the event that a developer is repeating the same message to an app too frequently, we delay (throttle) messages to reduce the impact on a user's battery.

For example, if you send large numbers of new email sync requests to a single device, we might delay the next email sync request a few minutes so that the device can sync at a lower average rate. This throttling is done strictly to limit the battery impact experienced by the user.

If your use case requires high burst send patterns, then non-collapsible messages may be the right choice. For such messages, make sure to include the content in such messages in order to reduce the battery cost.

We limit collapsible messages to a burst of 20 messages per app per device, with a refill of 1 message every 3 minutes.

# Maximum message rate to a single device

For Android, you can send up to 240 messages/minute and 5,000 messages/hour to a single device. This high threshold is meant to allow for short term bursts of traffic, such as when users

are interacting rapidly over chat. This limit prevents errors in sending logic from inadvertently draining the battery on a device.

For iOS, we return an error when the rate exceeds APNs limits.

**Caution:** Do not routinely send messages near this maximum rate. This could waste end users' resources, and your app may be marked as abusive.

# FCM ports and your firewall

If your organization has a firewall to restrict traffic to or from the Internet, you need to configure it to allow mobile devices to connect with FCM in order for devices on your network to receive messages. FCM typically uses port 5228, but it sometimes uses 443, 5229, and 5230.

For devices connecting on your network, FCM doesn't provide specific IPs because our IP range changes too frequently and your firewall rules could get out of date, impacting your users' experience. Ideally, allowlist ports 5228-5230 & 443 with no IP restrictions. However, if you must have an IP restriction, you should allowlist all of the IP addresses listed in goog.json. This large list is updated regularly, and you are recommended to update your rules on a monthly basis. Problems caused by firewall IP restrictions are often intermittent and difficult to diagnose.

We do offer a set of domain names that can be allowlisted instead of IP addresses. Those hostnames are listed below. If we start using additional hostnames, we will update the list here. Using domain names for your firewall rule may or may not be functional in your firewall device.

**TCP ports to open:**

- 5228
- 5229
- 5230
- 443

**Hostnames to open:**

- mtalk.google.com
- mtalk4.google.com
- mtalk-staging.google.com
- mtalk-dev.google.com
- alt1-mtalk.google.com
- alt2-mtalk.google.com
- alt3-mtalk.google.com
- alt4-mtalk.google.com
- alt5-mtalk.google.com
- alt6-mtalk.google.com
- alt7-mtalk.google.com
- alt8-mtalk.google.com
- android.apis.google.com
- device-provisioning.googleapis.com
- firebaseinstallations.googleapis.com

**Network Address Translation and/or Stateful Packet Inspection firewalls:**

If your network implements Network Address Translation (NAT) or Stateful Packet Inspection (SPI), implement a 30 minute or larger timeout for our connections over ports 5228-5230. This enables us to provide reliable connectivity while reducing the battery consumption of your users' mobile devices.

**Note:** If you are receiving notifications over APNs, make sure you have also opened the ports specified by Apple.

# VPN interactions and bypassability

Firebase Cloud Messaging takes various steps to ensure that the push messaging connection from the phone to the server is reliable and available as often as possible. The use of a VPN complicates this effort.

VPNs mask the underlying information that FCM needs to tune its connection to maximize reliability & battery life. In some cases VPNs actively break long lived connections resulting in a bad user experience due to missed or delayed messages or a high battery cost. When the VPN is configured to allow us to do so, we bypass the VPN using an encrypted connection (over the base network wifi or LTE) so as to ensure a reliable, battery friendly experience. FCM's usage of bypassable VPNs is specific to the FCM Push Notification channel. Other FCM traffic, such as registration traffic, uses the VPN if it is active. When the FCM connection bypasses the VPN it loses additional benefits the VPN may provide, such as IP masking.

Different VPNs will have different methods for controlling whether or not it can be bypassed. Consult the documentation for your specific VPN for instructions.

If the VPN is not configured to be bypassable then Firebase Cloud Messaging will use the VPN network in order to connect to the server. This may result in periods of time where messages are delayed and may result in more battery usage as Cloud Messaging works to maintain the connection over the VPN connection.

# Credentials

Depending on which FCM features you implement, you may need the following credentials from your Firebase project:

| | |
|---|---|
| Project ID | A unique identifier for your Firebase project, used in requests to the FCM v1 HTTP endpoint. This value is available in the Firebase console **Settings** pane. |
| Registration token | A unique token string that identifies each client app instance. The registration token is required for single device and device group messaging. Note that registration tokens must be kept secret. |
| Sender ID | A unique numerical value created when you create your Firebase project, available in the Cloud Messaging tab of the Firebase console **Settings** pane. The sender ID is used to identify each sender that can send messages to the client app. |
| Access token | A short-lived OAuth 2.0 token that authorizes requests to the HTTP v1 API. This token is associated with a service account that belongs to your Firebase project. To create and rotate access tokens, follow the steps described in Authorize Send Requests. |
| Server key (for **deprecated** legacy protocols) | A server key that authorizes your app server for access to Google services, including sending messages via the deprecated Firebase Cloud Messaging legacy protocols.<br><br>**Important:** Do not include the server key anywhere in your client code. Also, make sure to use only server keys to authorize your app server. Android, Apple platform, and browser keys are rejected by FCM. |

Except as otherwise noted, the content of this page is licensed under the Creative Commons Attribution 4.0 License, and code samples are licensed under the Apache 2.0 License. For details, see the Google Developers Site Policies. Java is a registered trademark of Oracle and/or its affiliates.

Last updated 2025-05-12 UTC. Message types

- o Notification messages
- o Data messages
- o Notification messages with optional data payload
- Customizing a message across platforms
  - o When to use common fields
  - o When to use platform-specific fields
  - o Example: notification message with platform-specific delivery options
- Delivery options
  - o Non-collapsible and collapsible messages
  - o Setting the priority of a message
  - o Setting the lifespan of a message
- Lifetime of a message
- Throttling and quotas
  - o Downstream message throttling
  - o Topic message limit
  - o Fanout throttling
  - o Collapsible message throttling
  - o Maximum message rate to a single device
- FCM ports and your firewall
- VPN interactions and bypassability
- Credentials

https://firebase.google.com/docs/cloud-messaging/manage-tokens

# Basic best practices

There are some fundamental practices you should follow in any app that uses FCM APIs to build send requests programmatically. The main best practices are:

- **Retrieve registration tokens from FCM and store them on your server.** An important role for the server is to keep track of each client's token and keep an updated list of active tokens. We strongly recommend implementing a token timestamp in your code and your servers, and updating this timestamp at regular intervals.
- **Maintain token freshness and remove stale tokens.** In addition to removing tokens that FCM no longer considers valid, you may want to monitor other signs that tokens have become stale and remove them proactively. This guide discusses some of your options for achieving this.

# Retrieve and store registration tokens

On initial startup of your app, the FCM SDK generates a registration token for the client app instance. This is the token that you must include in targeted send requests from the API, or add to topic subscriptions for targeting topics.

**We strongly recommend your app retrieve this token at initial startup and save it to your app server alongside a timestamp**. This timestamp must be

| | implemented by your code and your servers, as it is not provided for you by FCM SDKs. |
| --- | --- |
| | Also, it's important to save the token to the server and update the timestamp whenever it changes, such as when: |
| | • The app is restored on a new device |
| | • The user uninstalls or re-installs the app |
| | • The user clears app data |
| | • The app becomes active again after FCM has expired its existing token |



**Figure 38: Trusted Link with LPA in the Device**

SGP.22



**Figure 1: Remote SIM Provisioning System Architecture**

SGP.22 ("The ES2+ interface is used by the Operator to order the Profile Package preparation for specific eUICC(s) and the delivery of the Profile Package from the SM-DP+")



**Figure 9: Profile Download Initiation**

SGP.22

| 1[c] generate an encrypted message comprising the at least a portion of the message payload and an identifier identifying the particular device agent, the identifier configured to assist in delivering the at least a portion of the message payload to the particular device agent, the identifier distinguishing the particular device agent from all other device agents of the two or more device agents; and | The Accused Instrumentalities generate an encrypted message comprising the at least a portion of the message payload and an identifier identifying the particular device agent, the identifier configured to assist in delivering the at least a portion of the message payload to the particular device agent, the identifier distinguishing the particular device agent from all other device agents of the two or more device agents. See 1[b] and all evidence therein (including, without limitation, the non-limiting exemplary modes relating to Firebase Cloud Messaging evidence and eSIM evidence).

As a non-limiting example, and without limitation, in response to receiving a request from a particular server, the push system used by Google generates an encrypted message comprising the at least a portion of the message payload and an identifier identifying the particular device agent, the identifier configured to assist in delivering the at least a portion of the message payload to the particular device agent, the identifier distinguishing the particular device agent from all other device agents of the two or more device agents. For example, the Firebase push system used by Google generates an encrypted message comprising the at least a portion of the message payload and an identifier identifying particular software that facilitates push messages for the application package and its components, including, for example, the particular software that performs receiving push messages for the application. As another example, the APNs system or an eSIM activation system performs this function when used by Google. *See, e.g.*: |



**Figure 1: Remote SIM Provisioning System Architecture**



**Figure 36: Certificate Exchange with LPA in the Device**

SGP.22

**Figure 4: Profile Package stage Description**

SGP.22

### 2.5.2    Unprotected Profile Package

The Unprotected Profile Package (UPP) is generated by the SM-DP+, within the Profile Package Generation function. The Profile Package Generation takes as input the profile specification established with the Operator and input data provided by the Operator. The processes of profile specification and input data acquisition are out of scope of this specification.

The Unprotected Profile Package consists of a sequence of Profile Element (PE) TLVs according to the SIMalliance specification [5].

SGP.22

### 2.5.4    Bound Profile Package

The Bound Profile Package (BPP) is generated by the SM-DP+, within the Profile Package Binding function. The purpose of this operation is to link a Protected Profile Package to a particular eUICC. This is done within a key agreement between the eUICC and the SM-DP+. See download and installation procedure (section 3.1.3).

The BPP comprises a sequence of TLV commands (in this order):

- TLV command for Key agreement in clear.
- Set of SCP03t payload TLVs (tag '87') containing TLV commands for ConfigureISDP
- Set of SCP03t payload TLVs (tag '88') containing TLV command for StoreMetadata
- Set of optional SCP03t payload TLVs (tag '87') containing TLV command for 'Profile Protection Keys'
- Followed by the SCP03t payload TLVs (tag '86') of the PPP

SGP.22

### 4.4  Profile Metadata

During the Profile download and installation procedure, Profile Metadata needs to be provided to the LPAd for display and to the eUICC. Profile Metadata is generated by the SM-DP+ in plain text to be readable by the LPA. Profile Metadata is also contained protected in BPP to be loaded into the eUICC, so that the LPA will be able to access the same information any time after the Profile has been successfully loaded into the eUICC, using the "ES10c.GetProfilesInfo" function.

Profile Metadata values, like any other Profile data, are under the responsibility of, and defined by, the Profile owner. Profile Metadata is communicated to the SM-DP+ by means which are out of scope of this specification.

Profile Metadata includes:

- ICCID of the Profile
- Profile Name (corresponds to "Short description" in SGP.21 [4]) as a plain text information: content free information defined by the Operator/Service Provider
- Operator/Service Provider name, as a plain text information: content free information defined by the Service Provider (e.g. 'Orange', 'AT&T'…)
- End User's Profile Nickname
- Icon

SGP.22

For example, the network system is configured to communicate with a device agent, literally or under the doctrine of equivalents. The end-user devices comprise one or more device agents, e.g. software in the device. The network system is configured to communicate with device agent software and performs substantially the same function of the claim element in substantially the same way to achieve substantially the same result of the claimed invention.

| | |
|---|---|
| 1[d] send the encrypted message to the end-user device over the service control link, | The Accused Instrumentalities send the encrypted message to the end-user device over the service control link. See 1[b] and all evidence therein (including, without limitation, the non-limiting exemplary modes relating to Firebase Cloud Messaging evidence and eSIM evidence).<br><br>In response to receiving a request from a particular server, the push system used by Google generates an encrypted message comprising the at least a portion of the message payload and an identifier identifying the particular device agent, the identifier configured to assist in delivering the at least a portion of the message payload to the particular device agent, the identifier distinguishing the particular device agent from all other device agents of the two or more device agents. For example, the Firebase Cloud Messaging push system generates an encrypted message comprising the at least a portion of the message payload and an identifier identifying |

particular software that facilitates push messages for the application package and its components, including, for example, the particular software that performs receiving push messages for the application. The push system sends the generated message over the secure control link to the end-user device e.g., FCM system using the Google GMS or Google FCM secure link to the device for Android devices. As another non-limiting example, the push system for eSIM performs this functionality.



**Figure 13: Sub-procedure Profile Download and Installation – Download Confirmation**

SGP.22



Figure 10   Indirect Profile Download and Installation

| | SGP.32 |
|---|---|
| 1[e] wherein establishing the service control link between the network system and the end-user device comprises executing a link initialization sequence, the link initialization sequence associating the service control link with a credential associated with the end-user device. | The Accused Instrumentalities, when establishing the service control link between the network system and the end-user device, execute a link initialization sequence, the link initialization sequence associating the service control link with a credential associated with the end-user device. See 1[b] and all evidence therein (including, without limitation, the non-limiting exemplary modes relating to Firebase Cloud Messaging evidence and eSIM evidence).<br><br>Establishing the service control link between the network system and the end-user device comprises executing a link initialization sequence, the link initialization sequence associating the service control link with a credential associated with the end-user device. For example, there is a link initialization sequence for the Google GMS including Google FCM service control link with the end-user device that associates the link with a credential associated with the end-user device, such as a device identifier credential or device token associated with the end-user device. For example, there is a link initialization sequence for eSIM service control link with the end-user device that associates the link with a credential associated with the end-user device, such as a device identifier credential or device token associated with the end-user device.<br><br>*See, e.g.*: |



**Figure 36: Certificate Exchange with LPA in the Device**

SGP.22

### 5.5.1 Function: InitialiseSecureChannel

**Related Procedures:** Profile Download and Installation

**Function Provider Entity:** ISD-R

**Description:**

This function is used by the SM-DP+ to open a new RSP session with the target eUICC. The function carries the identifier of the remote operation type to be performed by the eUICC (e.g. installation of a new Bound Profile Package) and the necessary material for key agreement with Perfect Forward Secrecy (PFS), allowing a secure end-to-end communication between the SM-DP+ and the eUICC:

- Transaction ID
- Description of the keys to generate
- One-time public key for key agreement generated by SM-DP+ (otPK.DP.ECKA)
- Signature upon material (including the previously generated otPK.EUICC.ECKA, also acting as an eUICC challenge) to ensure its integrity and authenticity.

\*\*\*

| | |
|---|---|
| | On reception of this command the eUICC SHALL:<br><br>• Verify the SM-DP+ signature using the PK.DPbp.ECDSA; if the signature is invalid the command SHALL be rejected, an error SHALL be returned, Profile installation SHALL be aborted, and any contextual data associated to its Profile installation (like the SM-DP+ certificate) SHALL be discarded.<br>• Verify that the requested Remote operation type is one of the defined types.<br>• Verify that the received transaction ID matches the transaction ID of the on-going RSP session (section 5.7.5 "ES10b.PrepareDownload" function).<br>• Verify that Control Reference Template describing the keys to generate matches the values defined here under (Command message part).<br><br>SGP.22<br><br>There is literal infringement. To the extent Google disputes that there is literal infringement, there would be infringement under the doctrine of equivalents. The foregoing shows that the accused instrumentalities are insubstantially different than the limitation and perform substantially the same function of establishing the service control link between the network system and the end-user device comprises executing a link initialization sequence, the link initialization sequence associating the service control link with a credential associated with the end-user device in substantially the same way of the initialization sequence used by a device on Google's network to establish the secure link to the server system to achieve substantially the same result of the secure link initialization in the manner of the claimed invention. |

**Claim 2**

| Issued Claim(s) | Public Documentation |
|---|---|
| 2. The non-transitory computer-readable storage medium recited in claim 1, wherein:<br>executing the link initialization sequence comprises authenticating the end-user device, authorizing the end-user device to communicate with the one or more processors, activating the end-user device, or provisioning the end-user device or one or more network elements. | The Accused Instrumentalities comprise executing the link initialization sequence comprises authenticating the end-user device, authorizing the end-user device to communicate with the one or more processors, activating the end-user device, or provisioning the end-user device or one or more network elements.<br><br>For example, the Accused Instrumentalities authenticate the user's device, authorize it to communicate, activate it, and/or provision it with service on Google's network. See claim 1. |

**Claim 3**

| Issued Claim(s) | Public Documentation |
|---|---|
| 3. The non-transitory computer-readable storage medium recited in claim 1, wherein the credential associated with the end-user device is also associated with the particular device agent | The Accused Instrumentalities comprise wherein the credential associated with the end-user device is also associated with the particular device agent.<br><br>For example, the credential associated with the end-user device is also associated with the device agent of that device. See claim 1. |

**Claim 4**

| Issued Claim(s) | Public Documentation |
|---|---|
| 4. The non-transitory computer-readable storage medium recited in claim 1, wherein the credential associated with the end-user device is a first credential, and wherein executing the link initialization sequence comprises associating a second credential with the particular device agent | The Accused Instrumentalities comprise the non-transitory computer-readable storage medium recited in claim 1 wherein the credential associated with the end-user device is a first credential, and wherein executing the link initialization sequence comprises associating a second credential with the particular device agent.<br><br>For example, the credential associated with the device is a first credential and executing the link initialization sequence also comprises associating a second credential with the particular device agent. See claim 1. |

**Claim 5**

| Issued Claim(s) | Public Documentation |
|---|---|
| 5. The non-transitory computer-readable storage medium recited in claim 1, wherein, when executed by the one or more processors of the network system, the one or more machine-executable instructions further cause the one or more processors to determine whether the end-user device is active before sending the | The Accused Instrumentalities further comprise when executed by the one or more processors of the network system, the one or more machine-executable instructions further cause the one or more processors to determine whether the end-user device is active before sending the encrypted message to the end-user device over the service control link.<br><br>For example, the network determines if the end-user device is active before sending the encrypted message over the service control link. See claim 1. |

| | |
|---|---|
| encrypted message to the end-user device over the service control link | |

## Claim 6

| Issued Claim(s) | Public Documentation |
|---|---|
| 6. The non-transitory computer-readable storage medium recited in claim 1, wherein the credential associated with the end-user device comprises a certificate, a token, or a key. | The Accused Instrumentalities comprise the medium of claim 1 wherein the credential associated with the end-user device comprises a certificate, a token, or a key. See claim 1. *See also, e.g.*, https://firebase.google.com/docs/cloud-messaging/manage-tokens. |

## Claim 7

| Issued Claim(s) | Public Documentation |
|---|---|
| 7. The non-transitory computer-readable storage medium recited in claim 1, wherein, when executed by the one or more processors of the network system, the one or more machine-executable instructions further cause the one or more processors to update the credential associated with the end-user device | The Accused Instrumentalities comprise medium recited in claim 1, wherein, when executed by the one or more processors of the network system, the one or more machine-executable instructions further cause the one or more processors to update the credential associated with the end-user device. See claim 1. *See also, e.g.*, https://firebase.google.com/docs/cloud-messaging/manage-tokens. |

## Claim 8

| Issued Claim(s) | Public Documentation |
|---|---|
| 8. The non-transitory computer-readable storage medium recited in claim 1, wherein, when executed by the one or more processors of the network system, the one or more machine-executable instructions further cause the one or more | The Accused Instrumentalities comprise the medium of claim 1, wherein when executed by the one or more processors of the network system, the one or more machine-executable instructions further cause the one or more processors to receive a device message from the end-user-device. See claim 1. *See also, e.g.*, https://firebase.google.com/docs/cloud-messaging/fcm-architecture. |

| | |
|---|---|
| processors to receive a device message from the end-user-device | |

## Claim 9

| Issued Claim(s) | Public Documentation |
|---|---|
| 9. The non-transitory computer-readable storage medium recited in claim 8, wherein the device message indicates an error condition associated with the encrypted message or the particular device agent | The Accused Instrumentalities comprise the medium of claim 8 wherein the device message indicates an error condition associated with the encrypted message or the particular device agent.<br><br>For example, the system receives a message indicating a negative acknowledgement or failure to receive the encrypted message.<br><br>See claim 1, 8. |

## Claim 10

| Issued Claim(s) | Public Documentation |
|---|---|
| 10. The non-transitory computer-readable storage medium recited in claim 1, wherein the credential associated with the end-user device comprises a phone number, an identification number, a security signature, a security credential, a subscriber identity module (SIM) identifier, a mobile equipment identifier (MEID), an agent identifier, or a device identifier | The Accused Instrumentalities comprise the medium of claim 1 wherein the credential associated with the end-user device comprises a phone number, an identification number, a security signature, a security credential, a subscriber identity module (SIM) identifier, a mobile equipment identifier (MEID), an agent identifier, or a device identifier.<br><br>For example, the credential comprises a SIM identifier. As another example, the credential comprises an agent identifier. As another example, the credential comprises a device identifier.<br><br>See claim 1. |

## Claim 11

| Issued Claim(s) | Public Documentation |
|---|---|
| 11. The non-transitory computer-readable storage medium recited in claim 1, wherein the service control link enables | The Accused Instrumentalities comprise the medium of claim 1 wherein the service control link enables the particular server to push the at least a portion of the message payload to the end-user device. See claim 1. |

| the particular server to push the at least a portion of the message payload to the end-user device | For example, the particular server pushes the push message (e.g., push notification, push message) to the end-user device. |
|---|---|

## Claim 12

| Issued Claim(s) | Public Documentation |
|---|---|
| 12. The non-transitory computer-readable storage medium recited in claim 1, wherein the particular server comprises a service usage server, a policy management server, an access control integrity server, a network traffic analysis server, a beta test server, a service download control server, a billing event server, an activation server, a transaction server, an authentication server, or a content management server | The Accused Instrumentalities comprise medium of claim 1 wherein the particular server comprises a service usage server, a policy management server, an access control integrity server, a network traffic analysis server, a beta test server, a service download control server, a billing event server, an activation server, a transaction server, an authentication server, or a content management server. See claim 1.

For example, the particular server comprises e.g. server for eSim activation, authentication, policy management, service usage, service download control, and/or access control integrity. |

## Claim 13

| Issued Claim(s) | Public Documentation |
|---|---|
| 13. The non-transitory computer-readable storage medium recited in claim 1, wherein the at least a portion of the message payload comprises information associated with a service plan, a service usage, or a service cost | The Accused Instrumentalities comprise the medium recited in claim 1, wherein the at least a portion of the message payload comprises information associated with a service plan, a service usage, or a service cost.

See claim 1.

*See also, e.g.*, https://firebase.google.com/docs/cloud-messaging/fcm-architecture. |

## Claim 14

| Issued Claim(s) | Public Documentation |
|---|---|

| 14. The non-transitory computer-readable storage medium recited in claim 1, wherein the at least a portion of the message payload is based, at least in part, on a user preference | The Accused Instrumentalities comprise medium recited in claim 1, wherein the at least a portion of the message payload is based, at least in part, on a user preference.<br><br>See claim 1.<br><br>*See also, e.g.*, https://firebase.google.com/docs/cloud-messaging/fcm-architecture. |
|---|---|

## Claim 15

| Issued Claim(s) | Public Documentation |
|---|---|
| 15. The non-transitory computer-readable storage medium recited in claim 1, wherein the at least a portion of the message payload comprises at least an aspect of: a service offer, an advertisement, or a transaction offer | The Accused Instrumentalities comprise medium recited in claim 1, wherein the at least a portion of the message payload comprises at least an aspect of: a service offer, an advertisement, or a transaction offer.<br>See claim 1.<br><br>For example, at least a push message from Google comprises a service offer, advertisement or transaction offer. |

## Claim 16

| Issued Claim(s) | Public Documentation |
|---|---|
| 16. The non-transitory computer-readable storage medium recited in claim 1, wherein the at least a portion of the message payload comprises an instruction, a setting, a configuration, or a software update for the particular device agent | The Accused Instrumentalities comprise the medium recited in claim 1, wherein the at least a portion of the message payload comprises an instruction, a setting, a configuration, or a software update for the particular device agent.<br><br>See claim 1.<br><br>For example, a message from the server comprises an instruction, a setting, a configuration, or a software update for the particular device agent. |

## Claim 17

| Issued Claim(s) | Public Documentation |
|---|---|

| 17. The non-transitory computer-readable storage medium recited in claim 1, wherein the at least a portion of the message payload comprises information associated with software or a media file | The Accused Instrumentalities comprise medium recited in claim 1, wherein the at least a portion of the message payload comprises information associated with software or a media file.<br><br>See claim 1.<br><br>For example, a message from the server comprises information associated with software or a media file. |

## Claim 18

| Issued Claim(s) | Public Documentation |
|---|---|
| 18. The non-transitory computer-readable storage medium recited in claim 1, wherein the at least a portion of the message payload comprises an indication that additional data or additional information is available to the particular device agent | The Accused Instrumentalities comprise medium recited in claim 1, wherein the at least a portion of the message payload comprises an indication that additional data or additional information is available to the particular device agent.<br><br>See claim 1.<br><br>For example, the message indicates that additional data or an additional update is available. |

## Claim 19

| Issued Claim(s) | Public Documentation |
|---|---|
| 19. The non-transitory computer-readable storage medium recited in claim 1, wherein the at least a portion of the message payload is configured to cause the end-user device to present, through a user interface, information associated with the at least a portion of the message payload | The Accused Instrumentalities comprise medium recited in claim 1, wherein the at least a portion of the message payload is configured to cause the end-user device to present, through a user interface, information associated with the at least a portion of the message payload.<br><br>See claim 1.<br><br>For example, the message payload causes the end-user device to present a notification to the user through e.g. a portion of the display. |

## Claim 20

| Issued Claim(s) | Public Documentation |
|---|---|
| 20. The non-transitory computer-readable storage medium recited in claim 1, wherein the server message is a first server message, and wherein the message payload is a first message payload, and wherein the identifier identifying the particular device agent is a first identifier, and wherein, when executed by the one or more processors of the network system, the one or more machine-executable instructions further cause the one or more processors to receive a second server message from the particular server or from another server of the plurality of servers communicatively coupled to the network system, the second server message comprising a second message payload, and wherein the encrypted message further comprises at least a portion of the second message payload and a second identifier configured to assist in delivering the at least a portion of the second message payload to a second device agent of the two or more device agents, the second device agent being the particular device agent or another device agent of the two or more device agents | The Accused Instrumentalities comprise medium recited in claim 1, wherein the server message is a first server message, and wherein the message payload is a first message payload, and wherein the identifier identifying the particular device agent is a first identifier, and wherein, when executed by the one or more processors of the network system, the one or more machine-executable instructions further cause the one or more processors to receive a second server message from the particular server or from another server of the plurality of servers communicatively coupled to the network system, the second server message comprising a second message payload, and wherein the encrypted message further comprises at least a portion of the second message payload and a second identifier configured to assist in delivering the at least a portion of the second message payload to a second device agent of the two or more device agents, the second device agent being the particular device agent or another device agent of the two or more device agents.<br><br>See claim 1.<br><br>For example, the network system receives a second server message and second payload from another server, generates an encrypted message using the payload and a second identifier corresponding to a second device agent, and sends the second message to the end-user device. |

**Claim 21**

| Issued Claim(s) | Public Documentation |
|---|---|
| 21[a] The non-transitory computer-readable storage medium recited in claim | The Accused Instrumentalities comprise medium of claim 1 wherein the server message is a first server message, and wherein the particular server is a first server, and wherein the message |

| | |
|---|---|
| 1, wherein the server message is a first server message, and wherein the particular server is a first server, and wherein the message payload is a first message payload, and wherein the particular device agent is a first device agent, and wherein the encrypted message is a first encrypted message, and wherein the identifier is a first identifier, and wherein, when executed by the one or more processors of the network system, the one or more machine-executable instructions further cause the one or more processors to | payload is a first message payload, and wherein the particular device agent is a first device agent, and wherein the encrypted message is a first encrypted message, and wherein the identifier is a first identifier, and wherein, when executed by the one or more processors of the network system, the one or more machine-executable instructions further cause the one or more processors to.<br><br>See claim 1.<br><br>*See, e.g.,*<br>https://firebase.google.com/docs/cloud-messaging/fcm-architecture;<br>https://firebase.google.com/docs/cloud-messaging/concept-options. |
| 21[b] receive a second server message from the first server or from a second server of the plurality of servers communicatively coupled to the network system, the second server message comprising a second message payload, at least a portion of the second message payload for delivery to the end-user device | The Accused Instrumentalities comprise medium of claim 1 wherein the server message is a first server message, and wherein the particular server is a first server, and wherein the message payload is a first message payload, and wherein the particular device agent is a first device agent, and wherein the encrypted message is a first encrypted message, and wherein the identifier is a first identifier, and wherein, when executed by the one or more processors of the network system, the one or more machine-executable instructions further cause the one or more processors to receive a second server message from the first server or from a second server of the plurality of servers communicatively coupled to the network system, the second server message comprising a second message payload, at least a portion of the second message payload for delivery to the end-user device, generate a second encrypted message comprising the at least a portion of the second message payload and a second identifier configured to assist the end-user device in delivering the at least a portion of the second message payload to the first device agent or to a second device agent of the two or more device agents; and send the second encrypted message to the end-user device over the service control link.<br><br>See claim 1.<br><br>*See, e.g.,* https://firebase.google.com/docs/cloud-messaging/fcm-architecture;<br>https://firebase.google.com/docs/cloud-messaging/concept-options;<br>https://firebase.google.com/docs/cloud-messaging/manage-tokens. |

| | |
|---|---|
| 21[c] generate a second encrypted message comprising the at least a portion of the second message payload and a second identifier configured to assist the end-user device in delivering the at least a portion of the second message payload to the first device agent or to a second device agent of the two or more device agents; and | The Accused Instrumentalities comprise medium of claim 1 wherein the server message is a first server message, and wherein the particular server is a first server, and wherein the message payload is a first message payload, and wherein the particular device agent is a first device agent, and wherein the encrypted message is a first encrypted message, and wherein the identifier is a first identifier, and wherein, when executed by the one or more processors of the network system, the one or more machine-executable instructions further cause the one or more processors to receive a second server message from the first server or from a second server of the plurality of servers communicatively coupled to the network system, the second server message comprising a second message payload, at least a portion of the second message payload for delivery to the end-user device, generate a second encrypted message comprising the at least a portion of the second message payload and a second identifier configured to assist the end-user device in delivering the at least a portion of the second message payload to the first device agent or to a second device agent of the two or more device agents; and send the second encrypted message to the end-user device over the service control link. See claim 1. |



**Figure 1: Remote SIM Provisioning System Architecture**

SGP 2.2

| | |
|---|---|
| 21[d] send the second encrypted message to the end-user device over the service control link | The Accused Instrumentalities comprise medium of claim 1 wherein the server message is a first server message, and wherein the particular server is a first server, and wherein the message payload is a first message payload, and wherein the particular device agent is a first device agent, and wherein the encrypted message is a first encrypted message, and wherein the identifier is a first identifier, and wherein, when executed by the one or more processors of the network system, the one or more machine-executable instructions further cause the one or more processors to receive a second server message from the first server or from a second server of the plurality of servers communicatively coupled to the network system, the second server message comprising a second message payload, at least a portion of the second message payload for delivery to the end-user device, generate a second encrypted message comprising the at least |

a portion of the second message payload and a second identifier configured to assist the end-user device in delivering the at least a portion of the second message payload to the first device agent or to a second device agent of the two or more device agents; and send the second encrypted message to the end-user device over the service control link.

See claim 1.



**Figure 1: Remote SIM Provisioning System Architecture**

SGP 2.2

**Claim 22**

| Issued Claim(s) | Public Documentation |
|---|---|
| 22 The non-transitory computer-readable storage medium recited in claim 1, wherein the service control link supports asynchronous transmissions by the network system. | The Accused Instrumentalities comprise medium of claim 1 wherein service control link supports asynchronous transmission by the network system. For example, push messages are transmitted using asynchronous transmission. See claim 1. <br><br> *See also, e.g.,* <br><br>  <br> **Figure 13: Sub-procedure Profile Download and Installation – Download Confirmation** <br> SGP.22 |

**Claim 23**

| Issued Claim(s) | Public Documentation |
|---|---|
| 23 The non-transitory computer-readable storage medium recited in claim 1, wherein the particular device agent comprises software | The Accused Instrumentalities comprise non-transitory computer-readable storage medium recited in claim 1, wherein the particular device agent comprises software. See claim 1.<br><br>*See also, e.g.,*<br><br><br><br>**Figure 1: Remote SIM Provisioning System Architecture**<br><br>SGP 2.2 |

**Claim 24**

| Issued Claim(s) | Public Documentation |
|---|---|
| 24[pre] The non-transitory computer-readable storage medium recited in claim 1, wherein, when executed by the one or more processors, the one or more machine-executable instructions further cause the one or more processors to: | The Accused Instrumentalities comprise medium of claim 1, wherein when executed by the one or more processors, the one or more machine-executable instructions further cause the one or more processors to trigger a transmission to maintain the service control link when a time since sending the encrypted message to the end-user device would otherwise cause the service control link to terminate.<br><br>See claim 1.<br><br>*See, e.g.,*<br>103 Case, Trial Tr. (Hansen) 786:13-16 ("Q. Will you agree now that you used FCM server to describe the system that handles fanning out messages to each of the subscribers, sir? A. Yes.").<br><br><br><br>https://www.youtube.com/watch?v=-tPHRj64zTM ("After you send the topic message to FCM, the FCM Server handles fanning out messages to each subscriber for you.").<br><br>Google's FCM system "relies on the following set of components that build, transport, and receive messages," including "Cloud Functions for Firebase, App Engine," (which are Google Cloud supplied functionality), "or your own app server"; "The FCM backend, which (among other functions) accepts message requests, performs fanout of messages via topics, and |

| | generates message metadata such as the message ID."; "A platform-level transport layer, which routes the message to the targeted device, handles message delivery, and applies platform-specific configuration where appropriate" (including the "Android transport layer (ATL) for Android devices with Google Play services"); and "The FCM SDK on the user's device, where the notification is displayed or the message is handled according to the app's foreground/background state and any relevant application logic." |
| --- | --- |

# FCM Architectural Overview 🔖 ▾

Send feedback

**On this page**
Lifecycle flow

FCM relies on the following set of components that build, transport, and receive messages:

1. Tooling to compose or build message requests. The Notifications composer provides a GUI-based option for creating notification requests. For full automation and support for all message types, you must build message requests in a trusted server environment that supports the Firebase Admin SDK or the FCM server protocol. This environment could be Cloud Functions for Firebase, App Engine, or your own app server.



2. The FCM backend, which (among other functions) accepts message requests, performs fanout of messages via topics, and generates message metadata such as the message ID.

3. A platform-level transport layer, which routes the message to the targeted device, handles message delivery, and applies platform-specific configuration where appropriate. This transport layer includes:

   • Android transport layer (ATL) for Android devices with Google Play services

   • Apple Push Notification service (APNs) for Apple devices

   • Web push protocol for web apps

   > ⭐ **Note:** Platform-level transport layers are outside the core FCM product. FCM messages routed to a platform-level transport layer may be subject to terms specific to that platform rather than FCM's terms of service. Android message routing via ATL falls under the Google APIs terms of service.

4. The FCM SDK on the user's device, where the notification is displayed or the message is handled according to the app's foreground/background state and any relevant application logic.

https://firebase.google.com/docs/cloud-messaging/fcm-architecture;
https://cloud.google.com/appengine?hl=en; https://firebase.google.com/products/functions/:

## Develop a backend without servers

Create functions that are triggered by Firebase products, such as changes to data in the Realtime Database, new user sign-ups via Auth, and conversion events in Google Analytics. Are you a Google Cloud developer? See Google Cloud Functions.





;

### Send server updates with Firebase Cloud Messaging

Firebase Cloud Messaging (FCM) is a lightweight mechanism used to transmit data from a server to a particular app instance. Using FCM, your server can notify your app running on a particular device that there is new data available for it.

Compared to polling, where your app must regularly ping the server to query for new data, this event-driven model allows your app to create a new connection only when it knows there is data to download. The model minimizes unnecessary connections and reduces latency when updating information within your app.

FCM is implemented using a persistent TCP/IP connection. This minimizes the number of persistent connections and allows the platform to optimize bandwidth and minimize the associated impact on battery life.

https://developer.android.com/develop/connectivity/minimize-effect-regular-updates; *see also* 103 Case, Trial Tr. 750:22-751:1 ("Mobile connection servers are responsible for maintaining the connection and delivering those messages over that connection."), 751:10-14 ("Q. That platform-level transport layer routes the message to the targeted device. Right? A. Yeah. It's responsible for maintaining that connection and delivering to that device.").

https://firebase.google.com/docs/cloud-messaging/fcm-architecture

As a further example, Google's FCM system comprises a server which delivers messages to applications on devices, including Google's own applications (such as, but not limited to, Google search/ads, Google Maps, Google Messages, Gmail, and YouTube and Google Cloud Mobile App) as well as third party applications. These messages can be triggered by Cloud Functions running on or in cooperation with Google Cloud functionality. *See, e.g.,* exemplary screenshots and citations below:

Google Cloud Mobile App is configured for push notifications, e.g., alerting about production issues or status:

https://cloud.google.com/app?hl=en

Manage Google Cloud services from your Android or iOS device
**Google Cloud app**
Convenient way to discover, understand, and respond to production issues. Receive and respond to alerts helping you address production issues.
Google Cloud app
For Android and iOS devices
Monitor, manage, and troubleshoot your cloud resources from your mobile device. Receive alerts and respond to production issues on the go.

FEATURES
Production alerting
Be alerted right on your Android or iOS device anytime there is a production issue in your application. Quickly understand the issue, triage it, and bring in your team to help.
Diagnose and fix issues
Take action to address issues directly from your device, such as rolling back a bad release, stopping or restarting a VM, searching logs, executing gcloud commands, or even connecting to a VM via SSH.

Keep an eye on your environment

Monitor the status of App Engine, Compute Engine, Cloud Storage, and Cloud SQL resources. Create custom views to give you exactly the data you need at a glance.

HOW IT WORKS
Google Cloud mobile app is available for all Google Cloud customers. The app requires users to sign in with their Google Cloud credentials.
COMMON USES
Incident and alerts management
Learning resources
Cloud Monitoring
Open, assign, acknowledge, and resolve incidents to keep your team in sync. Get alerts on production issues. Triage and understand the crashes of your cloud services.

- Push notifications

- Monitor application errors

- View uptime and latency trace data

https://support.google.com/cloud/answer/6143581#zippy=%2Cmanage-push-notification-settings

Monitor and manage your cloud solution from a mobile device

Google Cloud app is a mobile application that's a companion to the web-based Google Cloud console. It allows you to troubleshoot and manage your Google Cloud solution directly from a mobile device.

The Google Cloud mobile app lets you:

- Check the state of your Google App Engine, Compute Engine, Cloud Storage, and Cloud SQL resources.
- Check billing details and cost estimates.
- Create your own custom dashboard to get a scannable overview of your solution.
- Take quick actions directly from your device, such as restarting a virtual machine or SSH to them.

- Use any gCloud commands using Cloud Shell.
- Monitor your application errors.
- View and manage incidents tracked in Google Cloud Monitoring.
- View latency trace data.
- View uptime checks.

Manage push notification settings

You maintain your mobile notification preferences in Settings.

To turn on notifications for new errors:

4. From the main menu, tap **Settings**.
5. Tap **New error notifications**.
6. Tap **+ Add Project** to add the projects that you want to receive error notifications for.

You'll receive notifications when there are new error types for the selected project(s) (that is, when an error occurs that cannot be grouped with the errors you've already seen).

To turn on notifications for incidents:

4. In the **bottom navigation**, tap the item labeled **Operations**.
5. Tap **Incidents**.
6. Confirm on the top notification box that you want to enable notifications for incidents.

https://docs.cloud.google.com/monitoring/support/notification-options# (describing Cloud Monitoring alerts via push notifications to Google Cloud Mobile App)

Google Ads: https://support.google.com/google-ads/answer/9972066?hl=en

# FCM Architectural Overview

FCM relies on the following set of components that build, transport, and receive messages:

1. Tooling to compose or build message requests. The Notifications composer provides a GUI-based option for creating notification requests. For full automation and support for all message types, you must build message requests in a trusted server environment that supports the Firebase Admin SDK or the FCM server protocol. This environment could be Cloud Functions for Firebase, App Engine, or your own app server.

2. The FCM backend, which (among other functions) accepts message requests, performs fanout of messages via topics, and generates message metadata such as the message ID.

3. A platform-level transport layer, which routes the message to the targeted device, handles message delivery, and applies platform-specific configuration where appropriate. This transport layer includes:

   - Android transport layer (ATL) for Android devices with Google Play services
   - Apple Push Notification service (APNs) for Apple devices
   - Web push protocol for web apps

   **Note:** Platform-level transport layers are outside the core FCM product. FCM messages routed to a platform-level transport layer may be subject to terms specific to that platform rather than FCM's terms of service. Android message routing via ATL falls under the Google APIs terms of service.

4. The FCM SDK on the user's device, where the notification is displayed or the message is handled according to the app's foreground/background state and any relevant application logic.

# Lifecycle flow

- **Register devices to receive messages from FCM**. An instance of a client app registers to receive messages, obtaining a registration token that uniquely identifies the app instance.
- **Send and receive downstream messages**.
  - Send a message. The app server sends messages to the client app:
    - The message is composed, either in the Notifications composer or a trusted environment, and a message request is sent to the FCM backend.
    - The FCM backend receives the message request, generates a message ID and other metadata, and sends it to the platform specific transport layer.
    - When the device is online, the message is sent via the platform-specific transport layer to the device.

On the device, the client app receives the message or notification.

| | |
|---|---|
| 24[a] trigger a transmission to maintain the service control link when a time since sending the encrypted message to the end-user device would otherwise cause the service control link to terminate | The Accused Instrumentalities comprise medium of claim 1, wherein when executed by the one or more processors, the one or more machine-executable instructions further cause the one or more processors to trigger a transmission to maintain the service control link when a time since sending the encrypted message to the end-user device would otherwise cause the service control link to terminate. See claim 1. |

| | |
|---|---|
| | *See, e.g.*, https://firebase.google.com/docs/cloud-messaging/fcm-architecture; https://firebase.google.com/docs/cloud-messaging/concept-options |

## Claim 25

| Issued Claim(s) | Public Documentation |
|---|---|
| 25 The non-transitory computer-readable storage medium recited in claim 1, wherein sending the encrypted message to the end-user device comprises sending the encrypted message to the end-user device regardless of whether the particular device agent is active. | The Accused Instrumentalities comprise the medium recited in claim 1, wherein sending the encrypted message to the end-user device comprises sending the encrypted message to the end-user device regardless of whether the particular device agent is active. See claim 1.<br><br>*See, e.g.*, https://firebase.google.com/docs/cloud-messaging/concept-options. |

## Claim 26

| Issued Claim(s) | Public Documentation |
|---|---|
| 26 The non-transitory computer-readable storage medium recited in claim 1, wherein a transmission over the service control link is within an ambient service, the ambient service being provided at no cost to a user or a subscriber associated with the end-user device. | The Accused Instrumentalities comprise the medium recited in claim 1, wherein a transmission over the service control link is within an ambient service, the ambient service being provided at no cost to a user or a subscriber associated with the end-user device. See claim 1.<br><br>For example, the system triggers a heartbeat or keepalive transmission. |

## Claim 27

| Issued Claim(s) | Public Documentation |
|---|---|
| 27 The non-transitory computer-readable storage medium recited in claim 1, wherein establishing, in cooperation with an end-user device communicatively | The Accused Instrumentalities comprise the medium recited in claim 1, wherein establishing, in cooperation with an end-user device communicatively coupled to the network system over a set of one or more wireless networks, a service control link between the network system and the end-user device comprises establishing the service control link in cooperation with a service |

| coupled to the network system over a set of one or more wireless networks, a service control link between the network system and the end-user device comprises establishing the service control link in cooperation with a service control device link agent on the end-user device, the service control device link agent for delivering agent messages to at least the particular device agent. | control device link agent on the end-user device, the service control device link agent for delivering agent messages to at least the particular device agent. See claim 1.<br><br>For example, the service control link is established in cooperation with the service control device link agent for delivering agent messages to , e.g., the particular device agent. |
|---|---|

## Claim 28

| Issued Claim(s) | Public Documentation |
|---|---|
| 28 The non-transitory computer-readable storage medium recited in claim 27, wherein the identifier is configured to assist the service control device link agent in generating an agent message for delivery to the particular device agent, the agent message comprising the at least a portion of the message payload. | The Accused Instrumentalities comprise the medium recited in claim 27, wherein the identifier is configured to assist the service control device link agent in generating an agent message for delivery to the particular device agent, the agent message comprising at least a portion of the message payload. See claim 1.<br><br>*See, e.g.*: |



**Figure 38: Trusted Link with LPA in the Device**

SGP.22



**Figure 1: Remote SIM Provisioning System Architecture**

SGP.22 ("The ES2+ interface is used by the Operator to order the Profile Package preparation for specific eUICC(s) and the delivery of the Profile Package from the SM-DP+")



**Figure 9: Profile Download Initiation**

SGP.22

## Claim 29

| Issued Claim(s) | Public Documentation |
|---|---|
| 29[pre] A method performed by a network system, the method comprising: | The Accused Instrumentalities comprise a network system that performs claim 29 as described below. See claim 1. *See also, e.g.*:<br><br>103 Case, Trial Tr. (Hansen) 786:13-16 ("Q. Will you agree now that you used FCM server to describe the system that handles fanning out messages to each of the subscribers, sir? A. Yes."). |



https://www.youtube.com/watch?v=-tPHRj64zTM ("After you send the topic message to FCM, the FCM Server handles fanning out messages to each subscriber for you.").

Google's FCM system "relies on the following set of components that build, transport, and receive messages," including "Cloud Functions for Firebase, App Engine," (which are Google Cloud supplied functionalities), "or your own app server"; "The FCM backend, which (among other functions) accepts message requests, performs fanout of messages via topics, and generates message metadata such as the message ID."; "A platform-level transport layer, which routes the message to the targeted device, handles message delivery, and applies platform-specific configuration where appropriate" (including the "Android transport layer (ATL) for Android devices with Google Play services"); and "The FCM SDK on the user's device, where the notification is displayed or the message is handled according to the app's foreground/background state and any relevant application logic."

# FCM Architectural Overview 🔖 ▾

Send feedback

**On this page**
Lifecycle flow

FCM relies on the following set of components that build, transport, and receive messages:

1. Tooling to compose or build message requests. The Notifications composer provides a GUI-based option for creating notification requests. For full automation and support for all message types, you must build message requests in a trusted server environment that supports the Firebase Admin SDK or the FCM server protocol. This environment could be Cloud Functions for Firebase, App Engine, or your own app server.



2. The FCM backend, which (among other functions) accepts message requests, performs fanout of messages via topics, and generates message metadata such as the message ID.

3. A platform-level transport layer, which routes the message to the targeted device, handles message delivery, and applies platform-specific configuration where appropriate. This transport layer includes:

   - Android transport layer (ATL) for Android devices with Google Play services

   - Apple Push Notification service (APNs) for Apple devices

   - Web push protocol for web apps

   >  **Note:** Platform-level transport layers are outside the core FCM product. FCM messages routed to a platform-level transport layer may be subject to terms specific to that platform rather than FCM's terms of service. Android message routing via ATL falls under the Google APIs terms of service.

4. The FCM SDK on the user's device, where the notification is displayed or the message is handled according to the app's foreground/background state and any relevant application logic.

https://firebase.google.com/docs/cloud-messaging/fcm-architecture;
https://cloud.google.com/appengine?hl=en; https://firebase.google.com/products/functions/:

## Develop a backend without servers

Create functions that are triggered by Firebase products, such as changes to data in the Realtime Database, new user sign-ups via Auth, and conversion events in Google Analytics. Are you a Google Cloud developer? See Google Cloud Functions.





;

### Send server updates with Firebase Cloud Messaging

Firebase Cloud Messaging (FCM) is a lightweight mechanism used to transmit data from a server to a particular app instance. Using FCM, your server can notify your app running on a particular device that there is new data available for it.

Compared to polling, where your app must regularly ping the server to query for new data, this event-driven model allows your app to create a new connection only when it knows there is data to download. The model minimizes unnecessary connections and reduces latency when updating information within your app.

FCM is implemented using a persistent TCP/IP connection. This minimizes the number of persistent connections and allows the platform to optimize bandwidth and minimize the associated impact on battery life.

https://developer.android.com/develop/connectivity/minimize-effect-regular-updates; *see also* 103 Case, Trial Tr. 750:22-751:1 ("Mobile connection servers are responsible for maintaining the connection and delivering those messages over that connection."), 751:10-14 ("Q. That platform-level transport layer routes the message to the targeted device. Right? A. Yeah. It's responsible for maintaining that connection and delivering to that device.").

https://firebase.google.com/docs/cloud-messaging/fcm-architecture

As a further example, Google's FCM system comprises a server which delivers messages to applications on devices, including Google's own applications (such as, but not limited to, Google search/ads, Google Maps, Google Messages, Gmail, and YouTube and Google Cloud Mobile App) as well as third party applications. These messages can be triggered by Cloud Functions running on or in cooperation with Google Cloud functionality. *See, e.g.,* exemplary screenshots and citations below:

Google Cloud Mobile App is configured for push notifications, e.g., alerting about production issues or status:

https://cloud.google.com/app?hl=en

Manage Google Cloud services from your Android or iOS device
**Google Cloud app**
Convenient way to discover, understand, and respond to production issues. Receive and respond to alerts helping you address production issues.
Google Cloud app
For Android and iOS devices
Monitor, manage, and troubleshoot your cloud resources from your mobile device. Receive alerts and respond to production issues on the go.

FEATURES
Production alerting
Be alerted right on your Android or iOS device anytime there is a production issue in your application. Quickly understand the issue, triage it, and bring in your team to help.
Diagnose and fix issues
Take action to address issues directly from your device, such as rolling back a bad release, stopping or restarting a VM, searching logs, executing gcloud commands, or even connecting to a VM via SSH.

Keep an eye on your environment

Monitor the status of App Engine, Compute Engine, Cloud Storage, and Cloud SQL resources. Create custom views to give you exactly the data you need at a glance.

HOW IT WORKS
Google Cloud mobile app is available for all Google Cloud customers. The app requires users to sign in with their Google Cloud credentials.
COMMON USES
Incident and alerts management
Learning resources
Cloud Monitoring
Open, assign, acknowledge, and resolve incidents to keep your team in sync. Get alerts on production issues. Triage and understand the crashes of your cloud services.

- Push notifications

- Monitor application errors

- View uptime and latency trace data

https://support.google.com/cloud/answer/6143581#zippy=%2Cmanage-push-notification-settings

Monitor and manage your cloud solution from a mobile device

Google Cloud app is a mobile application that's a companion to the web-based Google Cloud console. It allows you to troubleshoot and manage your Google Cloud solution directly from a mobile device.

The Google Cloud mobile app lets you:

- Check the state of your Google App Engine, Compute Engine, Cloud Storage, and Cloud SQL resources.
- Check billing details and cost estimates.
- Create your own custom dashboard to get a scannable overview of your solution.
- Take quick actions directly from your device, such as restarting a virtual machine or SSH to them.

- Use any gCloud commands using Cloud Shell.
- Monitor your application errors.
- View and manage incidents tracked in Google Cloud Monitoring.
- View latency trace data.
- View uptime checks.

Manage push notification settings

You maintain your mobile notification preferences in Settings.

To turn on notifications for new errors:

7. From the main menu, tap **Settings**.
8. Tap **New error notifications**.
9. Tap **+ Add Project** to add the projects that you want to receive error notifications for.

You'll receive notifications when there are new error types for the selected project(s) (that is, when an error occurs that cannot be grouped with the errors you've already seen).

To turn on notifications for incidents:

7. In the **bottom navigation**, tap the item labeled **Operations**.
8. Tap **Incidents**.
9. Confirm on the top notification box that you want to enable notifications for incidents.

https://docs.cloud.google.com/monitoring/support/notification-options# (describing Cloud Monitoring alerts via push notifications to Google Cloud Mobile App)

Google Ads: https://support.google.com/google-ads/answer/9972066?hl=en

# FCM Architectural Overview

FCM relies on the following set of components that build, transport, and receive messages:

1. Tooling to compose or build message requests. The Notifications composer provides a GUI-based option for creating notification requests. For full automation and support for all message types, you must build message requests in a trusted server environment that supports the Firebase Admin SDK or the FCM server protocol. This environment could be Cloud Functions for Firebase, App Engine, or your own app server.

2. The FCM backend, which (among other functions) accepts message requests, performs fanout of messages via topics, and generates message metadata such as the message ID.
3. A platform-level transport layer, which routes the message to the targeted device, handles message delivery, and applies platform-specific configuration where appropriate. This transport layer includes:

   - Android transport layer (ATL) for Android devices with Google Play services
   - Apple Push Notification service (APNs) for Apple devices
   - Web push protocol for web apps

     **Note:** Platform-level transport layers are outside the core FCM product. FCM messages routed to a platform-level transport layer may be subject to terms specific to that platform rather than FCM's terms of service. Android message routing via ATL falls under the Google APIs terms of service.

4. The FCM SDK on the user's device, where the notification is displayed or the message is handled according to the app's foreground/background state and any relevant application logic.

# Lifecycle flow

- **Register devices to receive messages from FCM**. An instance of a client app registers to receive messages, obtaining a registration token that uniquely identifies the app instance.
- **Send and receive downstream messages**.
  - Send a message. The app server sends messages to the client app:
    - The message is composed, either in the Notifications composer or a trusted environment, and a message request is sent to the FCM backend.
    - The FCM backend receives the message request, generates a message ID and other metadata, and sends it to the platform specific transport layer.
    - When the device is online, the message is sent via the platform-specific transport layer to the device.

On the device, the client app receives the message or notification.

| | |
|---|---|
| 29[a] establishing, in cooperation with an end-user device communicatively coupled to the network system over a set of one or more wireless access networks, a service control link between the network system and the end-user device, | The Accused Instrumentalities establish, in cooperation with an end-user device communicatively coupled to the network system over a set of one or more wireless access networks, a service control link between the network system and the end-user device, the service control link secured at least in part by at least one security protocol, the service control link for supporting control-plane communications between the network system and the end-user device, |

| | |
|---|---|
| the service control link secured at least in part by at least one security protocol, the service control link for supporting control-plane communications between the network system and the end-user device, the end-user device comprising two or more device agents, the two or more device agents including a particular device agent; | the end-user device comprising two or more device agents, the two or more device agents including a particular device agent.<br><br>*See, e.g.*:<br><br>See Firebase Cloud Messaging documentation, including firebase.google.com:<br><br>https://firebase.google.com/docs/cloud-messaging/fcm-architecture<br><br># FCM Architectural Overview<br><br>FCM relies on the following set of components that build, transport, and receive messages:<br><br>1. Tooling to compose or build message requests. The Notifications composer provides a GUI-based option for creating notification requests. For full automation and support for all message types, you must build message requests in a trusted server environment that supports the Firebase Admin SDK or the FCM server protocol. This environment could be Cloud Functions for Firebase, App Engine, or your own app server.<br><br>2. The FCM backend, which (among other functions) accepts message requests, performs fanout of messages via topics, and generates message metadata such as the message ID.<br>3. A platform-level transport layer, which routes the message to the targeted device, handles message delivery, and applies platform-specific configuration where appropriate. This transport layer includes:<br><br>    • Android transport layer (ATL) for Android devices with Google Play services |

- Apple Push Notification service (APNs) for Apple devices
- Web push protocol for web apps

**Note:** Platform-level transport layers are outside the core FCM product. FCM messages routed to a platform-level transport layer may be subject to terms specific to that platform rather than FCM's terms of service. Android message routing via ATL falls under the Google APIs terms of service.

4. The FCM SDK on the user's device, where the notification is displayed or the message is handled according to the app's foreground/background state and any relevant application logic.

# Lifecycle flow

- **Register devices to receive messages from FCM**. An instance of a client app registers to receive messages, obtaining a registration token that uniquely identifies the app instance.
- **Send and receive downstream messages**.
  - Send a message. The app server sends messages to the client app:
    - The message is composed, either in the Notifications composer or a trusted environment, and a message request is sent to the FCM backend.
    - The FCM backend receives the message request, generates a message ID and other metadata, and sends it to the platform specific transport layer.
    - When the device is online, the message is sent via the platform-specific transport layer to the device.

▪ On the device, the client app receives the message or notification

https://firebase.google.com/docs/cloud-messaging/concept-options

**Cloud Messaging**
o Introduction
o Concepts and best practices
▪ FCM Architectural Overview
▪ About FCM messages
▪ Understanding message delivery
▪ Send messages at scale
▪ Manage FCM registration tokens
▪ Get AI insights for messaging campaigns
o iOS+
o Android
o Flutter
o C++
o Unity
o Web (JavaScript)
o Server environments

# About FCM messages

Firebase Cloud Messaging (FCM) offers a broad range of messaging options and capabilities. The information in this page is intended to help you understand the different types of FCM messages and what you can do with them.

# Message types

With FCM, you can send two types of messages to clients:

- Notification messages, sometimes thought of as "display messages." These are handled by the FCM SDK automatically.
- Data messages, which are handled by the client app.

Notification messages contain a predefined set of user-visible keys. Data messages, by contrast, contain only your user-defined custom key-value pairs. Notification messages can contain an optional data payload. Maximum payload for both message types is 4096 bytes, except when sending messages from the Firebase console, which enforces a 1000 character limit.

|  | Use scenario | How to send |
|---|---|---|
| Notification message | FCM SDK displays the message to end-user devices on behalf of the client app when it's running in the background. Otherwise, if the app is running in the foreground when the notification is received, the app's code determines the behavior. Notification messages have a predefined set of user-visible keys and an optional data payload of custom key-value pairs. | 1. In a trusted environment such as Cloud Functions or your app server, use the Admin SDK or the HTTP v1 API. Set the `notification` key. May have optional data payload. Always collapsible.<br><br>See some examples of display notifications and send request payloads.<br>3. Use the Notifications composer: Enter the Message Text, Title, etc., and send. Add optional data payload by providing Custom data. |

| | Data message | Client app is responsible for processing data messages. Data messages have only custom key-value pairs with no reserved key names (see below). | In a trusted environment such as Cloud Functions or your app server, use the Admin SDK or the FCM Server Protocols. In the send request, Set the data key. |
|---|---|---|---|

Use notification messages when you want the FCM SDK to handle displaying a notification automatically when your app is running in the background. Use data messages when you want to process the messages with your own client app code.

FCM can send a notification message including an optional data payload. In such cases, FCM handles displaying the notification payload, and the client app handles the data payload.

# Notification messages

For testing or for marketing and user re-engagement, you can send notification messages using the Firebase console. The Firebase console provides analytics-based A/B testing to help you refine and improve marketing messages.

To programmatically send notification messages using the Admin SDK or the FCM protocols, set the notification key with the necessary predefined set of key-value options for the user-visible part of the notification message. For example, here is a JSON-formatted notification message in an IM app. The user can expect to see a message with the title "Portugal vs. Denmark" and the text "great match!" on the device:

```
{  "message":{
"token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",
"notification":{     "title":"Portugal vs. Denmark",     "body":"great
match!"    } }}
```

Notification messages are delivered to the notification tray when the app is in the background. For apps in the foreground, messages are handled by a callback function.

See the [HTTP v1 Protocol notification object](#) reference documentation for the full list of predefined keys available for building notification messages.

## Data messages

Set the appropriate key with your custom key-value pairs to send a data payload to the client app.

Make sure that you do not use any reserved words in your custom key-value pairs. Reserved words include "from", "notification," "message_type", or any word starting with "google" or "gcm."

For example, here is a JSON-formatted message in the same IM app as above, where the information is encapsulated in the common `data` key and the client app is expected to interpret the content:

```
{  "message":{
"token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",    "data":{
"Nick" : "Mario",     "body" : "great match!",       "Room" :
"PortugalVSDenmark"    }  }}
```

The above example shows usage of the top-level, or common `data` field, which is interpreted by clients on all platforms that receive the message. On each platform, the client app receives the data payload in a callback function.

## Encryption for data messages

The Android Transport Layer (see [FCM architecture](#)) uses point-to-point encryption. Depending on your needs, you may decide to add end-to-end encryption to data messages. FCM does not provide an end-to-end solution. However, there are external solutions available such as [Capillary](#) or [DTLS](#).

# Notification messages with optional data payload

Both programmatically or via the Firebase console, you can send notification messages that contain an optional payload of custom key-value pairs. In the Notifications composer, use the **Custom data** fields in **Advanced options**.

App behavior when receiving messages that include both notification and data payloads depends on whether the app is in the background or the foreground—essentially, whether or not it is active at the time of receipt.

- **When in the background**, apps receive the notification payload in the notification tray, and only handle the data payload when the user taps on the notification.
- **When in the foreground**, your app receives a message object with both payloads available.

Here is a JSON-formatted message containing both the `notification` key and the `data` key:

```
{  "message":{
"token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",
"notification":{     "title":"Portugal vs. Denmark",     "body":"great
match!"    },    "data" : {     "Nick" : "Mario",     "Room" :
"PortugalVSDenmark"    }  }}
```

# Customizing a message across platforms

The Firebase Admin SDK and the FCM v1 HTTP protocol both allow your message requests to set all fields available in the `message` object. This includes:

- a common set of fields to be interpreted by **all** app instances that receive the message.
- platform-specific sets of fields, such as `AndroidConfig` and `WebpushConfig`, interpreted only by app instances running on the specified platform.

Platform-specific blocks give you flexibility to customize messages for different platforms to ensure that they are handled correctly when received. The FCM backend will take all specified parameters into account and customize the message for each platform.

# When to use common fields

Use common fields when you're:

- Targeting app instances on **all** platforms — Apple, Android, and web
- Sending messages to topics

All app instances, regardless of platform, can interpret the following common fields:

- message.notification.title
- message.notification.body
- message.data

# When to use platform-specific fields

Use platform-specific fields when you want to:

- Send fields only to particular platforms
- Send platform-specific fields *in addition to* the common fields

Whenever you want to send values only to particular platforms, **don't** use common fields; use platform-specific fields. For example, to send a notification only to Apple platforms and web but not to Android, you must use two separate sets of fields, one for Apple and one for web.

When you are sending messages with specific delivery options, use platform-specific fields to set them. You can specify different values per platform if you want. However, even when you want to set essentially the same value across platforms, you must use platform-specific fields. This is because each platform may interpret the value slightly differently—for example, time-to-

live is set on Android as an expiration time in seconds, while on Apple it is set as an expiration *date*.

# Example: notification message with platform-specific delivery options

The following v1 send request sends a common notification title and content to all platforms, but also sends some platform-specific overrides. Specifically, the request:

- sets a long time-to-live for Android and Web platforms, while setting the APNs (Apple platforms) message priority to a low setting
- sets the appropriate keys to define the result of a user tap on the notification on Android and Apple — `click_action`, and `category`, respectively.

```
{   "message":{
"token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",
"notification":{       "title":"Match update",      "body":"Arsenal goal
in added time, score is now 3-0"     },     "android":{
"ttl":"86400s",        "notification"{
"click_action":"OPEN_ACTIVITY_1"       }     },     "apns": {
"headers": {        "apns-priority": "5",       },        "payload": {
"aps": {         "category": "NEW_MESSAGE_CATEGORY"          }        }
},     "webpush":{       "headers":{           "TTL":"86400"       }     }
} }
```

See the HTTP v1 reference documentation for complete detail on the keys available in platform-specific blocks in the message body. For more information about building send requests that contain the message body, see Build Send Requests.

# Delivery options

FCM provides a specific set of delivery options for messages sent to Android devices, and allows for similar options on Apple platforms and web. For example, "collapsible" message behavior is supported on Android via FCM's `collapse_key`, on Apple via `apns-collapse-id`, and on JavaScript/Web via `Topic`. For details, see descriptions in this section and related reference documentation.

## Non-collapsible and collapsible messages

A *non-collapsible* message denotes that each individual message is delivered to the device. A non-collapsible message delivers some useful content, as opposed to a collapsible message like a content-free "ping" to the mobile app to contact the server to fetch data.

FCM does not guarantee the order of delivery.

Some typical use cases of non-collapsible messages are chat messages or critical messages. For example, in an IM app, you would want to deliver every message, because every message has different content.

For Android there is a limit of 100 messages that can be stored without collapsing. If the limit is reached, all stored messages are discarded. When the device is back online, it receives a special message indicating that the limit was reached. The app can then handle the situation properly, typically by requesting a full sync from the app server.

A *collapsible message* is a message that may be replaced by a new message if it has yet to be delivered to the device.

A common use cases of collapsible messages are messages used to tell a mobile app to sync data from the server. An example would be a sports app that updates users with the latest score. Only the most recent message is relevant.

To mark a message as collapsible on Android, include the `collapse_key` parameter in the message payload. By default, the collapse key is the app package name registered in the Firebase console. The FCM server can simultaneously store four different collapsible messages per device, each with a different collapse key. If you exceed this number, FCM only keeps four collapse keys, with no guarantees about which ones are kept.

Topic messages with no payload are collapsible by default. Notification messages are always collapsible and will ignore the `collapse_key` parameter.

## Which should I use?

Collapsible messages are a better choice from a performance standpoint, provided your app doesn't need to use non-collapsible messages. However, if you use collapsible messages, remember that FCM only allows a maximum of four different collapse keys to be used by FCM per registration token at any given time. You must not exceed this number, or it could cause unpredictable consequences.

|  | Use scenario | How to send |
|---|---|---|
| Non-collapsible | Every message is important to the client app and needs to be delivered. | Except for notification messages, all messages are non-collapsible by default. |
| Collapsible | When there is a newer message that renders an older, related message irrelevant to the client app, FCM replaces the older message. For example: messages used to initiate a data sync from the server, or outdated notification messages. | Set the appropriate parameter in your message request:<br>• collapseKey on Android |

- `apns-collapse-id` on Apple
- `Topic` on Web
- `collapse_key` in legacy protocols (all platforms)

## Setting the priority of a message

You have two options for assigning delivery priority to downstream messages: normal and high priority. Though the behavior differs slightly across platforms, delivery of normal and high priority messages works like this:

- **Normal priority.** Normal priority messages are delivered immediately when the app is in the foreground. For backgrounded apps, delivery may be delayed. For less time-sensitive messages, such as notifications of new email, keeping your UI in sync, or syncing app data in the background, choose normal delivery priority.
- **High priority.** FCM attempts to deliver high priority messages immediately even if the device is in Doze mode. High priority messages are for time-sensitive, user visible content.

When sending data messages to Apple devices, the priority **must** be set to 5, or normal priority. Messages sent with high priority are rejected by the FCM backend with the error `INVALID_ARGUMENT`.

Here is an example of a normal priority message sent via the FCM HTTP v1 protocol to notify a magazine subscriber that new content is available to download:

```
{ "message":{    "topic":"subscriber-updates",    "notification":{
"body" : "This week's edition is now available.",    "title" :
"NewsMagazine.com", },    "data" : {    "volume" : "3.21.15",
"contents" : http://www.news-magazine.com/world-week/21659772    },
"android":{    "priority":"normal"    },    "apns":{    "headers":{
```

```
"apns-priority":"5"        }    },    "webpush": {        "headers": {
"Urgency": "high"        }    }  }}
```

For more platform-specific detail on setting message priority:

- APNs documentation
- Set and manage message priority (Android)
- Web push message urgency

## Life critical use cases

The FCM APIs are not designed for emergency alerts or other high-risk activities where the use or failure of the APIs could result in death, personal injury, or environmental damage (such as the operation of nuclear facilities, air traffic control, or life support systems). Any such use is expressly prohibited under Section 4. a. 7 of the Terms of Service. You are solely responsible for managing your app's compliance with the Terms, and any damages resulting from your noncompliance. Google provides the APIs "as is," and reserves the right to discontinue the APIs or any portion or feature or your access thereto, for any reason and at any time, without liability or other obligation to you or your users.

## Setting the lifespan of a message

FCM usually delivers messages immediately after they are sent. However, this might not always be possible. For example, if the platform is Android, the device could be turned off, offline, or otherwise unavailable. Or FCM might intentionally delay messages to prevent an app from consuming excessive resources and negatively affecting battery life.

When this happens, FCM stores the message and delivers it as soon as it's feasible. While this is fine in most cases, there are some apps for which a late message might as well never be delivered. For example, if the message is an incoming call or video chat notification, it is meaningful only for a short period of time before the call is terminated. Or if the message is an invitation to an event, it is useless if received after the event has ended.

On Android and Web/JavaScript, you can specify the maximum lifespan of a message. The value must be a duration from 0 to 2,419,200 seconds (28 days), and it corresponds to the maximum period of time for which FCM stores and attempts to deliver the message. Requests that don't contain this field default to the maximum period of four weeks.

Here are some possible uses for this feature:

- Video chat incoming calls
- Expiring invitation events
- Calendar events

Another advantage of specifying the lifespan of a message is that FCM doesn't apply collapsible message throttling to messages with a time-to-live value of 0 seconds. FCM provides best effort handling of messages that must be delivered "now or never." Keep in mind that a `time_to_live` value of 0 means messages that can't be delivered immediately are discarded. However, because such messages are never stored, this provides the best latency for sending notification messages.

Here is an example of a request that includes TTL:

```
{  "message":{ "token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",    "data":{
"Nick" : "Mario",     "body" : "great match!",     "Room" :
"PortugalVSDenmark"   },   "apns":{    "headers":{      "apns-
expiration":"1604750400"    }  },   "android":{    "ttl":"4500s"
},   "webpush":{    "headers":{        "TTL":"4500"    }  }  }}
```

# Lifetime of a message

When an app server posts a message to FCM and receives a message ID back, it does not mean that the message was already delivered to the device. Rather, it means that it was accepted for delivery. What happens to the message after it is accepted depends on many factors.

In the best-case scenario, if the device is connected to FCM, the screen is on and there are no throttling restrictions, the message is delivered right away.

If the device is connected but in Doze, a low priority message is stored by FCM until the device is out of Doze. And that's where the `collapse_key` flag plays a role: if there is already a message with the same collapse key (and registration token) stored and waiting for delivery, the old message is discarded and the new message takes its place (that is, the old message is collapsed by the new one). However, if the collapse key is not set, both the new and old messages are stored for future delivery.

If the device is not connected to FCM, the message is stored until a connection is established (again respecting the collapse key rules). When a connection is established, FCM delivers all pending messages to the device. If the device never gets connected again (for instance, if it was factory reset), the message eventually times out and is discarded from FCM storage. The default timeout is four weeks, unless the `time_to_live` flag is set.

To get more insight into the delivery of a message:

> To get more insight into the delivery of messages on Android or Apple platforms, see the FCM reporting dashboard, which records the number of messages sent and opened on Apple and Android devices, along with data for "impressions" (notifications seen by users) for Android apps.

For Android devices with direct channel messaging enabled, if the device has not connected to FCM for more than one month, FCM still accepts the message but immediately discards it. If the device connects within four weeks of the last data message you sent to it, your client receives the onDeletedMessages() callback. The app can then handle the situation properly, typically by requesting a full sync from the app server.

Finally, when FCM attempts to deliver a message to the device and the app was uninstalled, FCM discards that message right away and invalidates the registration token. Future attempts to send a message to that device results in a `NotRegistered` error.

# Throttling and quotas

Our goal is to always deliver every message sent via FCM. However, delivering every message sometimes results in a poor overall user experience. In other cases, we need to provide boundaries to ensure that FCM provides a scalable service for all senders. The types of limits and quotas described in this section help us balance these important factors.

**Note:** The limits discussed in this section are subject to change.

## Downstream message throttling

The HTTP v1 API introduced per-project, per-minute quotas for downstream messaging. The default quota of 600k messages per minute covers over 99% of FCM developers while protecting the stability of the system and minimizing the impact of spiky projects.

Spiky traffic patterns can result in quota exceeded errors. In an over quota scenario, the system serves HTTP status code 429 (QUOTA_EXCEEDED) until the quota is refilled in the following minute. 429 responses may also be returned in overload situations, so you are strongly encouraged to handle 429s according to published recommendations.

Note that:

- The downstream quota measures messages, not requests.
- Client errors (HTTP status code 400-499) are counted (excluding 429s).
- Quotas are per-minute, but these minutes are not aligned to the clock.

## Monitoring quota

You can view quota, usage, and errors on the Google Cloud Console:

5. Go to the Google Cloud console
6. Select **APIs & services**
7. From the table list, select **Firebase Cloud Messaging API**
8. Select **QUOTA & SYSTEM LIMITS**.

NOTE: These graphs are not precisely time aligned with quota minutes, meaning 429s may be served when traffic appears to be below quota.

## Requesting a quota increase

Before requesting a quota increase, ensure that:

- Your usage is regularly ≥ 80% of quota for at least 5 consecutive minutes per day.
- You have < 5% client error ratio, especially during peak traffic.
- You adhere to the best practices for sending messages at scale.

If you meet these criteria, you can submit a quota increase request for up to +25% and FCM will make every practical effort to fulfill the request (no increase can be guaranteed).

If you need more downstream messaging quota due to an impending launch or temporary event, request your quota at least 15 days in advance to allow sufficient time to handle the request. For large requests (>18M messages per minute), at least 30 days of notice is required. Launches and special event requests are still subject to the client error ratio and best practices requirements.

See also the FAQ about FCM quotas.

## Topic message limit

The topic subscription add/remove rate is limited to 3,000 QPS per project.

For message sending rates, see Fanout Throttling.

# Fanout throttling

Message fanout is the process of sending a message to multiple devices, such as when you target topics and groups, or when you use the [Notifications composer](#) to target audiences or user segments.

Message fanout is not instantaneous and so occasionally you have multiple fanouts in progress concurrently. We limit the number of concurrent message fanouts per project to 1,000. After that, we may reject additional fanout requests or defer the fanout of the requests until some of the already in progress fanouts complete.

The actual achievable fanout rate is influenced by the number of projects requesting fanouts at the same time. A fanout rate of 10,000 QPS for an individual project is not uncommon, but that number is not a guarantee and is a result of the total load on the system. It is important to note that the available fanout capacity is divided among projects and not across fanout requests. So, if your project has two fanouts in progress, then each fanout will only see half of the available fanout rate. The recommended way to maximize your fanout speed is to only have one active fanout in progress at a time.

# Collapsible message throttling

As described above, collapsible messages are content-free notifications designed to collapse on top of each other. In the event that a developer is repeating the same message to an app too frequently, we delay (throttle) messages to reduce the impact on a user's battery.

For example, if you send large numbers of new email sync requests to a single device, we might delay the next email sync request a few minutes so that the device can sync at a lower average rate. This throttling is done strictly to limit the battery impact experienced by the user.

If your use case requires high burst send patterns, then non-collapsible messages may be the right choice. For such messages, make sure to include the content in such messages in order to reduce the battery cost.

We limit collapsible messages to a burst of 20 messages per app per device, with a refill of 1 message every 3 minutes.

## Maximum message rate to a single device

For Android, you can send up to 240 messages/minute and 5,000 messages/hour to a single device. This high threshold is meant to allow for short term bursts of traffic, such as when users are interacting rapidly over chat. This limit prevents errors in sending logic from inadvertently draining the battery on a device.

For iOS, we return an error when the rate exceeds APNs limits.

**Caution:** Do not routinely send messages near this maximum rate. This could waste end users' resources, and your app may be marked as abusive.

## FCM ports and your firewall

If your organization has a firewall to restrict traffic to or from the Internet, you need to configure it to allow mobile devices to connect with FCM in order for devices on your network to receive messages. FCM typically uses port 5228, but it sometimes uses 443, 5229, and 5230.

For devices connecting on your network, FCM doesn't provide specific IPs because our IP range changes too frequently and your firewall rules could get out of date, impacting your users' experience. Ideally, allowlist ports 5228-5230 & 443 with no IP restrictions. However, if you must have an IP restriction, you should allowlist all of the IP addresses listed in goog.json. This large list is updated regularly, and you are recommended to update your rules on a monthly basis. Problems caused by firewall IP restrictions are often intermittent and difficult to diagnose.

We do offer a set of domain names that can be allowlisted instead of IP addresses. Those hostnames are listed below. If we start using additional hostnames, we will update the list here. Using domain names for your firewall rule may or may not be functional in your firewall device.

**TCP ports to open:**

- 5228
- 5229
- 5230
- 443

**Hostnames to open:**

- mtalk.google.com
- mtalk4.google.com
- mtalk-staging.google.com
- mtalk-dev.google.com
- alt1-mtalk.google.com
- alt2-mtalk.google.com
- alt3-mtalk.google.com
- alt4-mtalk.google.com
- alt5-mtalk.google.com
- alt6-mtalk.google.com
- alt7-mtalk.google.com
- alt8-mtalk.google.com
- android.apis.google.com
- device-provisioning.googleapis.com
- firebaseinstallations.googleapis.com

**Network Address Translation and/or Stateful Packet Inspection firewalls:**

If your network implements Network Address Translation (NAT) or Stateful Packet Inspection (SPI), implement a 30 minute or larger timeout for our connections over ports 5228-5230. This

enables us to provide reliable connectivity while reducing the battery consumption of your users' mobile devices.

**Note:** If you are receiving notifications over APNs, make sure you have also opened the ports specified by Apple.

# VPN interactions and bypassability

Firebase Cloud Messaging takes various steps to ensure that the push messaging connection from the phone to the server is reliable and available as often as possible. The use of a VPN complicates this effort.

VPNs mask the underlying information that FCM needs to tune its connection to maximize reliability & battery life. In some cases VPNs actively break long lived connections resulting in a bad user experience due to missed or delayed messages or a high battery cost. When the VPN is configured to allow us to do so, we bypass the VPN using an encrypted connection (over the base network wifi or LTE) so as to ensure a reliable, battery friendly experience. FCM's usage of bypassable VPNs is specific to the FCM Push Notification channel. Other FCM traffic, such as registration traffic, uses the VPN if it is active. When the FCM connection bypasses the VPN it loses additional benefits the VPN may provide, such as IP masking.

Different VPNs will have different methods for controlling whether or not it can be bypassed. Consult the documentation for your specific VPN for instructions.

If the VPN is not configured to be bypassable then Firebase Cloud Messaging will use the VPN network in order to connect to the server. This may result in periods of time where messages are delayed and may result in more battery usage as Cloud Messaging works to maintain the connection over the VPN connection.

# Credentials

Depending on which FCM features you implement, you may need the following credentials from your Firebase project:

| | |
|---|---|
| Project ID | A unique identifier for your Firebase project, used in requests to the FCM v1 HTTP endpoint. This value is available in the Firebase console **Settings** pane. |
| Registration token | A unique token string that identifies each client app instance. The registration token is required for single device and device group messaging. Note that registration tokens must be kept secret. |
| Sender ID | A unique numerical value created when you create your Firebase project, available in the Cloud Messaging tab of the Firebase console **Settings** pane. The sender ID is used to identify each sender that can send messages to the client app. |
| Access token | A short-lived OAuth 2.0 token that authorizes requests to the HTTP v1 API. This token is associated with a service account that belongs to your Firebase project. To create and rotate access tokens, follow the steps described in Authorize Send Requests. |
| Server key (for **deprecated** legacy protocols) | A server key that authorizes your app server for access to Google services, including sending messages via the deprecated Firebase Cloud Messaging legacy protocols. **Important:** Do not include the server key anywhere in your client code. Also, make sure to use only server keys to |

authorize your app server. Android, Apple platform, and browser keys are rejected by FCM.

Except as otherwise noted, the content of this page is licensed under the Creative Commons Attribution 4.0 License, and code samples are licensed under the Apache 2.0 License. For details, see the Google Developers Site Policies. Java is a registered trademark of Oracle and/or its affiliates.

Last updated 2025-05-12 UTC. Message types

- o Notification messages
- o Data messages
- o Notification messages with optional data payload
- Customizing a message across platforms
  - o When to use common fields
  - o When to use platform-specific fields
  - o Example: notification message with platform-specific delivery options
- Delivery options
  - o Non-collapsible and collapsible messages
  - o Setting the priority of a message
  - o Setting the lifespan of a message
- Lifetime of a message
- Throttling and quotas
  - o Downstream message throttling
  - o Topic message limit
  - o Fanout throttling
  - o Collapsible message throttling
  - o Maximum message rate to a single device
- FCM ports and your firewall
- VPN interactions and bypassability
- Credentials

https://firebase.google.com/docs/cloud-messaging/manage-tokens

# Basic best practices

There are some fundamental practices you should follow in any app that uses FCM APIs to build send requests programmatically. The main best practices are:

- **Retrieve registration tokens from FCM and store them on your server.** An important role for the server is to keep track of each client's token and keep an updated list of active tokens. We strongly recommend implementing a token timestamp in your code and your servers, and updating this timestamp at regular intervals.
- **Maintain token freshness and remove stale tokens.** In addition to removing tokens that FCM no longer considers valid, you may want to monitor other signs that tokens have become stale and remove them proactively. This guide discusses some of your options for achieving this.

# Retrieve and store registration tokens

On initial startup of your app, the FCM SDK generates a registration token for the client app instance. This is the token that you must include in targeted send requests from the API, or add to topic subscriptions for targeting topics.

**We strongly recommend your app retrieve this token at initial startup and save it to your app server alongside a timestamp**. This timestamp must be

implemented by your code and your servers, as it is not provided for you by FCM SDKs.

Also, it's important to save the token to the server and update the timestamp whenever it changes, such as when:

- The app is restored on a new device
- The user uninstalls or re-installs the app
- The user clears app data
- The app becomes active again after FCM has expired its existing token



**Figure 4: Example Connection Methods for Companion Devices to reach out to the SM-DP+**

SGP.21

**4.2.6    SM-DP+ – eUICC (ES8+)**

The ES8+ interface provides a secure end-to-end channel between the SM-DP+ and the eUICC for the administration of the ISD-P and the associated Profile during download and installation.

| | SGP.21; *see also* SGP.31 ("The IPA establishes a secure connection with the SM-DP+"; "The Bound Profile Package is downloaded to the eUICC through the IPA using the secure connection with SM-DP+"); SGP.01 ("The SM-SR is the only entity allowed to establish a secure and authenticated transport channel to the eUICC to manage the eUICC platform."). |
|---|---|



**Figure 10:    Common Mutual Authentication Procedure**

SGP.22

### 3.2.2   Common Mutual Authentication

This procedure is identical to Common Mutual Authentication Procedure defined in section 3.1.2 of SGP.22 [4]. It defines the mutual authentication procedure between the eUICC and the RSP Server.

SGP.32

LPA functions are provided by the Device.



**Figure 10: LPA in the Device**

SGP.21

### 2.4.1  eUICC Overview

This section describes the internal high-level architecture of the eUICC. It should be noted that the eUICC architecture is very similar to that used in the GSMA Remote SIM Provisioning of Embedded UICC Technical specification [2]. Operator Profiles are stored inside Security Domains within the eUICC and are implemented using GlobalPlatform standards. These ensure that it is impossible for any Profile to access the applications or data of any other Profile stored on the eUICC. The same mechanism is currently in use within SIM cards to ensure payment applications are kept secure.



**Figure 3: Schematic Representation of the eUICC**

SGP.22

For example, the network system is configured to communicate with a device agent, literally or under the doctrine of equivalents. The end-user devices comprise one or more device agents, e.g. software in the device. The network system is configured to communicate with device agent software and performs substantially the same function of the claim element in substantially the same way to achieve substantially the same result of the claimed invention.

*See also,* claim 1.

| 29[b] receiving a server message from a particular server of a plurality of servers communicatively coupled to the network system, the server message comprising a message payload, at least a portion of the | The Accused Instrumentalities receive a server message from a particular server of a plurality of servers communicatively coupled to the network system, the server message comprising a message payload, at least a portion of the message payload for delivery to the end-user device." *See, e.g.*: |
| --- | --- |

message payload for delivery to the end-user device;



**Figure 38: Trusted Link with LPA in the Device**

SGP.22



**Figure 1: Remote SIM Provisioning System Architecture**

SGP.22 ("The ES2+ interface is used by the Operator to order the Profile Package preparation for specific eUICC(s) and the delivery of the Profile Package from the SM-DP+")



**Figure 9: Profile Download Initiation**

SGP.22

*See also,* claim 1.

| | |
|---|---|
| 29[c] generating an encrypted message comprising the at least a portion of the message payload and an identifier identifying the particular device agent, the identifier configured to assist in delivering the at least a portion of the message payload to the particular device agent, the identifier distinguishing the particular device agent from all other device agents of the two or more device agents; and | The Accused Instrumentalities generate an encrypted message comprising the at least a portion of the message payload and an identifier identifying the particular device agent, the identifier configured to assist in delivering the at least a portion of the message payload to the particular device agent, the identifier distinguishing the particular device agent from all other device agents of the two or more device agents. *See, e.g.*: |



**Figure 1: Remote SIM Provisioning System Architecture**



**Figure 36: Certificate Exchange with LPA in the Device**

SGP.22

**Figure 4: Profile Package stage Description**

SGP.22

### 2.5.2   Unprotected Profile Package

The Unprotected Profile Package (UPP) is generated by the SM-DP+, within the Profile Package Generation function. The Profile Package Generation takes as input the profile specification established with the Operator and input data provided by the Operator. The processes of profile specification and input data acquisition are out of scope of this specification.

The Unprotected Profile Package consists of a sequence of Profile Element (PE) TLVs according to the SIMalliance specification [5].

SGP.22

### 2.5.4   Bound Profile Package

The Bound Profile Package (BPP) is generated by the SM-DP+, within the Profile Package Binding function. The purpose of this operation is to link a Protected Profile Package to a particular eUICC. This is done within a key agreement between the eUICC and the SM-DP+. See download and installation procedure (section 3.1.3).

The BPP comprises a sequence of TLV commands (in this order):

- TLV command for Key agreement in clear.
- Set of SCP03t payload TLVs (tag '87') containing TLV commands for ConfigureISDP
- Set of SCP03t payload TLVs (tag '88') containing TLV command for StoreMetadata
- Set of optional SCP03t payload TLVs (tag '87') containing TLV command for 'Profile Protection Keys'
- Followed by the SCP03t payload TLVs (tag '86') of the PPP

SGP.22

<table>
<tr><td></td><td>

**4.4    Profile Metadata**

During the Profile download and installation procedure, Profile Metadata needs to be provided to the LPAd for display and to the eUICC. Profile Metadata is generated by the SM-DP+ in plain text to be readable by the LPA. Profile Metadata is also contained protected in BPP to be loaded into the eUICC, so that the LPA will be able to access the same information any time after the Profile has been successfully loaded into the eUICC, using the "ES10c.GetProfilesInfo" function.

Profile Metadata values, like any other Profile data, are under the responsibility of, and defined by, the Profile owner. Profile Metadata is communicated to the SM-DP+ by means which are out of scope of this specification.

Profile Metadata includes:

- ICCID of the Profile
- Profile Name (corresponds to "Short description" in SGP.21 [4]) as a plain text information: content free information defined by the Operator/Service Provider
- Operator/Service Provider name, as a plain text information: content free information defined by the Service Provider (e.g. 'Orange', 'AT&T'…)
- End User's Profile Nickname
- Icon

SGP.22

*See also,* claim 1.

</td></tr>
<tr><td>

29[d] sending the encrypted message to the end-user device over the service control link,

</td><td>

The Accused Instrumentalities send the encrypted message to the end-user device over the service control link. *See, e.g.*:

</td></tr>
</table>



**Figure 13: Sub-procedure Profile Download and Installation – Download Confirmation**

SGP.22



Figure 10   Indirect Profile Download and Installation

| | SGP.32 *See also,* claim 1. |
|---|---|
| 29[e] wherein establishing the service control link between the network system and the end-user device comprises executing a link initialization sequence, the link initialization sequence associating the service control link with a credential associated with the end-user device. | The Accused Instrumentalities, when establishing the service control link between the network system and the end-user device, execute a link initialization sequence, the link initialization sequence associating the service control link with a credential associated with the end-user device. *See, e.g.*:   Figure 36: Certificate Exchange with LPA in the Device  SGP.22 |

**5.5.1    Function: InitialiseSecureChannel**

**Related Procedures:** Profile Download and Installation

**Function Provider Entity:** ISD-R

**Description:**

This function is used by the SM-DP+ to open a new RSP session with the target eUICC. The function carries the identifier of the remote operation type to be performed by the eUICC (e.g. installation of a new Bound Profile Package) and the necessary material for key agreement with Perfect Forward Secrecy (PFS), allowing a secure end-to-end communication between the SM-DP+ and the eUICC:

- Transaction ID
- Description of the keys to generate
- One-time public key for key agreement generated by SM-DP+ (otPK.DP.ECKA)
- Signature upon material (including the previously generated otPK.EUICC.ECKA, also acting as an eUICC challenge) to ensure its integrity and authenticity.

\*\*\*

On reception of this command the eUICC SHALL:

- Verify the SM-DP+ signature using the PK.DPbp.ECDSA; if the signature is invalid the command SHALL be rejected, an error SHALL be returned, Profile installation SHALL be aborted, and any contextual data associated to its Profile installation (like the SM-DP+ certificate) SHALL be discarded.
- Verify that the requested Remote operation type is one of the defined types.
- Verify that the received transaction ID matches the transaction ID of the on-going RSP session (section 5.7.5 "ES10b.PrepareDownload" function).
- Verify that Control Reference Template describing the keys to generate matches the values defined here under (Command message part).

SGP.22

*See also,* claim 1.

**Claim 30**

| Issued Claim(s) | Public Documentation |
|---|---|
| 30[pre] A network system, comprising: | The Accused Instrumentalities comprise a network system. See claims 1, 29. |
| 30[a] means for establishing, in cooperation with an end-user device communicatively coupled to the network | The Accused Instrumentalities comprise a network system comprising means for establishing, in cooperation with an end-user device communicatively coupled to the network system over a set of one or more wireless access networks, a service control link between the network system and |

| | |
|---|---|
| system over a set of one or more wireless access networks, a service control link between the network system and the end-user device, the service control link secured at least in part by at least one security protocol, the service control link for supporting control-plane communications between the network system and the end-user device, the end-user device comprising two or more device agents, the two or more device agents including a particular device agent; | the end-user device, the service control link secured at least in part by at least one security protocol, the service control link for supporting control-plane communications between the network system and the end-user device, the end-user device comprising two or more device agents, the two or more device agents including a particular device agent. See claims 1, 29. *See, e.g.*: See Firebase Cloud Messaging documentation, including firebase.google.com: https://firebase.google.com/docs/cloud-messaging/fcm-architecture |

The right cell continues:

# FCM Architectural Overview

FCM relies on the following set of components that build, transport, and receive messages:

1. Tooling to compose or build message requests. The Notifications composer provides a GUI-based option for creating notification requests. For full automation and support for all message types, you must build message requests in a trusted server environment that supports the Firebase Admin SDK or the FCM server protocol. This environment could be Cloud Functions for Firebase, App Engine, or your own app server.

2. The FCM backend, which (among other functions) accepts message requests, performs fanout of messages via topics, and generates message metadata such as the message ID.

3. A platform-level transport layer, which routes the message to the targeted device, handles message delivery, and applies platform-specific configuration where appropriate. This transport layer includes:

- Android transport layer (ATL) for Android devices with Google Play services
- Apple Push Notification service (APNs) for Apple devices
- Web push protocol for web apps

  **Note:** Platform-level transport layers are outside the core FCM product. FCM messages routed to a platform-level transport layer may be subject to terms specific to that platform rather than FCM's terms of service. Android message routing via ATL falls under the [Google APIs terms of service](.).

4. The FCM SDK on the user's device, where the notification is displayed or the message is handled according to the app's foreground/background state and any relevant application logic.

# Lifecycle flow

- **Register devices to receive messages from FCM**. An instance of a client app registers to receive messages, obtaining a registration token that uniquely identifies the app instance.
- **Send and receive downstream messages**.
  - Send a message. The app server sends messages to the client app:
    - The message is composed, either in the Notifications composer or a trusted environment, and a message request is sent to the FCM backend.
    - The FCM backend receives the message request, generates a message ID and other metadata, and sends it to the platform specific transport layer.

- When the device is online, the message is sent via the platform-specific transport layer to the device.
- On the device, the client app receives the message or notification

https://firebase.google.com/docs/cloud-messaging/concept-options

**Cloud Messaging**
- Introduction
- Concepts and best practices
  - FCM Architectural Overview
  - About FCM messages
  - Understanding message delivery
  - Send messages at scale
  - Manage FCM registration tokens
  - Get AI insights for messaging campaigns
- iOS+
- Android
- Flutter
- C++
- Unity
- Web (JavaScript)
- Server environments

# About FCM messages

Firebase Cloud Messaging (FCM) offers a broad range of messaging options and capabilities. The information in this page is intended to help you understand the different types of FCM messages and what you can do with them.

# Message types

With FCM, you can send two types of messages to clients:

- Notification messages, sometimes thought of as "display messages." These are handled by the FCM SDK automatically.
- Data messages, which are handled by the client app.

Notification messages contain a predefined set of user-visible keys. Data messages, by contrast, contain only your user-defined custom key-value pairs. Notification messages can contain an optional data payload. Maximum payload for both message types is 4096 bytes, except when sending messages from the Firebase console, which enforces a 1000 character limit.

| | Use scenario | How to send |
|---|---|---|
| Notification message | FCM SDK displays the message to end-user devices on behalf of the client app when it's running in the background. Otherwise, if the app is running in the foreground when the notification is received, the app's code determines the behavior. Notification messages have a predefined set of user-visible keys and an optional data payload of custom key-value pairs. | 1. In a trusted environment such as Cloud Functions or your app server, use the Admin SDK or the HTTP v1 API. Set the `notification` key. May have optional data payload. Always collapsible.<br><br>See some examples of display notifications and send request payloads.<br>4. Use the Notifications composer: Enter the Message Text, Title, etc., and send. Add optional data payload by providing Custom data. |

| Data message | Client app is responsible for processing data messages. Data messages have only custom key-value pairs with no reserved key names (see below). | In a trusted environment such as Cloud Functions or your app server, use the Admin SDK or the FCM Server Protocols. In the send request, Set the data key. |
|---|---|---|

Use notification messages when you want the FCM SDK to handle displaying a notification automatically when your app is running in the background. Use data messages when you want to process the messages with your own client app code.

FCM can send a notification message including an optional data payload. In such cases, FCM handles displaying the notification payload, and the client app handles the data payload.

## Notification messages

For testing or for marketing and user re-engagement, you can send notification messages using the Firebase console. The Firebase console provides analytics-based A/B testing to help you refine and improve marketing messages.

To programmatically send notification messages using the Admin SDK or the FCM protocols, set the `notification` key with the necessary predefined set of key-value options for the user-visible part of the notification message. For example, here is a JSON-formatted notification message in an IM app. The user can expect to see a message with the title "Portugal vs. Denmark" and the text "great match!" on the device:

```
{  "message":{
"token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",
"notification":{     "title":"Portugal vs. Denmark",     "body":"great
match!"    }  }}
```

Notification messages are delivered to the notification tray when the app is in the background. For apps in the foreground, messages are handled by a callback function.

See the HTTP v1 Protocol notification object reference documentation for the full list of predefined keys available for building notification messages.

## Data messages

Set the appropriate key with your custom key-value pairs to send a data payload to the client app.

Make sure that you do not use any reserved words in your custom key-value pairs. Reserved words include "from", "notification," "message_type", or any word starting with "google" or "gcm."

For example, here is a JSON-formatted message in the same IM app as above, where the information is encapsulated in the common `data` key and the client app is expected to interpret the content:

```
{  "message":{
"token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",    "data":{
"Nick" : "Mario",     "body" : "great match!",      "Room" :
"PortugalVSDenmark"    }  }}
```

The above example shows usage of the top-level, or common `data` field, which is interpreted by clients on all platforms that receive the message. On each platform, the client app receives the data payload in a callback function.

## Encryption for data messages

The Android Transport Layer (see FCM architecture) uses point-to-point encryption. Depending on your needs, you may decide to add end-to-end encryption to data messages. FCM does not provide an end-to-end solution. However, there are external solutions available such as Capillary or DTLS.

# Notification messages with optional data payload

Both programmatically or via the Firebase console, you can send notification messages that contain an optional payload of custom key-value pairs. In the Notifications composer, use the **Custom data** fields in **Advanced options**.

App behavior when receiving messages that include both notification and data payloads depends on whether the app is in the background or the foreground—essentially, whether or not it is active at the time of receipt.

- **When in the background**, apps receive the notification payload in the notification tray, and only handle the data payload when the user taps on the notification.
- **When in the foreground**, your app receives a message object with both payloads available.

Here is a JSON-formatted message containing both the `notification` key and the `data` key:

```
{  "message":{
"token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",
"notification":{      "title":"Portugal vs. Denmark",      "body":"great
match!"     },    "data" : {        "Nick" : "Mario",      "Room" :
"PortugalVSDenmark"     }  }}
```

# Customizing a message across platforms

The Firebase Admin SDK and the FCM v1 HTTP protocol both allow your message requests to set all fields available in the message object. This includes:

- a common set of fields to be interpreted by **all** app instances that receive the message.
- platform-specific sets of fields, such as `AndroidConfig` and `WebpushConfig`, interpreted only by app instances running on the specified platform.

Platform-specific blocks give you flexibility to customize messages for different platforms to ensure that they are handled correctly when received. The FCM backend will take all specified parameters into account and customize the message for each platform.

# When to use common fields

Use common fields when you're:

- Targeting app instances on **all** platforms — Apple, Android, and web
- Sending messages to topics

All app instances, regardless of platform, can interpret the following common fields:

- [message.notification.title](#)
- [message.notification.body](#)
- [message.data](#)

# When to use platform-specific fields

Use platform-specific fields when you want to:

- Send fields only to particular platforms
- Send platform-specific fields *in addition to* the common fields

Whenever you want to send values only to particular platforms, **don't** use common fields; use platform-specific fields. For example, to send a notification only to Apple platforms and web but not to Android, you must use two separate sets of fields, one for Apple and one for web.

When you are sending messages with specific [delivery options](#), use platform-specific fields to set them. You can specify different values per platform if you want. However, even when you want to set essentially the same value across platforms, you must use platform-specific fields. This is because each platform may interpret the value slightly differently—for example, time-to-

live is set on Android as an expiration time in seconds, while on Apple it is set as an expiration *date*.

# Example: notification message with platform-specific delivery options

The following v1 send request sends a common notification title and content to all platforms, but also sends some platform-specific overrides. Specifically, the request:

- sets a long time-to-live for Android and Web platforms, while setting the APNs (Apple platforms) message priority to a low setting
- sets the appropriate keys to define the result of a user tap on the notification on Android and Apple — `click_action`, and `category`, respectively.

```
{   "message":{
"token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",
"notification":{       "title":"Match update",       "body":"Arsenal goal
in added time, score is now 3-0"     },     "android":{
"ttl":"86400s",       "notification"{
"click_action":"OPEN_ACTIVITY_1"        }     },     "apns": {
"headers": {        "apns-priority": "5",        },        "payload": {
"aps": {        "category": "NEW_MESSAGE_CATEGORY"          }        }
},     "webpush":{       "headers":{           "TTL":"86400"        }      }
} }
```

See the HTTP v1 reference documentation for complete detail on the keys available in platform-specific blocks in the message body. For more information about building send requests that contain the message body, see Build Send Requests.

# Delivery options

FCM provides a specific set of delivery options for messages sent to Android devices, and allows for similar options on Apple platforms and web. For example, "collapsible" message behavior is supported on Android via FCM's `collapse_key`, on Apple via `apns-collapse-id`, and on JavaScript/Web via `Topic`. For details, see descriptions in this section and related reference documentation.

## Non-collapsible and collapsible messages

A *non-collapsible* message denotes that each individual message is delivered to the device. A non-collapsible message delivers some useful content, as opposed to a collapsible message like a content-free "ping" to the mobile app to contact the server to fetch data.

FCM does not guarantee the order of delivery.

Some typical use cases of non-collapsible messages are chat messages or critical messages. For example, in an IM app, you would want to deliver every message, because every message has different content.

For Android there is a limit of 100 messages that can be stored without collapsing. If the limit is reached, all stored messages are discarded. When the device is back online, it receives a special message indicating that the limit was reached. The app can then handle the situation properly, typically by requesting a full sync from the app server.

A *collapsible message* is a message that may be replaced by a new message if it has yet to be delivered to the device.

A common use cases of collapsible messages are messages used to tell a mobile app to sync data from the server. An example would be a sports app that updates users with the latest score. Only the most recent message is relevant.

To mark a message as collapsible on Android, include the `collapse_key` parameter in the message payload. By default, the collapse key is the app package name registered in the Firebase console. The FCM server can simultaneously store four different collapsible messages per device, each with a different collapse key. If you exceed this number, FCM only keeps four collapse keys, with no guarantees about which ones are kept.

Topic messages with no payload are collapsible by default. Notification messages are always collapsible and will ignore the `collapse_key` parameter.

## Which should I use?

Collapsible messages are a better choice from a performance standpoint, provided your app doesn't need to use non-collapsible messages. However, if you use collapsible messages, remember that FCM only allows a maximum of four different collapse keys to be used by FCM per registration token at any given time. You must not exceed this number, or it could cause unpredictable consequences.

| | Use scenario | How to send |
|---|---|---|
| Non-collapsible | Every message is important to the client app and needs to be delivered. | Except for notification messages, all messages are non-collapsible by default. |
| Collapsible | When there is a newer message that renders an older, related message irrelevant to the client app, FCM replaces the older message. For example: messages used to initiate a data sync from the server, or outdated notification messages. | Set the appropriate parameter in your message request:<br>• collapseKey on Android |

- `apns-collapse-id` on Apple
- `Topic` on Web
- `collapse_key` in legacy protocols (all platforms)

# Setting the priority of a message

You have two options for assigning delivery priority to downstream messages: normal and high priority. Though the behavior differs slightly across platforms, delivery of normal and high priority messages works like this:

- **Normal priority.** Normal priority messages are delivered immediately when the app is in the foreground. For backgrounded apps, delivery may be delayed. For less time-sensitive messages, such as notifications of new email, keeping your UI in sync, or syncing app data in the background, choose normal delivery priority.
- **High priority.** FCM attempts to deliver high priority messages immediately even if the device is in Doze mode. High priority messages are for time-sensitive, user visible content.

When sending data messages to Apple devices, the priority **must** be set to 5, or normal priority. Messages sent with high priority are rejected by the FCM backend with the error `INVALID_ARGUMENT`.

Here is an example of a normal priority message sent via the FCM HTTP v1 protocol to notify a magazine subscriber that new content is available to download:

```
{  "message":{     "topic":"subscriber-updates",     "notification":{
"body" : "This week's edition is now available.",      "title" :
"NewsMagazine.com",     },     "data" : {      "volume" : "3.21.15",
"contents" : "http://www.news-magazine.com/world-week/21659772"     },
"android":{      "priority":"normal"     },     "apns":{      "headers":{
```

```
"apns-priority":"5"      }    },    "webpush": {      "headers": {
"Urgency": "high"       }    }  }}
```

For more platform-specific detail on setting message priority:

- APNs documentation
- Set and manage message priority (Android)
- Web push message urgency

## Life critical use cases

The FCM APIs are not designed for emergency alerts or other high-risk activities where the use or failure of the APIs could result in death, personal injury, or environmental damage (such as the operation of nuclear facilities, air traffic control, or life support systems). Any such use is expressly prohibited under Section 4. a. 7 of the Terms of Service. You are solely responsible for managing your app's compliance with the Terms, and any damages resulting from your noncompliance. Google provides the APIs "as is," and reserves the right to discontinue the APIs or any portion or feature or your access thereto, for any reason and at any time, without liability or other obligation to you or your users.

## Setting the lifespan of a message

FCM usually delivers messages immediately after they are sent. However, this might not always be possible. For example, if the platform is Android, the device could be turned off, offline, or otherwise unavailable. Or FCM might intentionally delay messages to prevent an app from consuming excessive resources and negatively affecting battery life.

When this happens, FCM stores the message and delivers it as soon as it's feasible. While this is fine in most cases, there are some apps for which a late message might as well never be delivered. For example, if the message is an incoming call or video chat notification, it is meaningful only for a short period of time before the call is terminated. Or if the message is an invitation to an event, it is useless if received after the event has ended.

On Android and Web/JavaScript, you can specify the maximum lifespan of a message. The value must be a duration from 0 to 2,419,200 seconds (28 days), and it corresponds to the maximum period of time for which FCM stores and attempts to deliver the message. Requests that don't contain this field default to the maximum period of four weeks.

Here are some possible uses for this feature:

- Video chat incoming calls
- Expiring invitation events
- Calendar events

Another advantage of specifying the lifespan of a message is that FCM doesn't apply collapsible message throttling to messages with a time-to-live value of 0 seconds. FCM provides best effort handling of messages that must be delivered "now or never." Keep in mind that a `time_to_live` value of 0 means messages that can't be delivered immediately are discarded. However, because such messages are never stored, this provides the best latency for sending notification messages.

Here is an example of a request that includes TTL:

```
{  "message":{
"token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",    "data":{
"Nick" : "Mario",      "body" : "great match!",      "Room" :
"PortugalVSDenmark"    },    "apns":{     "headers":{       "apns-
expiration":"1604750400"      }    },    "android":{     "ttl":"4500s"
},    "webpush":{     "headers":{          "TTL":"4500"     }    }  }}
```

# Lifetime of a message

When an app server posts a message to FCM and receives a message ID back, it does not mean that the message was already delivered to the device. Rather, it means that it was accepted for delivery. What happens to the message after it is accepted depends on many factors.

In the best-case scenario, if the device is connected to FCM, the screen is on and there are no throttling restrictions, the message is delivered right away.

If the device is connected but in Doze, a low priority message is stored by FCM until the device is out of Doze. And that's where the `collapse_key` flag plays a role: if there is already a message with the same collapse key (and registration token) stored and waiting for delivery, the old message is discarded and the new message takes its place (that is, the old message is collapsed by the new one). However, if the collapse key is not set, both the new and old messages are stored for future delivery.

If the device is not connected to FCM, the message is stored until a connection is established (again respecting the collapse key rules). When a connection is established, FCM delivers all pending messages to the device. If the device never gets connected again (for instance, if it was factory reset), the message eventually times out and is discarded from FCM storage. The default timeout is four weeks, unless the `time_to_live` flag is set.

To get more insight into the delivery of a message:

> To get more insight into the delivery of messages on Android or Apple platforms, see the FCM reporting dashboard, which records the number of messages sent and opened on Apple and Android devices, along with data for "impressions" (notifications seen by users) for Android apps.

For Android devices with direct channel messaging enabled, if the device has not connected to FCM for more than one month, FCM still accepts the message but immediately discards it. If the device connects within four weeks of the last data message you sent to it, your client receives the onDeletedMessages() callback. The app can then handle the situation properly, typically by requesting a full sync from the app server.

Finally, when FCM attempts to deliver a message to the device and the app was uninstalled, FCM discards that message right away and invalidates the registration token. Future attempts to send a message to that device results in a `NotRegistered` error.

# Throttling and quotas

Our goal is to always deliver every message sent via FCM. However, delivering every message sometimes results in a poor overall user experience. In other cases, we need to provide boundaries to ensure that FCM provides a scalable service for all senders. The types of limits and quotas described in this section help us balance these important factors.

**Note:** The limits discussed in this section are subject to change.

## Downstream message throttling

The HTTP v1 API introduced per-project, per-minute quotas for downstream messaging. The default quota of 600k messages per minute covers over 99% of FCM developers while protecting the stability of the system and minimizing the impact of spiky projects.

Spiky traffic patterns can result in quota exceeded errors. In an over quota scenario, the system serves HTTP status code 429 (QUOTA_EXCEEDED) until the quota is refilled in the following minute. 429 responses may also be returned in overload situations, so you are strongly encouraged to handle 429s according to published recommendations.

Note that:

- The downstream quota measures messages, not requests.
- Client errors (HTTP status code 400-499) are counted (excluding 429s).
- Quotas are per-minute, but these minutes are not aligned to the clock.

## Monitoring quota

You can view quota, usage, and errors on the Google Cloud Console:

9. Go to the Google Cloud console
**10.** Select **APIs & services**
**11.** From the table list, select **Firebase Cloud Messaging API**
12. Select **QUOTA & SYSTEM LIMITS**.

NOTE: These graphs are not precisely time aligned with quota minutes, meaning 429s may be served when traffic appears to be below quota.

## Requesting a quota increase

Before requesting a quota increase, ensure that:

- Your usage is regularly ≥ 80% of quota for at least 5 consecutive minutes per day.
- You have < 5% client error ratio, especially during peak traffic.
- You adhere to the best practices for sending messages at scale.

If you meet these criteria, you can submit a quota increase request for up to +25% and FCM will make every practical effort to fulfill the request (no increase can be guaranteed).

If you need more downstream messaging quota due to an impending launch or temporary event, request your quota at least 15 days in advance to allow sufficient time to handle the request. For large requests (>18M messages per minute), at least 30 days of notice is required. Launches and special event requests are still subject to the client error ratio and best practices requirements.

See also the FAQ about FCM quotas.

# Topic message limit

The topic subscription add/remove rate is limited to 3,000 QPS per project.

For message sending rates, see Fanout Throttling.

# Fanout throttling

Message fanout is the process of sending a message to multiple devices, such as when you target topics and groups, or when you use the Notifications composer to target audiences or user segments.

Message fanout is not instantaneous and so occasionally you have multiple fanouts in progress concurrently. We limit the number of concurrent message fanouts per project to 1,000. After that, we may reject additional fanout requests or defer the fanout of the requests until some of the already in progress fanouts complete.

The actual achievable fanout rate is influenced by the number of projects requesting fanouts at the same time. A fanout rate of 10,000 QPS for an individual project is not uncommon, but that number is not a guarantee and is a result of the total load on the system. It is important to note that the available fanout capacity is divided among projects and not across fanout requests. So, if your project has two fanouts in progress, then each fanout will only see half of the available fanout rate. The recommended way to maximize your fanout speed is to only have one active fanout in progress at a time.

# Collapsible message throttling

As described above, collapsible messages are content-free notifications designed to collapse on top of each other. In the event that a developer is repeating the same message to an app too frequently, we delay (throttle) messages to reduce the impact on a user's battery.

For example, if you send large numbers of new email sync requests to a single device, we might delay the next email sync request a few minutes so that the device can sync at a lower average rate. This throttling is done strictly to limit the battery impact experienced by the user.

If your use case requires high burst send patterns, then non-collapsible messages may be the right choice. For such messages, make sure to include the content in such messages in order to reduce the battery cost.

We limit collapsible messages to a burst of 20 messages per app per device, with a refill of 1 message every 3 minutes.

## Maximum message rate to a single device

For Android, you can send up to 240 messages/minute and 5,000 messages/hour to a single device. This high threshold is meant to allow for short term bursts of traffic, such as when users are interacting rapidly over chat. This limit prevents errors in sending logic from inadvertently draining the battery on a device.

For iOS, we return an error when the rate exceeds APNs limits.

**Caution:** Do not routinely send messages near this maximum rate. This could waste end users' resources, and your app may be marked as abusive.

## FCM ports and your firewall

If your organization has a firewall to restrict traffic to or from the Internet, you need to configure it to allow mobile devices to connect with FCM in order for devices on your network to receive messages. FCM typically uses port 5228, but it sometimes uses 443, 5229, and 5230.

For devices connecting on your network, FCM doesn't provide specific IPs because our IP range changes too frequently and your firewall rules could get out of date, impacting your users' experience. Ideally, allowlist ports 5228-5230 & 443 with no IP restrictions. However, if you must have an IP restriction, you should allowlist all of the IP addresses listed in goog.json. This large list is updated regularly, and you are recommended to update your rules on a monthly basis. Problems caused by firewall IP restrictions are often intermittent and difficult to diagnose.

We do offer a set of domain names that can be allowlisted instead of IP addresses. Those hostnames are listed below. If we start using additional hostnames, we will update the list here. Using domain names for your firewall rule may or may not be functional in your firewall device.

**TCP ports to open:**

- 5228
- 5229
- 5230
- 443

**Hostnames to open:**

- mtalk.google.com
- mtalk4.google.com
- mtalk-staging.google.com
- mtalk-dev.google.com
- alt1-mtalk.google.com
- alt2-mtalk.google.com
- alt3-mtalk.google.com
- alt4-mtalk.google.com
- alt5-mtalk.google.com
- alt6-mtalk.google.com
- alt7-mtalk.google.com
- alt8-mtalk.google.com
- android.apis.google.com
- device-provisioning.googleapis.com
- firebaseinstallations.googleapis.com

**Network Address Translation and/or Stateful Packet Inspection firewalls:**

If your network implements Network Address Translation (NAT) or Stateful Packet Inspection (SPI), implement a 30 minute or larger timeout for our connections over ports 5228-5230. This

enables us to provide reliable connectivity while reducing the battery consumption of your users' mobile devices.

**Note:** If you are receiving notifications over APNs, make sure you have also opened the ports specified by Apple.

# VPN interactions and bypassability

Firebase Cloud Messaging takes various steps to ensure that the push messaging connection from the phone to the server is reliable and available as often as possible. The use of a VPN complicates this effort.

VPNs mask the underlying information that FCM needs to tune its connection to maximize reliability & battery life. In some cases VPNs actively break long lived connections resulting in a bad user experience due to missed or delayed messages or a high battery cost. When the VPN is configured to allow us to do so, we bypass the VPN using an encrypted connection (over the base network wifi or LTE) so as to ensure a reliable, battery friendly experience. FCM's usage of bypassable VPNs is specific to the FCM Push Notification channel. Other FCM traffic, such as registration traffic, uses the VPN if it is active. When the FCM connection bypasses the VPN it loses additional benefits the VPN may provide, such as IP masking.

Different VPNs will have different methods for controlling whether or not it can be bypassed. Consult the documentation for your specific VPN for instructions.

If the VPN is not configured to be bypassable then Firebase Cloud Messaging will use the VPN network in order to connect to the server. This may result in periods of time where messages are delayed and may result in more battery usage as Cloud Messaging works to maintain the connection over the VPN connection.

# Credentials

Depending on which FCM features you implement, you may need the following credentials from your Firebase project:

| | |
|---|---|
| Project ID | A unique identifier for your Firebase project, used in requests to the FCM v1 HTTP endpoint. This value is available in the Firebase console **Settings** pane. |
| Registration token | A unique token string that identifies each client app instance. The registration token is required for single device and device group messaging. Note that registration tokens must be kept secret. |
| Sender ID | A unique numerical value created when you create your Firebase project, available in the Cloud Messaging tab of the Firebase console **Settings** pane. The sender ID is used to identify each sender that can send messages to the client app. |
| Access token | A short-lived OAuth 2.0 token that authorizes requests to the HTTP v1 API. This token is associated with a service account that belongs to your Firebase project. To create and rotate access tokens, follow the steps described in Authorize Send Requests. |
| Server key (for \*\*deprecated\*\* legacy protocols) | A server key that authorizes your app server for access to Google services, including sending messages via the deprecated Firebase Cloud Messaging legacy protocols.<br><br>**Important:** Do not include the server key anywhere in your client code. Also, make sure to use only server keys to |

authorize your app server. Android, Apple platform, and browser keys are rejected by FCM.

Except as otherwise noted, the content of this page is licensed under the Creative Commons Attribution 4.0 License, and code samples are licensed under the Apache 2.0 License. For details, see the Google Developers Site Policies. Java is a registered trademark of Oracle and/or its affiliates.

Last updated 2025-05-12 UTC.Message types

- o Notification messages
- o Data messages
- o Notification messages with optional data payload
- Customizing a message across platforms
  - o When to use common fields
  - o When to use platform-specific fields
  - o Example: notification message with platform-specific delivery options
- Delivery options
  - o Non-collapsible and collapsible messages
  - o Setting the priority of a message
  - o Setting the lifespan of a message
- Lifetime of a message
- Throttling and quotas
  - o Downstream message throttling
  - o Topic message limit
  - o Fanout throttling
  - o Collapsible message throttling
  - o Maximum message rate to a single device
- FCM ports and your firewall
- VPN interactions and bypassability
- Credentials

https://firebase.google.com/docs/cloud-messaging/manage-tokens

# Basic best practices

There are some fundamental practices you should follow in any app that uses FCM APIs to build send requests programmatically. The main best practices are:

- **Retrieve registration tokens from FCM and store them on your server.** An important role for the server is to keep track of each client's token and keep an updated list of active tokens. We strongly recommend implementing a token timestamp in your code and your servers, and updating this timestamp at regular intervals.
- **Maintain token freshness and remove stale tokens.** In addition to removing tokens that FCM no longer considers valid, you may want to monitor other signs that tokens have become stale and remove them proactively. This guide discusses some of your options for achieving this.

# Retrieve and store registration tokens

On initial startup of your app, the FCM SDK generates a registration token for the client app instance. This is the token that you must include in targeted send requests from the API, or add to topic subscriptions for targeting topics.

**We strongly recommend your app retrieve this token at initial startup and save it to your app server alongside a timestamp**. This timestamp must be

implemented by your code and your servers, as it is not provided for you by FCM SDKs.

Also, it's important to save the token to the server and update the timestamp whenever it changes, such as when:

- The app is restored on a new device
- The user uninstalls or re-installs the app
- The user clears app data
- The app becomes active again after FCM has expired its existing token



**Figure 4: Example Connection Methods for Companion Devices to reach out to the SM-DP+**

SGP.21

**4.2.6    SM-DP+ – eUICC (ES8+)**

The ES8+ interface provides a secure end-to-end channel between the SM-DP+ and the eUICC for the administration of the ISD-P and the associated Profile during download and installation.

| | SGP.21; *see also* SGP.31 ("The IPA establishes a secure connection with the SM-DP+"; "The Bound Profile Package is downloaded to the eUICC through the IPA using the secure connection with SM-DP+"); SGP.01 ("The SM-SR is the only entity allowed to establish a secure and authenticated transport channel to the eUICC to manage the eUICC platform."). |
|---|---|



**Figure 10:    Common Mutual Authentication Procedure**

SGP.22

### 3.2.2    Common Mutual Authentication

This procedure is identical to Common Mutual Authentication Procedure defined in section 3.1.2 of SGP.22 [4]. It defines the mutual authentication procedure between the eUICC and the RSP Server.

SGP.32

LPA functions are provided by the Device.



**Figure 10: LPA in the Device**

SGP.21

### 2.4.1   eUICC Overview

This section describes the internal high-level architecture of the eUICC. It should be noted that the eUICC architecture is very similar to that used in the GSMA Remote SIM Provisioning of Embedded UICC Technical specification [2]. Operator Profiles are stored inside Security Domains within the eUICC and are implemented using GlobalPlatform standards. These ensure that it is impossible for any Profile to access the applications or data of any other Profile stored on the eUICC. The same mechanism is currently in use within SIM cards to ensure payment applications are kept secure.



**Figure 3: Schematic Representation of the eUICC**

SGP.22

For example, the network system is configured to communicate with a device agent, literally or under the doctrine of equivalents. The end-user devices comprise one or more device agents, e.g. software in the device. The network system is configured to communicate with device agent software and performs substantially the same function of the claim element in substantially the same way to achieve substantially the same result of the claimed invention.

*See also,* claim 1.

| 30[b] means for receiving a server message from a particular server of a plurality of servers communicatively | The Accused Instrumentalities comprise a network system comprising means for receiving a server message from a particular server of a plurality of servers communicatively coupled to the |
| --- | --- |

coupled to the network system, the server message comprising a message payload, at least a portion of the message payload for delivery to the end-user device;

network system, the server message comprising a message payload, at least a portion of the message payload for delivery to the end-user device.  See claims 1, 29.

*See e.g.*:



**Figure 38: Trusted Link with LPA in the Device**

SGP.22



**Figure 1: Remote SIM Provisioning System Architecture**

SGP.22 ("The ES2+ interface is used by the Operator to order the Profile Package preparation for specific eUICC(s) and the delivery of the Profile Package from the SM-DP+")



**Figure 9: Profile Download Initiation**

SGP.22

| 30[c] means for generating an encrypted message comprising the at least a portion of the message payload and an identifier identifying the particular device agent, the identifier configured to assist in delivering the at least a portion of the message payload to the particular device agent, the identifier distinguishing the particular device agent from all other device agents of the two or more device agents; and | The Accused Instrumentalities comprise a network system comprising means for generating an encrypted message comprising the at least a portion of the message payload and an identifier identifying the particular device agent, the identifier configured to assist in delivering the at least a portion of the message payload to the particular device agent, the identifier distinguishing the particular device agent from all other device agents of the two or more device agents. See claims 1, 29. |



**Figure 1: Remote SIM Provisioning System Architecture**



**Figure 36: Certificate Exchange with LPA in the Device**

SGP.22

**Figure 4: Profile Package stage Description**

SGP.22

### 2.5.2    Unprotected Profile Package

The Unprotected Profile Package (UPP) is generated by the SM-DP+, within the Profile Package Generation function. The Profile Package Generation takes as input the profile specification established with the Operator and input data provided by the Operator. The processes of profile specification and input data acquisition are out of scope of this specification.

The Unprotected Profile Package consists of a sequence of Profile Element (PE) TLVs according to the SIMalliance specification [5].

SGP.22

### 2.5.4    Bound Profile Package

The Bound Profile Package (BPP) is generated by the SM-DP+, within the Profile Package Binding function. The purpose of this operation is to link a Protected Profile Package to a particular eUICC. This is done within a key agreement between the eUICC and the SM-DP+. See download and installation procedure (section 3.1.3).

The BPP comprises a sequence of TLV commands (in this order):

- TLV command for Key agreement in clear.
- Set of SCP03t payload TLVs (tag '87') containing TLV commands for ConfigureISDP
- Set of SCP03t payload TLVs (tag '88') containing TLV command for StoreMetadata
- Set of optional SCP03t payload TLVs (tag '87') containing TLV command for 'Profile Protection Keys'
- Followed by the SCP03t payload TLVs (tag '86') of the PPP

SGP.22

| | |
|---|---|
| | **4.4   Profile Metadata**<br><br>During the Profile download and installation procedure, Profile Metadata needs to be provided to the LPAd for display and to the eUICC. Profile Metadata is generated by the SM-DP+ in plain text to be readable by the LPA. Profile Metadata is also contained protected in BPP to be loaded into the eUICC, so that the LPA will be able to access the same information any time after the Profile has been successfully loaded into the eUICC, using the "ES10c.GetProfilesInfo" function.<br><br>Profile Metadata values, like any other Profile data, are under the responsibility of, and defined by, the Profile owner. Profile Metadata is communicated to the SM-DP+ by means which are out of scope of this specification.<br><br>Profile Metadata includes:<br><br>• ICCID of the Profile<br>• Profile Name (corresponds to "Short description" in SGP.21 [4]) as a plain text information: content free information defined by the Operator/Service Provider<br>• Operator/Service Provider name, as a plain text information: content free information defined by the Service Provider (e.g. 'Orange', 'AT&T'…)<br>• End User's Profile Nickname<br>• Icon<br><br>SGP.22 |
| 30[d] means for sending the encrypted message to the end-user device over the service control link, | The Accused Instrumentalities comprise a network system comprising means for sending the encrypted message to the end-user device over the service control link. See claims 1, 29.<br><br>*See, e.g.*: |



**Figure 13: Sub-procedure Profile Download and Installation – Download Confirmation**

SGP.22



**Figure 10   Indirect Profile Download and Installation**

| | SGP.32 |
|---|---|
| 30[e] wherein establishing the service control link between the network system and the end-user device comprises executing a link initialization sequence, the link initialization sequence associating the service control link with a credential associated with the end-user device. | The Accused Instrumentalities comprise a network system comprising wherein establishing the service control link between the network system and the end-user device comprises executing a link initialization sequence, the link initialization sequence associating the service control link with a credential associated with the end-user device. See claims 1, 29.<br><br>*See, e.g.*:<br><br><br><br>**Figure 36: Certificate Exchange with LPA in the Device**<br><br>SGP.22 |

**5.5.1    Function: InitialiseSecureChannel**

**Related Procedures:** Profile Download and Installation

**Function Provider Entity:** ISD-R

**Description:**

This function is used by the SM-DP+ to open a new RSP session with the target eUICC. The function carries the identifier of the remote operation type to be performed by the eUICC (e.g. installation of a new Bound Profile Package) and the necessary material for key agreement with Perfect Forward Secrecy (PFS), allowing a secure end-to-end communication between the SM-DP+ and the eUICC:

- Transaction ID
- Description of the keys to generate
- One-time public key for key agreement generated by SM-DP+ (otPK.DP.ECKA)
- Signature upon material (including the previously generated otPK.EUICC.ECKA, also acting as an eUICC challenge) to ensure its integrity and authenticity.

\*\*\*

On reception of this command the eUICC SHALL:

- Verify the SM-DP+ signature using the PK.DPbp.ECDSA; if the signature is invalid the command SHALL be rejected, an error SHALL be returned, Profile installation SHALL be aborted, and any contextual data associated to its Profile installation (like the SM-DP+ certificate) SHALL be discarded.
- Verify that the requested Remote operation type is one of the defined types.
- Verify that the received transaction ID matches the transaction ID of the on-going RSP session (section 5.7.5 "ES10b.PrepareDownload" function).
- Verify that Control Reference Template describing the keys to generate matches the values defined here under (Command message part).

SGP.22