# EXHIBIT D

## Exhibit C - U.S. Patent No. 9,973,930 ("'930 Patent")

Accused Instrumentalities: Google's cellular networks, servers, and services made, used, offered for sale, sold, and/or imported by Google in the United States and/or eSIM enabled devices (including Google mobile phones, tablets, wearables, laptops, IoT devices, M2M devices, and vehicle infotainment systems). On information and belief, these devices comply with the relevant sections of the GSMA eSIM standards—SGP.21/SGP.22 (Consumer), SGP.31/SGP.32 (IoT), SGP.01/SGP.02 (M2M)—including those discussed below. *See, e.g.*, https://gsm2go.com/esim-phones ("The following devices support GSMA eSIM service and can make use of regular eSIM activation codes," listing Android devices including Google Pixel among other devices.). Citation to disclosures in one standard (e.g., SGP.21/SGP.22) includes corresponding disclosures in other standards (e.g., SGP.31/SGP.32).

| Issued Claim(s) | Public Documentation |
|---|---|
| 1[pre] A wireless end-user device comprising: | To the extent the preamble is found to be limiting, the Accused Instrumentalities are wireless end-user devices that include elements 1[a]-[c] as discussed below. For example, the Google Pixel 9 is a "wireless end-user device."  |

| | |
|---|---|
| 1[a] one or more wireless modems to communicate Internet data with at least a first wireless access network; | The Accused Instrumentalities comprise one or more wireless modems to communicate Internet data with at least a first wireless access network.<br><br>*See, e.g.*, https://store.google.com/product/pixel_9_specs?hl=en-US; https://store.google.com/intl/en_in/ideas/articles/set-up-your-sim-on-pixel-phones/:<br><br>## How to activate your eSIM.<br><br>Sorting out an eSIM is equally easy. There's no actual card, so the whole process is completed entirely online. All you need is an internet connection, your Pixel IMEI number (which identifies your device) and EID number (which is the identification number for your eSIM). You can find them by:<br><br>• Heading to the Settings app on your phone.<br><br>• Tap Device Information for your IMEI.<br><br>• Go back, then hit SIM status, and there's your EID. |

## Connectivity and Location

Wi-Fi 7 (802.11be) with 2.4GHz+5GHz+6GHz, 2x2+2x2 MIMO

Bluetooth® v5.3 with dual antennas for enhanced quality and connection

NFC

Google Cast

Dual Band GNSS
GPS, GLONASS, Galileo

## Network [41]

5G mmWave + Sub 6GHz Model G2YBB [42]

GSM/EDGE: Quad-band (850, 900, 1800, 1900 MHz)

UMTS/HSPA+/HSDPA: Bands 1,2,4,5,6,8,19

LTE: Bands B1/2/3/4/5/7/8/12/13/14/17/18/19/20/25/26/28/29/30/38/40/41/48/66/71

5G Sub-6 : Bands n1/2/3/5/7/8/12/14/20/25/26/28/29/30/38/40/41/48/66/70/71/77/78 [43]

5G mmWave : Bands n258/260/261 [44]

eSIM

| | |
|---|---|
| 1[b] a non-transitory memory to store service policy data comprising first application credential information, associated respectively with a first device application, and first device agent instructions, associated respectively with the first application credential information; and | The Accused Instrumentalities comprise a non-transitory memory to store service policy data comprising first application credential information, associated respectively with a first device application, and first device agent instructions, associated respectively with the first application credential information.<br><br>As a first non-limiting example, the Accused Instrumentalities store first application credential information associated with a first device application and first device agent instructions associated with the first application credential information, including, as a non-limiting example, an eSIM credential associated with a first device application and first device agent instructions associated with an eSIM credential.<br><br>*See, e.g.*, https://store.google.com/us/product/pixel_10_pro_specs?hl=en-US:<br><br>**Memory and storage**<br><br>16 GB RAM                 16 GB RAM<br>128 GB[10]              —<br>256 GB[11]             256 GB[11]<br>512 GB with Zoned UFS[12]  512 GB with Zoned UFS[12]<br>1 TB with Zoned UFS[13]    1 TB with Zoned UFS[13]<br><br>https://www.gsma.com/esim/wp-content/uploads/2022/10/SGP.22-v3.0-1.pdf: |



Figure 8a:    Common Mutual Authentication Procedure



**Figure 8b: Common Cancel Session Procedure**



**Figure 11: Profile Download and Installation**



**Figure 14: Sub-procedure Profile Installation**



**Figure 16: Enable Profile**



**Figure 17: Disable Profile**



**Figure 20: Add Profile**

## 3.7   Remote Profile Management

The Operator initiates Remote Profile Management (RPM) procedure using the ES2+ interface.

RPM is executed by a Managing SM-DP+. A Profile MAY be configured to allow RPM by several Managing SM-DP+s. This specification assumes that a Managing SM-DP+ that prepares an RPM Package has full knowledge of the state of a Profile. How this state is synchronised among multiple Managing SM-DP+s, or procedures where a Managing SM-DP+ does not have full knowledge of the state of a Profile are out of the scope of this specification.

The LPA downloads an RPM Package using the ES9+ interface as described in section 3.7.2. An RPM Package MAY contain one or more RPM Commands.

Each RPM Command SHALL require Confirmation Request enforced by the LPA as described in section 3.7.2. The specific implementation of Confirmation Request by the LPA is out of scope of this specification.

Confirmation Request on multiple RPM Commands for consecutive operations MAY be combined to simplify the user experience and avoid repeated input steps for the End User. For instance, when executing two RPM Commands in an RPM Package, the Strong Confirmation for the first RPM Command and the Simple Confirmation for the second RPM Command MAY be combined. In the case of combined Confirmation Requests, it SHALL be clear to the End User what RPM Commands will be executed, and the highest Confirmation Level SHALL be obtained.

If End User accepts the execution of the RPM Package, the LPA transfers the RPM Package to the eUICC as described in section 3.7.3. The eUICC executes the RPM Command(s) contained in the RPM Package in the received order and generates the Load RPM Package Result specified in section 2.10.2.

Upon completing the execution of an RPM Package, the Operator receives the Load RPM Package Result. Based upon the outcome, the Operator can choose to initiate additional RPM operations. For instance, if a 'Contact PCMP' command resulted in a noLprConfiguration error, the Operator could request a new RPM Package containing both an 'Update Metadata' command with pcmpAddress and a 'Contact PCMP' command.

### 3.7.1   RPM Initiation

This procedure is used by Operator to issue an RPM Command(s).



**Figure 29a: RPM Initiation**

**Start Condition:**

- The target eUICC has already installed a Profile from the Operator.
- The SM-DP+ is a Managing SM-DP+ of the target Profile.

### 3.7.2    RPM Download

This procedure is used by LPA to download an RPM Package and to get End User consent on RPM Execution.

The procedure applies for SEP and MEP. The following applies for Command Port:

|  | **Command Port** |
|---|---|
| MEP-A1/A2 | 0 |
| MEP-B | >=0 |
| SEP | Physical interface |

All communication between the LPA and the eUICC in the RPM Download procedure SHALL use the Command Port.

### 3.7.3  RPM Execution

This procedure is used by LPA to transfer RPM Package to eUICC. The eUICC sequentially executes the RPM Command(s) contained in the RPM Package.

The procedure applies for SEP and MEP. The following applies for Command Port and Target Port:

|  | **Command Port** | **Target Port** |
|---|---|---|
| MEP-A1/A2 | 0 | >0 |
| MEP-B | As selected in the RPM Download procedure | >=0, identical to or different from Command Port |
| SEP | Physical interface | Physical interface |

The Target Port is selected in the procedure depending on the presence of Disable or Enable commands.

### 3.8  Remote Management by the Operator

### 3.8.1  Metadata Update via ES6

This procedure is used by the Profile Owner to update Metadata of an enabled Profile.



**Figure 29j: Metadata Update**

### 3.9 Profile Content Management

This procedure applies when a PCM session is triggered.



**Figure 29I: Profile Content Management**

### 3.11  Device Change and Profile Recovery

#### 3.11.1  Device Change

This procedure will allow the End User having a Profile in the old Device to add a Profile related to the same Subscription in the new Device. This procedure can further enable the downloaded Profile upon End User consent, which consequently MAY disable a currently Enabled Profile of the new Device (if any). Network connectivity is assumed.

### 3.1.6 Profile Lifecycle at SM-DP+

The previous sections provide detailed procedures associated with Remote Provisioning. Each Profile has state information on the SM-DP+ associated with it during the provisioning into an eUICC. The Profile lifecycle state can be one of the states listed in the following table.

Additional states and additional or customised ES2+ functions MAY be agreed between the Operator and the SM-DP+.

| State Name | Description |
|---|---|
| Available | The Profile is available in the inventory of the SM-DP+. |
| Allocated | The Profile is reserved for downloading without being linked to an EID. |
| Linked | The Profile is reserved for downloading and is linked to an EID. |
| Confirmed | The Profile is reserved for downloading (linked or not linked to an EID) with Matching ID and Confirmation Code if required. |
| Released | The Profile is ready for download and installation after Network Configuration by the Operator (e.g.: HLR Registration). |
| Downloaded | The Bound Profile was delivered to the LPA. |
| Installed | The Profile was successfully installed on the eUICC. |
| Error | The Profile has not been installed because of one of the following error cases:<br>- Confirmation Code Retry Limit exceeded<br>- Download Retry Limit exceeded<br>- End User Rejection<br>- Permanent error during download and installation |
| Unavailable | The Profile cannot be reused anymore by the SM-DP+. |

**Table 6b: Profile State in the SM-DP+**

### 2.4.4    ISD-P

The ISD-P is the on-card representative of the SM-DP+ and is a secure container (Security Domain) for the hosting of a Profile. The ISD-P is used for the Profile download and installation in collaboration with the Profile Package Interpreter for the decoding/interpretation of the received Profile Package.

An ISD-P hosts a unique Profile.

No component outside the ISD-P SHALL have visibility or access to any Profile Component with the exception of the ISD-R, which SHALL have access to Profile Metadata.

A Profile Component SHALL NOT have any visibility of, or access to, components outside its ISD-P. An ISD-P SHALL NOT have any visibility of, or access to, any other ISD-P.

Deletion of a Profile SHALL remove the containing ISD-P and all Profile Components of the Profile.

### 4.3 eUICC Information

The eUICC information comprises EUICCInfo1 and EUICCInfo2. EUICCInfo1 is a subset of EUICCInfo2, designed to be sent to an RSP Server before it is authenticated. EUICCInfo2 contains the full eUICC information and is disclosed to an RSP Server only after it is authenticated.

The eUICC information SHALL be generated by the eUICC and MAY be requested by the LPA at any point in time.

The eUICC information includes:

- Profile Package Versions
- Specification Version Numbers
- Firmware version
- Available amount of non-volatile memory
- UICC capabilities
- ETSI TS 102 241 version
- GlobalPlatform version
- RSP capabilities
- Lists of supported eSIM CA RootCA Public Key Identifiers
- eUICC Category
- Forbidden PPRs
- Protection Profile version
- SAS Accreditation Number
- Certification Data Object
- TRE properties
- TRE product reference
- LPA Mode
- EUM specific information

### 2.9.3    Profile Policy Enabler

The Profile Policy Enabler on the eUICC has two functions:

- Verification that a Profile containing PPRs is authorised by the RAT.
- Enforcement of the PPRs of a Profile.

### 2.9    Profile Policy Management

Profile Policy Management provides mechanisms by which Profile Owners can enforce the conditions of use under which services are provided.

Profile Policy Management comprises three main elements:

- Profile Policy Rules (PPR)
- Rules Authorisation Table (RAT)
- Profile Policy Enabler (PPE)

More details are provided in the next sub sections.

### 2.9.1    Profile Policy Rules

The Profile Policy Rules (PPRs) are defined by the Profile Owners and set by the SM-DP+ in the Profile Metadata. They are also accessible by the LPA for verification or display to the End User.

LPA functions are provided by the Device.



**Figure 10: LPA in the Device**

SGP.21

### 2.4.1   eUICC Overview

This section describes the internal high-level architecture of the eUICC. It should be noted that the eUICC architecture is very similar to that used in the GSMA Remote SIM Provisioning of Embedded UICC Technical specification [2]. Operator Profiles are stored inside Security Domains within the eUICC and are implemented using GlobalPlatform standards. These ensure that it is impossible for any Profile to access the applications or data of any other Profile stored on the eUICC. The same mechanism is currently in use within SIM cards to ensure payment applications are kept secure.



**Figure 3: Schematic Representation of the eUICC**

SGP.22



**Figure 10:     Common Mutual Authentication Procedure**

SGP.22



**Figure 2: eSIM IoT Functional Architecture (IPA in the eUICC)**

SGP.31

### 3.2.2    Common Mutual Authentication

This procedure is identical to Common Mutual Authentication Procedure defined in section 3.1.2 of SGP.22 [4]. It defines the mutual authentication procedure between the eUICC and the RSP Server.

SGP.32

| EUICC7 | The behaviour of a NAA USIM or ISIM within a Profile on an eUICC SHALL be identical to a removable UICC NAAs USIM or ISIM. |
| --- | --- |
| | Note: No changes to existing 3GPP/3GPP2 USIM, CSIM and ISIM specifications are expected. |

SGP.21; *see also* SGP.31 ("All Profile principles in SGP.21 apply for this specification."); 3GPP TS 31.102, 3GPP TS 31.103

| Network Access Application | An application residing on a UICC which provides authorisation to access a network for example a USIM application. |
| --- | --- |

SGP.01

*See also, e.g*, https://store.google.com/product/pixel_9_specs?hl=en-US;
https://store.google.com/intl/en_in/ideas/articles/set-up-your-sim-on-pixel-phones/:

### How to activate your eSIM.

Sorting out an eSIM is equally easy. There's no actual card, so the whole process is completed entirely online. All you need is an internet connection, your Pixel IMEI number (which identifies your device) and EID number (which is the identification number for your eSIM). You can find them by:

- Heading to the Settings app on your phone.

- Tap Device Information for your IMEI.

- Go back, then hit SIM status, and there's your EID.

*See also* https://source.android.com/docs/core/connect/esim-euicc-api;
https://source.android.com/docs/core/connect/esim-error-handling;
https://source.android.com/docs/core/connect/esim-mep;
https://source.android.com/docs/core/connect/esim-overview:

# Implement eSIM 🔖▾

Embedded SIM (eSIM, or eUICC) technology allows mobile users to download a carrier profile and activate a carrier's service without having a physical SIM card. It's a global specification driven by the GSMA that enables remote SIM provisioning (RSP) of any mobile device. Starting with Android 9, the Android framework provides standard APIs for accessing eSIM and managing subscription profiles on the eSIM. These *eUICC APIs* enable third parties to develop their own carrier apps and local profile assistants (LPAs) on eSIM-enabled Android devices.

The LPA is a standalone, system app that should be included in the Android build image. Management of the profiles on the eSIM is generally done by the LPA, as it serves as a bridge between the SM-DP+ (remote service that prepares, stores, and delivers profile packages to devices) and the eUICC chip. The LPA APK can optionally include a UI component, called the LPA UI or LUI, to provide a central place for the end user to manage all embedded subscription profiles. The Android framework automatically discovers and connects to the best available LPA, and routes all the eUICC operations through an LPA instance.



**Figure 1.** Simplified RSP architecture

As a second non-limiting example, the Accused Instrumentalities store first application credential information associated with a first device application and first device agent instructions associated with the first application credential information, including, as a non-limiting example, information relating to a push messaging credential associated with a first device application and first device agent instructions associated with push messaging, such as, e.g., a token or other Google Firebase Cloud Messaging credential (e.g., registration credential), or, e.g., a token or other Apple Push Notification Service (APNs) credential.

| | |
|---|---|
| 1[c] one or more device agents configured to receive the first application credential information and at least a portion of the first device agent instructions from a network element reachable via one or more of the wireless modems, communicate with a network element reachable via one or more of the wireless modems to perform an application credential check for the first device application, and based on the application credential check indicating a correct correspondence between the first device application and the first application credential information, apply the at least a portion of the first device agent instructions to an attempted or actual use of the first wireless access network for Internet data communication by the first device application. | The Accused Instrumentalities comprise one or more device agents configured to receive the first application credential information and at least a portion of the first device agent instructions from a network element reachable via one or more of the wireless modems, communicate with a network element reachable via one or more of the wireless modems to perform an application credential check for the first device application, and based on the application credential check indicating a correct correspondence between the first device application and the first application credential information, apply the at least a portion of the first device agent instructions to an attempted or actual use of the first wireless access network for Internet data communication by the first device application.<br><br>As a first non-limiting example, each Accused Instrumentality comprises a device agent (e.g., software on the device) configured to receive the eSIM credential and at least a portion of the first device agent instructions from a network element (e.g., a network system used for eSIM and/or device activation or provisioning) to perform an application credential check for the first device application, and based on the check indicating correct correspondence, apply a portion of the instructions to allow an attempted or actual use of the network by the first device application. *See, e.g.*: |

### 2.4.1    eUICC Overview

This section describes the internal high-level architecture of the eUICC. It should be noted that the eUICC architecture is very similar to that used in the GSMA Remote SIM Provisioning of Embedded UICC Technical specification [2]. Operator Profiles are stored inside Security Domains within the eUICC and are implemented using GlobalPlatform standards. These ensure that it is impossible for any Profile to access the applications or data of any other Profile stored on the eUICC. The same mechanism is currently in use within SIM cards to ensure payment applications are kept secure.



**Figure 3: Schematic Representation of the eUICC**

SGP.22



**Figure 10:     Common Mutual Authentication Procedure**

SGP.22



**Figure 13: Sub-procedure Profile Download and Installation – Download Confirmation**

SGP.22



**Figure 2: eSIM IoT Functional Architecture (IPA in the eUICC)**

SGP.31

### 3.2.2 Common Mutual Authentication

This procedure is identical to Common Mutual Authentication Procedure defined in section 3.1.2 of SGP.22 [4]. It defines the mutual authentication procedure between the eUICC and the RSP Server.

SGP.32



**Figure 10   Indirect Profile Download and Installation**

SGP.32

| EUICC7 | The behaviour of a NAA USIM or ISIM within a Profile on an eUICC SHALL be identical to a removable UICC NAAs USIM or ISIM.<br>Note: No changes to existing 3GPP/3GPP2 USIM, CSIM and ISIM specifications are expected. |
|---|---|

SGP.21; *see also* SGP.31 ("All Profile principles in SGP.21 apply for this specification."); 3GPP TS 31.102, 3GPP TS 31.103

| Network Access Application | An application residing on a UICC which provides authorisation to access a network for example a USIM application. |
|---|---|

SGP.01

*See also, e.g.*, https://store.google.com/product/pixel_9_specs?hl=en-US; https://store.google.com/intl/en_in/ideas/articles/set-up-your-sim-on-pixel-phones/:

## How to activate your eSIM.

Sorting out an eSIM is equally easy. There's no actual card, so the whole process is completed entirely online. All you need is an internet connection, your Pixel IMEI number (which identifies your device) and EID number (which is the identification number for your eSIM). You can find them by:

- Heading to the Settings app on your phone.

- Tap Device Information for your IMEI.

- Go back, then hit SIM status, and there's your EID.

As a second non-limiting example, each Accused Instrumentality comprises a device agent (e.g., software on the device, e.g., FCM client, APNs client) configured to receive the push credential information (e.g., FCM client receives information associated with FCM registration for an application, or APNs client receives information associated with APNs registration for an application) and at least a portion of the first device agent instructions from a network element (e.g., a network system used for push messaging) to perform an application credential check for the first device application, and based on the check indicating correct correspondence, apply a portion of the instructions to allow an attempted or actual use of the network by the first device application in connection with push messaging. For example, a push system has features that check that an application registered to receive push messages on an end-user device is still authorized for attempted or actual use of the network by a device application in connection with push messaging.

The Accused Instrumentalities are configured with device agent software to support push messaging from a push messaging system by Google or Google Cloud systems (e.g., Google's Firebase Cloud Messaging system) for Android devices. For example, Google sends push messages for network service control, activation, plans, settings, eSIM, or e.g. Google-branded applications, services, or user engagement. The connection to the push system supports information such as heartbeats, keepalives, ack/nack or message acknowledgements, login request/response, status changes, registration messages, or related information. For example, a device agent is a piece of software on the end-user device that performs certain functions for other software. A device agent is not mutually exclusive with an end-user application and an end-user application can comprise a device agent.

https://firebase.google.com/docs/cloud-messaging/manage-tokens

# Best practices for FCM registration token management
## bookmark_border

If you use FCM APIs to build send requests programmatically, you may find that, over time, you are wasting resources by sending messages to inactive devices with stale registration tokens. This situation can affect the message delivery data reported in the Firebase console or data exported to BigQuery, showing up as a dramatic (but not actually valid) drop in delivery rates. This guide discusses some measures you can take to help ensure efficient message targeting and valid delivery reporting.

Stale and expired registration tokens

Stale registration tokens are tokens associated with inactive devices that have not connected to FCMfor over a month. As time passes, it becomes less and less likely for the device to ever connect to FCM again. Message sends and topic fanouts for these stale tokens are unlikely to ever be delivered.

There are several reasons why a token can become stale. For example, the device the token is associated with may be lost, destroyed, or put into storage and forgotten.

When stale tokens reach 270 days of inactivity, FCM will consider them **expired tokens**. Once a token expires, FCM marks it as invalid and rejects sends to it. However, FCM issues a new token for the app instance in the rare case that the device connects again and the app is opened.

Basic best practices

There are some fundamental practices you should follow in any app that uses FCM APIs to build send requests programmatically. The main best practices are:

- **Retrieve registration tokens from FCM and store them on your server.** An important role for the server is to keep track of each client's token and keep an updated list of active tokens. We strongly recommend implementing a token timestamp in your code and your servers, and updating this timestamp at regular intervals.
- **Maintain token freshness and remove stale tokens.** In addition to removing tokens that FCM no longer considers valid, you may want to monitor other signs that tokens have become stale and remove them proactively. This guide discusses some of your options for achieving this.

Retrieve and store registration tokens

On initial startup of your app, the FCM SDK generates a registration token for the client app instance. This is the token that you must include in targeted send requests from the API, or add to topic subscriptions for targeting topics.

**We strongly recommend your app retrieve this token at initial startup and save it to your app server alongside a timestamp**. This timestamp must be implemented by your code and your servers, as it is not provided for you by FCM SDKs.

Also, it's important to save the token to the server and update the timestamp whenever it changes, such as when:

- The app is restored on a new device
- The user uninstalls or re-installs the app
- The user clears app data
- The app becomes active again after FCM has expired its existing token

## Maintain token freshness and remove stale tokens

Determining whether a token is fresh or stale is not always straightforward. To cover all cases, you should adopt a threshold for when you consider tokens stale. By default, FCM considers a token to be stale if its app instance hasn't connected for a month. Any token older than one month is likely to be an inactive device; an active device would have otherwise refreshed its token.

Depending on your use case, one month may be too short or too long, so it is up to you to determine the criteria that works for you.

https://firebase.google.com/docs/cloud-messaging/fcm-architecture

# FCM Architectural Overview

FCM relies on the following set of components that build, transport, and receive messages:

1. Tooling to compose or build message requests. The Notifications composer provides a GUI-based option for creating notification requests. For full

automation and support for all message types, you must build message requests in a trusted server environment that supports the Firebase Admin SDK or the FCM server protocol. This environment could be Cloud Functions for Firebase, App Engine, or your own app server.

2. The FCM backend, which (among other functions) accepts message requests, performs fanout of messages via topics, and generates message metadata such as the message ID.

3. A platform-level transport layer, which routes the message to the targeted device, handles message delivery, and applies platform-specific configuration where appropriate. This transport layer includes:

    - Android transport layer (ATL) for Android devices with Google Play services
    - Apple Push Notification service (APNs) for Apple devices
- Web push protocol for web apps

    **Note:** Platform-level transport layers are outside the core FCM product. FCM messages routed to a platform-level transport layer may be subject to terms specific to that platform rather than FCM's terms of service. Android message routing via ATL falls under the Google APIs terms of service.

4. The FCM SDK on the user's device, where the notification is displayed or the message is handled according to the app's foreground/background state and any relevant application logic.

# Lifecycle flow

- **Register devices to receive messages from FCM**. An instance of a client app registers to receive messages, obtaining a registration token that uniquely identifies the app instance.
- **Send and receive downstream messages**.
  - Send a message. The app server sends messages to the client app:
    - The message is composed, either in the Notifications composer or a trusted environment, and a message request is sent to the FCM backend.
    - The FCM backend receives the message request, generates a message ID and other metadata, and sends it to the platform specific transport layer.
    - When the device is online, the message is sent via the platform-specific transport layer to the device.
    - On the device, the client app receives the message or notification.

https://firebase.google.com/docs/cloud-messaging/concept-options

**Cloud Messaging**
- Introduction
- Concepts and best practices
- FCM Architectural Overview

- About FCM messages
- Understanding message delivery
- Send messages at scale
- Manage FCM registration tokens
- Get AI insights for messaging campaigns
- iOS+
- Android
- Flutter
- C++
- Unity
- Web (JavaScript)
- Server environments

# About FCM messages

Firebase Cloud Messaging (FCM) offers a broad range of messaging options and capabilities. The information in this page is intended to help you understand the different types of FCM messages and what you can do with them.

# Message types

With FCM, you can send two types of messages to clients:

- Notification messages, sometimes thought of as "display messages." These are handled by the FCM SDK automatically.
- Data messages, which are handled by the client app.

Notification messages contain a predefined set of user-visible keys. Data messages, by contrast, contain only your user-defined custom key-value pairs. Notification messages can contain an

optional data payload. Maximum payload for both message types is 4096 bytes, except when sending messages from the Firebase console, which enforces a 1000 character limit.

| | Use scenario | How to send |
|---|---|---|
| Notification message | FCM SDK displays the message to end-user devices on behalf of the client app when it's running in the background. Otherwise, if the app is running in the foreground when the notification is received, the app's code determines the behavior. Notification messages have a predefined set of user-visible keys and an optional data payload of custom key-value pairs. | 1. In a trusted environment such as Cloud Functions or your app server, use the Admin SDK or the HTTP v1 API. Set the notification key. May have optional data payload. Always collapsible.<br><br>See some examples of display notifications and send request payloads.<br>2. Use the Notifications composer: Enter the Message Text, Title, etc., and send. Add optional data payload by providing Custom data. |
| Data message | Client app is responsible for processing data messages. Data messages have only custom key-value pairs with no reserved key names (see below). | In a trusted environment such as Cloud Functions or your app server, use the Admin SDK or the FCM Server Protocols. In the send request, Set the data key. |

Use notification messages when you want the FCM SDK to handle displaying a notification automatically when your app is running in the background. Use data messages when you want to process the messages with your own client app code.

FCM can send a notification message including an optional data payload. In such cases, FCM handles displaying the notification payload, and the client app handles the data payload.

# Notification messages

For testing or for marketing and user re-engagement, you can send notification messages using the Firebase console. The Firebase console provides analytics-based A/B testing to help you refine and improve marketing messages.

To programmatically send notification messages using the Admin SDK or the FCM protocols, set the `notification` key with the necessary predefined set of key-value options for the user-visible part of the notification message. For example, here is a JSON-formatted notification message in an IM app. The user can expect to see a message with the title "Portugal vs. Denmark" and the text "great match!" on the device:

```
{  "message":{
"token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",
"notification":{     "title":"Portugal vs. Denmark",     "body":"great
match!"    }  }}
```

Notification messages are delivered to the notification tray when the app is in the background. For apps in the foreground, messages are handled by a callback function.

See the HTTP v1 Protocol notification object reference documentation for the full list of predefined keys available for building notification messages.

# Data messages

Set the appropriate key with your custom key-value pairs to send a data payload to the client app.

Make sure that you do not use any reserved words in your custom key-value pairs. Reserved words include "from", "notification," "message_type", or any word starting with "google" or "gcm."

For example, here is a JSON-formatted message in the same IM app as above, where the information is encapsulated in the common `data` key and the client app is expected to interpret the content:

```
{  "message":{
"token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",    "data":{
"Nick" : "Mario",      "body" : "great match!",        "Room" :
"PortugalVSDenmark"    }  }}
```

The above example shows usage of the top-level, or common `data` field, which is interpreted by clients on all platforms that receive the message. On each platform, the client app receives the data payload in a callback function.

### Encryption for data messages

The Android Transport Layer (see FCM architecture) uses point-to-point encryption. Depending on your needs, you may decide to add end-to-end encryption to data messages. FCM does not provide an end-to-end solution. However, there are external solutions available such as Capillary or DTLS.

## Notification messages with optional data payload

Both programmatically or via the Firebase console, you can send notification messages that contain an optional payload of custom key-value pairs. In the Notifications composer, use the **Custom data** fields in **Advanced options**.

App behavior when receiving messages that include both notification and data payloads depends on whether the app is in the background or the foreground—essentially, whether or not it is active at the time of receipt.

- **When in the background**, apps receive the notification payload in the notification tray, and only handle the data payload when the user taps on the notification.
- **When in the foreground**, your app receives a message object with both payloads available.

Here is a JSON-formatted message containing both the `notification` key and the `data` key:

```
{  "message":{
"token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",
"notification":{      "title":"Portugal vs. Denmark",      "body":"great
match!"    },    "data" : {      "Nick" : "Mario",      "Room" :
"PortugalVSDenmark"    }  }}
```

# Customizing a message across platforms

The Firebase Admin SDK and the FCM v1 HTTP protocol both allow your message requests to set all fields available in the message object. This includes:

- a common set of fields to be interpreted by **all** app instances that receive the message.
- platform-specific sets of fields, such as `AndroidConfig` and `WebpushConfig`, interpreted only by app instances running on the specified platform.

Platform-specific blocks give you flexibility to customize messages for different platforms to ensure that they are handled correctly when received. The FCM backend will take all specified parameters into account and customize the message for each platform.

# When to use common fields

Use common fields when you're:

- Targeting app instances on **all** platforms — Apple, Android, and web
- Sending messages to topics

All app instances, regardless of platform, can interpret the following common fields:

- `message.notification.title`
- `message.notification.body`
- `message.data`

# When to use platform-specific fields

Use platform-specific fields when you want to:

- Send fields only to particular platforms
- Send platform-specific fields *in addition to* the common fields

Whenever you want to send values only to particular platforms, **don't** use common fields; use platform-specific fields. For example, to send a notification only to Apple platforms and web but not to Android, you must use two separate sets of fields, one for Apple and one for web.

When you are sending messages with specific delivery options, use platform-specific fields to set them. You can specify different values per platform if you want. However, even when you want to set essentially the same value across platforms, you must use platform-specific fields. This is because each platform may interpret the value slightly differently—for example, time-to-live is set on Android as an expiration time in seconds, while on Apple it is set as an expiration *date*.

# Example: notification message with platform-specific delivery options

The following v1 send request sends a common notification title and content to all platforms, but also sends some platform-specific overrides. Specifically, the request:

- sets a long time-to-live for Android and Web platforms, while setting the APNs (Apple platforms) message priority to a low setting
- sets the appropriate keys to define the result of a user tap on the notification on Android and Apple — `click_action`, and `category`, respectively.

```
{   "message":{
"token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",
"notification":{        "title":"Match update",        "body":"Arsenal goal
in added time, score is now 3-0"      },      "android":{
"ttl":"86400s",        "notification"{
"click_action":"OPEN_ACTIVITY_1"          }     },      "apns": {
"headers": {          "apns-priority": "5",        },        "payload": {
"aps": {            "category": "NEW_MESSAGE_CATEGORY"          }      }
},       "webpush":{        "headers":{          "TTL":"86400"       }      }
}   }
```

See the HTTP v1 reference documentation for complete detail on the keys available in platform-specific blocks in the message body. For more information about building send requests that contain the message body, see Build Send Requests.

# Delivery options

FCM provides a specific set of delivery options for messages sent to Android devices, and allows for similar options on Apple platforms and web. For example, "collapsible" message behavior is supported on Android via FCM's `collapse_key`, on Apple via `apns-collapse-`

id, and on JavaScript/Web via `Topic`. For details, see descriptions in this section and related reference documentation.

# Non-collapsible and collapsible messages

A *non-collapsible* message denotes that each individual message is delivered to the device. A non-collapsible message delivers some useful content, as opposed to a collapsible message like a content-free "ping" to the mobile app to contact the server to fetch data.

FCM does not guarantee the order of delivery.

Some typical use cases of non-collapsible messages are chat messages or critical messages. For example, in an IM app, you would want to deliver every message, because every message has different content.

For Android there is a limit of 100 messages that can be stored without collapsing. If the limit is reached, all stored messages are discarded. When the device is back online, it receives a special message indicating that the limit was reached. The app can then handle the situation properly, typically by requesting a full sync from the app server.

A *collapsible message* is a message that may be replaced by a new message if it has yet to be delivered to the device.

A common use cases of collapsible messages are messages used to tell a mobile app to sync data from the server. An example would be a sports app that updates users with the latest score. Only the most recent message is relevant.

To mark a message as collapsible on Android, include the `collapse_key` parameter in the message payload. By default, the collapse key is the app package name registered in the Firebase console. The FCM server can simultaneously store four different collapsible messages per device, each with a different collapse key. If you exceed this number, FCM only keeps four collapse keys, with no guarantees about which ones are kept.

Topic messages with no payload are collapsible by default. Notification messages are always collapsible and will ignore the `collapse_key` parameter.

## Which should I use?

Collapsible messages are a better choice from a performance standpoint, provided your app doesn't need to use non-collapsible messages. However, if you use collapsible messages, remember that FCM only allows a maximum of four different collapse keys to be used by FCM per registration token at any given time. You must not exceed this number, or it could cause unpredictable consequences.

|  | Use scenario | How to send |
|---|---|---|
| Non-collapsible | Every message is important to the client app and needs to be delivered. | Except for notification messages, all messages are non-collapsible by default. |
| Collapsible | When there is a newer message that renders an older, related message irrelevant to the client app, FCM replaces the older message. For example: messages used to initiate a data sync from the server, or outdated notification messages. | Set the appropriate parameter in your message request:<br>• `collapseKey` on Android<br>• `apns-collapse-id` on Apple<br>• `Topic` on Web<br>• `collapse_key` in legacy protocols (all platforms) |

# Setting the priority of a message

You have two options for assigning delivery priority to downstream messages: normal and high priority. Though the behavior differs slightly across platforms, delivery of normal and high priority messages works like this:

- **Normal priority.** Normal priority messages are delivered immediately when the app is in the foreground. For backgrounded apps, delivery may be delayed. For less time-sensitive messages, such as notifications of new email, keeping your UI in sync, or syncing app data in the background, choose normal delivery priority.
- **High priority.** FCM attempts to deliver high priority messages immediately even if the device is in Doze mode. High priority messages are for time-sensitive, user visible content.

When sending data messages to Apple devices, the priority **must** be set to 5, or normal priority. Messages sent with high priority are rejected by the FCM backend with the error `INVALID_ARGUMENT`.

Here is an example of a normal priority message sent via the FCM HTTP v1 protocol to notify a magazine subscriber that new content is available to download:

```
{  "message":{    "topic":"subscriber-updates",    "notification":{
"body" : "This week's edition is now available.",    "title" :
"NewsMagazine.com",    },    "data" : {      "volume" : "3.21.15",
"contents" : "http://www.news-magazine.com/world-week/21659772"    },
"android":{      "priority":"normal"    },    "apns":{      "headers":{
"apns-priority":"5"      }    },    "webpush": {      "headers": {
"Urgency": "high"      }    }  }}
```

For more platform-specific detail on setting message priority:

- [APNs documentation](#)
- [Set and manage message priority](#) (Android)
- [Web push message urgency](#)

*Life critical use cases*

The FCM APIs are not designed for emergency alerts or other high-risk activities where the use or failure of the APIs could result in death, personal injury, or environmental damage (such as the operation of nuclear facilities, air traffic control, or life support systems). Any such use is expressly prohibited under Section 4. a. 7 of the Terms of Service. You are solely responsible for managing your app's compliance with the Terms, and any damages resulting from your noncompliance. Google provides the APIs "as is," and reserves the right to discontinue the APIs or any portion or feature or your access thereto, for any reason and at any time, without liability or other obligation to you or your users.

# Setting the lifespan of a message

FCM usually delivers messages immediately after they are sent. However, this might not always be possible. For example, if the platform is Android, the device could be turned off, offline, or otherwise unavailable. Or FCM might intentionally delay messages to prevent an app from consuming excessive resources and negatively affecting battery life.

When this happens, FCM stores the message and delivers it as soon as it's feasible. While this is fine in most cases, there are some apps for which a late message might as well never be delivered. For example, if the message is an incoming call or video chat notification, it is meaningful only for a short period of time before the call is terminated. Or if the message is an invitation to an event, it is useless if received after the event has ended.

On Android and Web/JavaScript, you can specify the maximum lifespan of a message. The value must be a duration from 0 to 2,419,200 seconds (28 days), and it corresponds to the maximum period of time for which FCM stores and attempts to deliver the message. Requests that don't contain this field default to the maximum period of four weeks.

Here are some possible uses for this feature:

- Video chat incoming calls

- Expiring invitation events
- Calendar events

Another advantage of specifying the lifespan of a message is that FCM doesn't apply collapsible message throttling to messages with a time-to-live value of 0 seconds. FCM provides best effort handling of messages that must be delivered "now or never." Keep in mind that a `time_to_live` value of 0 means messages that can't be delivered immediately are discarded. However, because such messages are never stored, this provides the best latency for sending notification messages.

Here is an example of a request that includes TTL:

```
{   "message":{ "token":"bk3RNwTe3H0:CI2k_HHwgIpoDKCIZvvDMExUdFQ3P1...",   "data":{ "Nick" : "Mario",    "body" : "great match!",    "Room" : "PortugalVSDenmark"   },   "apns":{    "headers":{    "apns-expiration":"1604750400"    }   },   "android":{   "ttl":"4500s" },   "webpush":{    "headers":{    "TTL":"4500"    }   }  }}
```

# Lifetime of a message

When an app server posts a message to FCM and receives a message ID back, it does not mean that the message was already delivered to the device. Rather, it means that it was accepted for delivery. What happens to the message after it is accepted depends on many factors.

In the best-case scenario, if the device is connected to FCM, the screen is on and there are no throttling restrictions, the message is delivered right away.

If the device is connected but in Doze, a low priority message is stored by FCM until the device is out of Doze. And that's where the `collapse_key` flag plays a role: if there is already a message with the same collapse key (and registration token) stored and waiting for delivery, the old message is discarded and the new message takes its place (that is, the old message is

collapsed by the new one). However, if the collapse key is not set, both the new and old messages are stored for future delivery.

If the device is not connected to FCM, the message is stored until a connection is established (again respecting the collapse key rules). When a connection is established, FCM delivers all pending messages to the device. If the device never gets connected again (for instance, if it was factory reset), the message eventually times out and is discarded from FCM storage. The default timeout is four weeks, unless the `time_to_live` flag is set.

To get more insight into the delivery of a message:

> To get more insight into the delivery of messages on Android or Apple platforms, see the FCM reporting dashboard, which records the number of messages sent and opened on Apple and Android devices, along with data for "impressions" (notifications seen by users) for Android apps.

For Android devices with direct channel messaging enabled, if the device has not connected to FCM for more than one month, FCM still accepts the message but immediately discards it. If the device connects within four weeks of the last data message you sent to it, your client receives the onDeletedMessages() callback. The app can then handle the situation properly, typically by requesting a full sync from the app server.

Finally, when FCM attempts to deliver a message to the device and the app was uninstalled, FCM discards that message right away and invalidates the registration token. Future attempts to send a message to that device results in a `NotRegistered` error.


# Throttling and quotas

Our goal is to always deliver every message sent via FCM. However, delivering every message sometimes results in a poor overall user experience. In other cases, we need to provide boundaries to ensure that FCM provides a scalable service for all senders. The types of limits and quotas described in this section help us balance these important factors.

**Note:** The limits discussed in this section are subject to change.

# Downstream message throttling

The HTTP v1 API introduced per-project, per-minute quotas for downstream messaging. The default quota of 600k messages per minute covers over 99% of FCM developers while protecting the stability of the system and minimizing the impact of spiky projects.

Spiky traffic patterns can result in quota exceeded errors. In an over quota scenario, the system serves HTTP status code 429 (QUOTA_EXCEEDED) until the quota is refilled in the following minute. 429 responses may also be returned in overload situations, so you are strongly encouraged to handle 429s according to published recommendations.

Note that:

- The downstream quota measures messages, not requests.
- Client errors (HTTP status code 400-499) are counted (excluding 429s).
- Quotas are per-minute, but these minutes are not aligned to the clock.

## Monitoring quota

You can view quota, usage, and errors on the Google Cloud Console:

1. Go to the Google Cloud console
2. Select **APIs & services**
3. From the table list, select **Firebase Cloud Messaging API**
4. Select **QUOTA & SYSTEM LIMITS**.

NOTE: These graphs are not precisely time aligned with quota minutes, meaning 429s may be served when traffic appears to be below quota.

*Requesting a quota increase*

Before requesting a quota increase, ensure that:

- Your usage is regularly ≥ 80% of quota for at least 5 consecutive minutes per day.
- You have < 5% client error ratio, especially during peak traffic.
- You adhere to the best practices for sending messages at scale.

If you meet these criteria, you can submit a quota increase request for up to +25% and FCM will make every practical effort to fulfill the request (no increase can be guaranteed).

If you need more downstream messaging quota due to an impending launch or temporary event, request your quota at least 15 days in advance to allow sufficient time to handle the request. For large requests (>18M messages per minute), at least 30 days of notice is required. Launches and special event requests are still subject to the client error ratio and best practices requirements.

See also the FAQ about FCM quotas.

# Topic message limit

The topic subscription add/remove rate is limited to 3,000 QPS per project.

For message sending rates, see Fanout Throttling.

# Fanout throttling

Message fanout is the process of sending a message to multiple devices, such as when you target topics and groups, or when you use the Notifications composer to target audiences or user segments.

Message fanout is not instantaneous and so occasionally you have multiple fanouts in progress concurrently. We limit the number of concurrent message fanouts per project to 1,000. After

that, we may reject additional fanout requests or defer the fanout of the requests until some of the already in progress fanouts complete.

The actual achievable fanout rate is influenced by the number of projects requesting fanouts at the same time. A fanout rate of 10,000 QPS for an individual project is not uncommon, but that number is not a guarantee and is a result of the total load on the system. It is important to note that the available fanout capacity is divided among projects and not across fanout requests. So, if your project has two fanouts in progress, then each fanout will only see half of the available fanout rate. The recommended way to maximize your fanout speed is to only have one active fanout in progress at a time.

# Collapsible message throttling

As described above, collapsible messages are content-free notifications designed to collapse on top of each other. In the event that a developer is repeating the same message to an app too frequently, we delay (throttle) messages to reduce the impact on a user's battery.

For example, if you send large numbers of new email sync requests to a single device, we might delay the next email sync request a few minutes so that the device can sync at a lower average rate. This throttling is done strictly to limit the battery impact experienced by the user.

If your use case requires high burst send patterns, then non-collapsible messages may be the right choice. For such messages, make sure to include the content in such messages in order to reduce the battery cost.

We limit collapsible messages to a burst of 20 messages per app per device, with a refill of 1 message every 3 minutes.

# Maximum message rate to a single device

For Android, you can send up to 240 messages/minute and 5,000 messages/hour to a single device. This high threshold is meant to allow for short term bursts of traffic, such as when users

are interacting rapidly over chat. This limit prevents errors in sending logic from inadvertently draining the battery on a device.

For iOS, we return an error when the rate exceeds APNs limits.

**Caution:** Do not routinely send messages near this maximum rate. This could waste end users' resources, and your app may be marked as abusive.

# FCM ports and your firewall

If your organization has a firewall to restrict traffic to or from the Internet, you need to configure it to allow mobile devices to connect with FCM in order for devices on your network to receive messages. FCM typically uses port 5228, but it sometimes uses 443, 5229, and 5230.

For devices connecting on your network, FCM doesn't provide specific IPs because our IP range changes too frequently and your firewall rules could get out of date, impacting your users' experience. Ideally, allowlist ports 5228-5230 & 443 with no IP restrictions. However, if you must have an IP restriction, you should allowlist all of the IP addresses listed in goog.json. This large list is updated regularly, and you are recommended to update your rules on a monthly basis. Problems caused by firewall IP restrictions are often intermittent and difficult to diagnose.

We do offer a set of domain names that can be allowlisted instead of IP addresses. Those hostnames are listed below. If we start using additional hostnames, we will update the list here. Using domain names for your firewall rule may or may not be functional in your firewall device.

**TCP ports to open:**

- 5228
- 5229
- 5230
- 443

**Hostnames to open:**

- mtalk.google.com
- mtalk4.google.com
- mtalk-staging.google.com
- mtalk-dev.google.com
- alt1-mtalk.google.com
- alt2-mtalk.google.com
- alt3-mtalk.google.com
- alt4-mtalk.google.com
- alt5-mtalk.google.com
- alt6-mtalk.google.com
- alt7-mtalk.google.com
- alt8-mtalk.google.com
- android.apis.google.com
- device-provisioning.googleapis.com
- firebaseinstallations.googleapis.com

**Network Address Translation and/or Stateful Packet Inspection firewalls:**

If your network implements Network Address Translation (NAT) or Stateful Packet Inspection (SPI), implement a 30 minute or larger timeout for our connections over ports 5228-5230. This enables us to provide reliable connectivity while reducing the battery consumption of your users' mobile devices.

**Note:** If you are receiving notifications over APNs, make sure you have also opened the ports specified by Apple.

# VPN interactions and bypassability

Firebase Cloud Messaging takes various steps to ensure that the push messaging connection from the phone to the server is reliable and available as often as possible. The use of a VPN complicates this effort.

VPNs mask the underlying information that FCM needs to tune its connection to maximize reliability & battery life. In some cases VPNs actively break long lived connections resulting in a bad user experience due to missed or delayed messages or a high battery cost. When the VPN is configured to allow us to do so, we bypass the VPN using an encrypted connection (over the base network wifi or LTE) so as to ensure a reliable, battery friendly experience. FCM's usage of bypassable VPNs is specific to the FCM Push Notification channel. Other FCM traffic, such as registration traffic, uses the VPN if it is active. When the FCM connection bypasses the VPN it loses additional benefits the VPN may provide, such as IP masking.

Different VPNs will have different methods for controlling whether or not it can be bypassed. Consult the documentation for your specific VPN for instructions.

If the VPN is not configured to be bypassable then Firebase Cloud Messaging will use the VPN network in order to connect to the server. This may result in periods of time where messages are delayed and may result in more battery usage as Cloud Messaging works to maintain the connection over the VPN connection.

# Credentials

Depending on which FCM features you implement, you may need the following credentials from your Firebase project:

| | |
|---|---|
| Project ID | A unique identifier for your Firebase project, used in requests to the FCM v1 HTTP endpoint. This value is available in the Firebase console **Settings** pane. |
| Registration token | A unique token string that identifies each client app instance. The registration token is required for single device and device group messaging. Note that registration tokens must be kept secret. |
| Sender ID | A unique numerical value created when you create your Firebase project, available in the Cloud Messaging tab of the Firebase console **Settings** pane. The sender ID is used to identify each sender that can send messages to the client app. |
| Access token | A short-lived OAuth 2.0 token that authorizes requests to the HTTP v1 API. This token is associated with a service account that belongs to your Firebase project. To create and rotate access tokens, follow the steps described in Authorize Send Requests. |
| Server key (for **deprecated** legacy protocols) | A server key that authorizes your app server for access to Google services, including sending messages via the deprecated Firebase Cloud Messaging legacy protocols.<br><br>**Important:** Do not include the server key anywhere in your client code. Also, make sure to use only server keys to authorize your app server. Android, Apple platform, and browser keys are rejected by FCM. |

Except as otherwise noted, the content of this page is licensed under the Creative Commons Attribution 4.0 License, and code samples are licensed under the Apache 2.0 License. For details, see the Google Developers Site Policies. Java is a registered trademark of Oracle and/or its affiliates.

Last updated 2025-05-12 UTC. Message types

- o Notification messages
- o Data messages
- o Notification messages with optional data payload
- Customizing a message across platforms
  - o When to use common fields
  - o When to use platform-specific fields
  - o Example: notification message with platform-specific delivery options
- Delivery options
  - o Non-collapsible and collapsible messages
  - o Setting the priority of a message
  - o Setting the lifespan of a message
- Lifetime of a message
- Throttling and quotas
  - o Downstream message throttling
  - o Topic message limit
  - o Fanout throttling
  - o Collapsible message throttling
  - o Maximum message rate to a single device
- FCM ports and your firewall
- VPN interactions and bypassability
- Credentials

https://firebase.google.com/docs/cloud-messaging/manage-tokens

# Basic best practices

There are some fundamental practices you should follow in any app that uses FCM APIs to build send requests programmatically. The main best practices are:

- **Retrieve registration tokens from FCM and store them on your server.** An important role for the server is to keep track of each client's token and keep an updated list of active tokens. We strongly recommend implementing a token timestamp in your code and your servers, and updating this timestamp at regular intervals.
- **Maintain token freshness and remove stale tokens.** In addition to removing tokens that FCM no longer considers valid, you may want to monitor other signs that tokens have become stale and remove them proactively. This guide discusses some of your options for achieving this.

# Retrieve and store registration tokens

On initial startup of your app, the FCM SDK generates a registration token for the client app instance. This is the token that you must include in targeted send requests from the API, or add to topic subscriptions for targeting topics.

**We strongly recommend your app retrieve this token at initial startup and save it to your app server alongside a timestamp**. This timestamp must be

implemented by your code and your servers, as it is not provided for you by FCM SDKs.

Also, it's important to save the token to the server and update the timestamp whenever it changes, such as when:

- The app is restored on a new device
- The user uninstalls or re-installs the app
- The user clears app data
- The app becomes active again after FCM has expired its existing token

https://developer.apple.com/documentation/usernotifications/handling-notification-responses-from-apns

# Handling notification responses from APNs

Respond to the status codes that the APNs servers return.

Overview

Apple Push Notification service (APNs) provides a response to each POST request your server transmits. Each response contains a header with fields indicating the status of the response. If the request was successful, the body of the response is empty. If an error occurred, the body contains a JSON dictionary with additional information about the error.

If you find your device is having trouble receiving notifications, refer to Troubleshooting push notifications.

Interpret header responses

The table below describes the meaning of the keys in the header response.

| Header name | Value |
|---|---|
| `apns_id` | The same value found in the `apns-id` field of the request's header. Use this value to identify the notification. If you don't specify an `apns-id` field in your request, APNs creates a new UUID and returns it in this header. |
| `:status` | The HTTP status code. |
| `apns_unique_id` | An identifier that is only available in the Developement enviroment. Use this to query Delivery Log information for the corresponding notification in Push Notifications Console. For more information, refer to Testing notifications using the Push Notification Console. |

The table below lists the possible values in the `:status` header of the response.

| Status code | Description |
|---|---|
| `200` | Success. |
| `400` | Bad request. |
| `403` | There was an error with the certificate or with the provider's authentication token. |
| `404` | The request contained an invalid `:path` value. |
| `405` | The request used an invalid `:method` value. Only `POST` requests are supported. |
| `410` | The device token is no longer active for the topic. |
| `413` | The notification payload was too large. |
| `429` | The server received too many requests for the same device token. |
| `500` | Internal server error. |
| `503` | The server is shutting down and unavailable. |

Understand error codes

The table below lists the keys found in the JSON dictionary for unsuccessful requests. The JSON data might also be included in a GOAWAY frame when a connection terminates.

| Key | Description |
|---|---|
| reason | The error code (specified as a string) indicating the reason for the failure. For a list of possible values, refer to the Response error strings table below. |
| timestamp | The time, represented in milliseconds since Epoch, at which APNs confirmed the token was no longer valid for the topic. This key is included only when the error in the :status field is 410. |

The table below lists the possible error codes included in the reason key of a response's JSON payload.

| Status code | Error string | Description |
|---|---|---|
| 400 | BadCollapseId | The collapse identifier exceeds the maximum allowed size. |
| 400 | BadDeviceToken | The specified device token is invalid. Verify that the request contains a valid token and that the token matches the environment. |
| 400 | BadExpirationDate | The apns-expiration value is invalid. |
| 400 | BadMessageId | The apns-id value is invalid. |
| 400 | BadPriority | The apns-priority value is invalid. |
| 400 | BadTopic | The apns-topic value is invalid. |
| 400 | DeviceTokenNotForTopic | The device token doesn't match the specified topic. |
| 400 | DuplicateHeaders | One or more headers are repeated. |
| 400 | IdleTimeout | Idle timeout. |
| 400 | InvalidPushType | The apns-push-type value is invalid. |

| | 400 | `MissingDeviceToken` | The device token isn't specified in the request `:path`. Verify that the `:path` header contains the device token. |
|---|---|---|---|
| | 400 | `MissingTopic` | The `apns-topic` header of the request isn't specified and is required. The `apns-topic` header is mandatory when the client is connected using a certificate that supports multiple topics. |
| | 400 | `PayloadEmpty` | The message payload is empty. |
| | 400 | `TopicDisallowed` | Pushing to this topic is not allowed. |
| | 403 | `BadCertificate` | The certificate is invalid. |
| | 403 | `BadCertificateEnvironment` | The client certificate is for the wrong environment. |
| | 403 | `ExpiredProviderToken` | The provider token is stale and a new token should be generated. |
| | 403 | `Forbidden` | The specified action is not allowed. |
| | 403 | `InvalidProviderToken` | The provider token is not valid, or the token signature can't be verified. |
| | 403 | `MissingProviderToken` | No provider certificate was used to connect to APNs, and the `authorization` header is missing or no provider token is specified. |
| | 403 | `UnrelatedKeyIdInToken` | The key ID in the provider token isn't related to the key ID of the token used in the first push of this connection. To use this token, open a new connection. |
| | 404 | `BadPath` | The request contained an invalid `:path` value. |
| | 405 | `MethodNotAllowed` | The specified `:method` value isn't POST. |
| | 410 | `ExpiredToken` | The device token has expired. |
| | 410 | `Unregistered` | The device token is inactive for the specified topic. There is no need to send further pushes to the same device token, unless your application retrieves the same device token, refer to <u>Registering your app with APNs</u> |
| | 413 | `PayloadTooLarge` | The message payload is too large. For information about the allowed payload size, refer to Create a |

| | | | POST request to APNs in <u>Sending notification requests to APNs</u>. |
|---|---|---|---|
| | 429 | TooManyProvider TokenUpdates | The provider's authentication token is being updated too often. Update the authentication token no more than once every 20 minutes. |
| | 429 | TooManyRequests | Too many requests were made consecutively to the same device token. |
| | 500 | InternalServerE rror | An internal server error occurred. |
| | 503 | ServiceUnavaila ble | The service is unavailable. |
| | 503 | Shutdown | The APNs server is shutting down. |

The code listing below shows a sample response for a successful push request.

```
HEADERS  + END_STREAM  + END_HEADERS  apns-id = eabeae54-14a8-11e5-b60b-
1697f925ec7b  :status = 200
```

The code listing below shows a sample response when an error occurs.

```
HEADERS  - END_STREAM  + END_HEADERS  :status = 400  content-type =
application/json  apns-id: DATA  + END_STREAM  { "reason" :
"BadDeviceToken" }
```

During testing, if you find that your test devices aren't receiving push notifications sent by your provider server, see, <u>Troubleshooting push notifications</u> to troubleshoot.