**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH, LLC, | |
| *Plaintiff*, | C.A. No.:  7:25-cv-00231-DC-DTG |
| v. | |
| GOOGLE LLC, | **JURY TRIAL REQUESTED** |
| *Defendant.* | |

## ORDER GRANTING GOOGLE LLC'S GOOGLE LLC's MOTION TO CONSOLIDATE CASE NOS. 7:25-CV-00231, 7:25-CV-00367, AND 7:25-CV-00369

BEFORE THE COURT is Google LLC's Motion to Consolidate Case Nos. 7:25-CV-00231, 7:25-CV-00367, and 7:25-CV-00369.  Having read and considered the Motion and all supporting papers and responses and replies thereto, and the argument of the parties, the Court hereby GRANTS Google's Motion.  It is hereby ORDERED that:

- Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the following three actions are hereby consolidated: *Headwater Rsch., LLC v. Google LLC*, 7:25-CV-00231 (W.D. Tex.), *Headwater Rsch., LLC v. Google LLC*, 7:25-CV-00367 (W.D. Tex.), *Headwater Rsch., LLC v. Google LLC*, 7:25-CV-00369 (W.D. Tex.) (collectively, the "Actions");

- The Clerk of Court is directed to consolidate the Actions before Judge Counts and Judge Gilliland for purposes of all pretrial and trial proceedings pursuant to Federal Rule of Civil Procedure 42(a);

- All future documents in the Actions shall be filed in *Headwater Rsch., LLC v. Google LLC*, 7:25-CV-00231 (W.D. Tex.); and

- The Clerk of Court is directed to file a copy of this Order in all three Actions.


DATED:

_____
HON. DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE