# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. GOOGLE LLC, *Defendant*. | Case No. 7:25-CV-00231-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO CONSOLIDATE

Plaintiff Headwater Research LLC files this Unopposed Motion for Extension of Time to Respond to Defendant's Opposed Motion to Consolidate Case Nos. 7:25-cv-00231, 7:25-cv-00367, and 7:25-cv-00369 (Dkt. 81). Plaintiff requests an extension of time for Plaintiff to file its response to Defendant's motion, from February 20, 2026 to February 23, 2026. Plaintiff has been diligently preparing its response and respectfully requests a brief extension of time in order to continue preparing its response. This extension is not sought for prejudice or delay, but for good cause and so that justice may be served.

Counsel for the parties have conferred and Defendant does not oppose this extension. Accordingly, Plaintiff requests that the Court grant the motion and enter the attached Proposed Order.

Dated: February 20, 2026

Respectfully submitted,

*/s/ Qi (Peter) Tong*
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie

CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
Paul A. Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
James N. Pickens
CA State Bar No. 307474
Email: jpickens@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Qi (Peter) Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: 310-826-7474

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

2

**CERTIFICATE OF SERVICE**

    I certify that on February 20, 2026, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

                                                  */s/ Qi (Peter) Tong*
                                                  Qi (Peter) Tong