UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant*. | Case No. 7:25-CV-00231-DC-DTG <br><br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO CONSOLIDATE**

Before the Court is Plaintiff Headwater Research LLC's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Consolidate. Based on the motion and the grounds set forth therein, and noting that the motion is unopposed, the Court finds that good cause has been established and the Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Consolidate should be granted.

THEREFORE, IT IS HEREBY ORDERED that Plaintiff's time to respond to the Motion (Dkt. No. 81) shall be extended from February 20, 2026 to February 23, 2026.

It is so **ORDERED.**

SIGNED this _____ day of _____, 2026.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE