# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **HEADWATER RESEARCH LLC** | § § | |
| vs. | § § | NO:  MO:25-CV-00231-DC-DTG |
| **GOOGLE LLC**<br>*Defendant* | § § | |

## ORDER CANCELLING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for MARKMAN HEARING, on February 23, 2026 at 09:00 AM is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **20th day of February, 2026**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE